Your Honor:

Hello, I am Cody Mattice's cousin Autumn. I have known Cody my whole life and always looked up to him. Cody plays a very important role in our family and we need him here with us. He watches his children Kylie and Titus, while his fiancé works to help support them. He also watched his nephew Ryker to help out his brother. He is a very caring and sweet person. Everyone in our family looks up to him and can feel comfort in knowing he will be there to help us when we need it. Please allow Cody to stay in our lives and keep playing his role in our family. I appreciate you reading my letter.

Sincerely, Autumn Evert.

Autumn Evert  10/19/21

1