Your Honor,                                                                 10/12/21

My name is Michaela and I am Cody's youngest sister. I would truly appreciate it if you would take just a moment of your time to read this letter and understand who Cody really is as a person. The number one word that comes to mind when I think of Cody is "protector". Cody is my oldest brother, almost ten years older than me. Growing up with a single mom, he has always been the closest thing I have to a father figure; he helps me when I have car troubles, gives me life advice when I need it, and I know I can always go to him if I just need someone to listen to me. Anyone who knows Cody would agree that he has the biggest heart of anyone they have ever known. He is always willing to drop everything to help someone, even a stranger. When Cody is around, I just feel safe. One example of this is when my family was camping in the Adirondack Mountains. Every single night there were bears that would come right up to our campsite. I was able to sleep peacefully knowing Cody was staying up late to watch out for our family and say a simple "go on, bear" every so often. Cody really is a gentle man at heart. He is a stay-at-home dad and the majority of his days consist of him being home playing with his son and his nephew, Ryker, whom he babysits. I could go on all day about all the great things Cody has taught me or has done to help others, but I will not take up too much of your time. Thank you for reading this and taking into consideration the fact that Cody is a kind, nurturing, devoted family man who is nobody to be afraid of.

Sincerely,
Michaela Bertrand-Cent