10/11/21

Dear honorable judge,

  It would be a real honor if I gained your attention for just a few sentences. As I write this letter, my family and I await the hardest day of our lives. While it may be hard on us, the weight that falls on my brother Cody's shoulders is unfathomable, I am sure of this.

  This man, my brother and my best friend, has to be the most kind-hearted human being I've come across in all my years. Cody Mattice has quite literally handed his shirt off his back to me on numerous occasions. He has been there for myself and others when we had no where else to turn. Cody has previously invited me to stay with him and his family when I was down and out. When asked why he would even offer, "from cradle to grave", he would answer me. It shows nothing less than his devoted loyalty to his family and friends.

  My brother has truly taught me everything I know when it comes to standing up for the ones I love. I have never faced a problem where he was not right there by my side. I couldn't imagine my life without him.

  Early on, in our most tenderfoot understandings, I learned Cody was going to be the man I would look up to most. Just this year he has continued to show

his dedicated loyalty and love to me and my family. Ryker Mattice, my son, absolutely adores his uncle Cody. Cody has spent the whole last year watching his nephew and seeing Ryker and his own son Titus grow a brotherly love much like our own. I explained if he needed or wanted to go back to work it would be okay but this man refused any time I brought it up.

    I know that your time is very valuable your honor, so I will keep this as short as I possibly can. The amount of examples of Cody's selfless character would take me a whole notebook to write. Or how his role in my life, our children's lives and many others is crucial. If Cody were to ever be out of our lives it would absolutely shatter this family to pieces. Cody is loved by so many but as for me, I am devastated by the thought of him being gone. It truly leaves me empty.

    Thank you, your honor for taking a few moments of your most valuable time. You have my utmost respect for that.

Sincerely,
Casey Mattice