**From:** Wedade Abdallah
**To:** Elizabeth Bonilla
**Subject:** FW: Mattice letter
**Date:** Tuesday, October 12, 2021 1:11:16 PM

**From:** Ashley Choate <achoate068@gmail.com>
**Sent:** Tuesday, October 12, 2021 8:18 AM
**To:** Wedade Abdallah <Wedade_Abdallah@fd.org>
**Subject:** Re: Mattice letter

Another letter

October 11, 2021

To Whom It May Concern:

I have known Cody Mattice for over 26 years. Since I have known him, he has always been very kind and very well mannered. I have never known Cody to be violent or ill tempered. He is very family oriented and is an amazing father to his son and daughter. He is hard working and is always there to lend a hand. Cody always has a smile on his face. He is like a nephew to me and I have known him since he was about 2 years old.

Sincerely,

Cindy J Shackelford-David

On Tue, Oct 12, 2021, 12:41 AM Ashley Choate <achoate068@gmail.com> wrote:

> I am so sorry for the multiple emails. I received another one from Allyson Swarts Cody's brother girlfriend the mother to his nephew Ryker and Kylie's mom's sister