UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.                      : Crim. No 21-mj-622(zmf0

CODY JAMES MATTICE  :

    Defendant  :

**ENTRY OF APPEARANCE**

Please enter my appearance as RETAINED counsel for the above named Defendant.

_____/s/_____
Thomas Abbenante #227934
888 17th Street NW
Suite 1200
Washington, DC 20006
202-223-6539
Fax: 202-223-6625
tabbenante@aol.com