UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 1:21-cr-657-BAH |
| v. | : |
| | : |
| CODY MATTICE, and | : |
| JAMES PHILLIP MAULT, | : |
| | : |
| Defendants. | : |

**NOTICE OF DEFENDANT'S POSITION ON
GOVERNMENT'S MOTION TO STRIKE PORTIONS OF THE INDICTMENT**

The United States of America, by and through its undersigned counsel, hereby files this Notice of defendant Cody Mattice's position on the government's Motion to Strike Portions of the Indictment. (ECF No. 36.) At the time of the government's Motion, the government had not spoken with counsel for defendant Mattice and thus was not able to obtain his position. Following the government's motion, the Court ordered the defendant to respond by March 8, 2022, then extended his response deadline to March 14, 2022. On March 10, 2022, counsel for defendant Mattice advised the government that that he did not oppose the government's Motion. Defense counsel further requested that the government file this notice on his behalf.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Michael J. Romano
MICHAEL J. ROMANO
IL Bar No. 6293658
Trial Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 307-6691
michael.romano@usdoj.gov