NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  21 CR 657 (BAH)

**CODY MATTICE**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

Standing in for Thomas Abbenante     (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CHRISTOHER M. DAVIS 385582
(Attorney & Bar ID Number)
DAVIS & DAVIS
(Firm Name)
1350 CONNECTICUT AVE NW STE 202
(Street Address)
WASHINGTON DC   20036
(City)          (State)   (Zip)
202 234-7300
(Telephone Number)