## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Crim. No. 21cr657 (BAH) |
| **CODY MATTICE** | : |

### MOTION TO CONTINUE SENTENCING HEARING

Defendant Carlos Cody Mattice moves this Honorable Court to continue his currently scheduled sentencing hearing.

1. Mr. Mattice is set for sentencing on July 15 at 1 p.m. His sentencing hearing is joined with that of his codefendant, James Phillip Mault. Counsel will be in trial during the last 2 - 3 weeks in Greenbelt, MD, in *United States v. Jose David Navarro-Cervellon*, 19 cr 603) (PX).

2. At the time the sentencing date in this matter was set, counsel had assumed that his trial would be adjourned on Fridays. However, due to the complexity of the case and the need to move many incarcerated witnesses, the government has expressed a strong desire to have the matter proceed uninterrupted.

3. Undersigned has consulted all counsel of record (including counsel for defendant Mault) and the Court's courtroom deputy. September 1 or 2, 2022 appear to be dates that everyone is available.

Wherefore, Defendant Mattice moves this Court to grant his motion and continue the currently scheduled sentencing hearing from July 15 to September 1 or 2, 2022.

Respectfully submitted,

*Christopher M. Davis*

Christopher M. Davis
Davis & Davis
1350 Connecticut Avenue, NW Ste 202
Washington, DC 20036
(202) 234-7300

CERTIFICATE OF SERVICE

I hereby certify that the Motion to Continue Sentencing Hearing was served on all parties of record via the Court's CM/ECF System on this 10th day of June 2022.

*Christopher M. Davis*

Christopher M. Davis