# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Crim. No. 21cr657 (BAH)** |
| **CODY MATTICE** : | |

## MOTION TO WITHDRAW MOTION TO CONTINUE SENTENCING HEARING

Defendant Cody Mattice moves this Honorable Court to reinstate his original July 15, 2022 sentencing hearing.

Mr. Mattice was set for sentencing on July 15 at 1 p.m. His sentencing was reset to a date that was not cleared by undersigned with all parties. Mr. Mattice now moves to withdraw his request for a continuance and to have his original sentencing date of July 15, 2022, at1:00 p.m. reinstated.

Wherefore, Defendant Mattice moves this Court to grant his motion and continue the currently scheduled sentencing hearing from July 15 to September 1 or 2, 2022.

Respectfully submitted,

*Christopher M. Davis*

Christopher M. Davis
Davis & Davis
1350 Connecticut Avenue, NW Ste 202
Washington, DC 20036
(202) 234-7300

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that the Motion to Continue Sentencing Hearing was served on all parties of record via the Court's CM/ECF System on this 13th day of June 2022.

<u>Christopher M. Davis</u>
Christopher M. Davis