UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   CRIMINAL NO. 1:21-cr-657-BAH |
| v. | : |
| | : |
| CODY MATTICE, and | : |
| JAMES PHILLIP MAULT, | : |
| | : |
| Defendants. | : |

### REPORT ON VIDEO EVIDENCE SUPPORTING
### THE GOVERNMENT'S SENTENCING MEMORANDA

Pursuant to the Court's Minute Order of July 5, 2022, the United States hereby files this report on the video evidence supporting the government's sentencing memoranda. ECF Nos. 60 and 61. The government's sentencing memoranda rely on one only video not submitted with its previous report, ECF No. 42. That video, Exhibit 14, is another recording from Mattice's video camera, in which he talks about suffering from the effects of pepper spray. The government has no objection to making this video public without further restriction. Beyond Exhibit 14, there are no additional videos that have not previously been made public.[1]

The government incorporates by reference its prior explanation of the chart below, ECF No. 42 at 1-2, with the added caveat that the final column now indicates which portions of the sentencing memoranda are supported by the videos. As the sentencing memoranda do not contain numbered paragraphs, this final column uses page citations instead.

---

[1] Additionally, in both of its sentencing memoranda, the government cites to comments made by Mault, and recorded in Exhibit 4, which were not highlighted in the previous report. Exhibit 4 was produced as recorded by Mattice's camera, so these comments were in the exhibit that was previously provided to the Court. For the same reason, the comments also already were made public.

| Exhibit No. | File Name | Source | Length / Relevant Portion | Provides Support For |
|---|---|---|---|---|
| 1 | HDV_0165.mp4[2] | Mattice's Camera | 00:43 long, entire clip is relevant | ECF No. 60 at 10<br>ECF No. 61 at 10 |
| 2 | HDV_0166.mp4 | Mattice's Camera | 00:57 long, entire clip is relevant | ECF No. 60 at 10<br>ECF No. 61 at 10 |
| 3 | HDV_0168.mp4 | Mattice's Camera | 00:34 long, entire clip is relevant | ECF No. 60 at 10<br>ECF No. 61 at 10 |
| 4 | HDV_0171.mp4[3] | Mattice's Camera | 12:44 long, Relevant footage from 06:52 to 07:36, 07:40 to 07:46, 09:50 to 10:05, 10:23 to 10:35 | ECF No. 60 at 11-12<br>ECF No. 61 at 11-12 |
| 5 | HDV_0179.mp4 | Mattice's Camera | 00:47 long, entire clip is relevant | ECF No. 60 at 17-18<br>ECF No. 61 at 16 |
| 6 | USCP Video Montage | U.S. Capitol Police | N/A | N/A[4] |
| 7 | FULL FOOTAGE: Patriots STORM U.S. Capitol (4K60fps).mp4[5] | Open Source (YouTube)[6] | 1:25:43 long, relevant footage from 31:45 to 32:10 | ECF No. 60 at 12-13<br>ECF No. 61 at 12-13 |
| 8 | Chaos on Capitol Hill (Short Version)[7] | Open Source (YouTube)[8] | 04:55 long, relevant footage from 01:00 to 01:36 | ECF No. 60 at 13-14<br>ECF No. 61 at 13-14 |

---

[2] Figure 2, present in both memoranda, is a still image from this video.
[3] Figure 3, present in both memoranda, is a still image from this video.
[4] This exhibit provided background information about events in the West Plaza which was discussed briefly in the Statements of Offense but is not discussed in the sentencing memoranda.
[5] Figure 4, present in both memoranda, is a still image from this video.
[6] Available at https://www.youtube.com/watch?v=iNFcdpZdkh0&t=1927s (last accessed April 15, 2022)
[7] Figures 5-6, present in both memoranda, are still images from this video.
[8] Available at https://www.youtube.com/watch?v=keFHTTeTMQ4 (last accessed April 14, 2022)

| Exhibit No. | File Name | Source | Length / Relevant Portion | Provides Support For |
|---|---|---|---|---|
| 9 | jan6phonerecovery.mov[9] | Open Source | 1:10:35 long, relevant footage from 33:00 to 36:30 | ECF No. 60 at 17-21<br>ECF No. 61 at 16-18 |
| 10 | Cody from Rochester[10] | Open Source | 24:29 long, relevant footage from 08:25 to 12:25 | ECF No. 60 at 13, 15<br>ECF No. 61 at 13, 15 |
| 11 | ANTIFA BLM at the Capitol Washington DC January 6, 2021 RAW footage (two guys let out, why).mp4 | Open Source | 04:31 long, relevant footage from 00:00 to 04:00 | ECF No. 60 at 17-21<br>ECF No. 61 at 16-18 |
| 12 | 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h57min42s260ms | U.S. Capitol Police | 17:55 long, relevant footage from 5:45 to 9:20 | ECF No. 60 at 17-21<br>ECF No. 61 at 16-18 |
| 13 | 2020106_-_Felony Riots_-_100_D_St_NW.mp4 | MPD Body-Worn Camera | 14:52 long, relevant footage from 00:20 to 4:30 | ECF No. 60 at 17-21<br>ECF No. 61 at 16-18 |
| 14 | HDV_0175.mp4 | Mattice's Camera | 6:01 long, relevant footage from 3:04 to 4:17 | ECF No. 60 at 13<br>ECF No. 61 at 13 |

---

[9] Figures 8 through 10 in the Mattice Memorandum, ECF No. 60 at 18-19, and Figure 8 in the Mault memorandum, ECF No. 61 at 17, are still images from this video.

[10] Figure 7, present in both memoranda, is a still image from this video.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Michael J. Romano*
        MICHAEL J. ROMANO
        IL Bar No. 6293658
        Trial Attorney, U.S. Department of Justice
        Detailed to the U.S. Attorney's Office
        601 D Street, N.W., Rm. 5.1510
        Washington, D.C. 20530
        Telephone No. (202) 307-6691
        michael.romano@usdoj.gov

        */s/ Jordan A. Konig*
        JORDAN A. KONIG
        Supervisory Trial Attorney,
        U.S. Department of Justice
        Detailed to the U.S. Attorney's Office
        For the District of Columbia
        P.O. Box 55, Washington, D.C. 20044
        202-305-7917 (v) / 202-514-5238 (f)
        Jordan.A.Konig@usdoj.gov