```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  Nos. 21-657-01
vs.                                )  21-657-02
                                   )
CODY MATTICE and                   )  July 15, 2022
JAMES PHILLIP MAULT,               )  2:01 p.m.
                Defendants.        )  Washington, D.C.
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF SENTENCINGS**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

<u>**APPEARANCES**</u>**:**
FOR THE UNITED STATES: MICHAEL JOHN ROMANO
                       U.S. Department of Justice, CRM
                       1331 F Street NW
                       Washington, DC 20004
                       (202) 307-6691
                       Email: michael.romano@usdoj.gov

                       JORDAN ANDREW KONIG
                       U.S. Department of Justice
                       P.O. Box 55
                       Washington, DC 20044
                       (202) 305-7917
                       Email: jordan.a.konig@usdoj.gov

FOR DEFENDANT MATTICE: CHRISTOPHER M. DAVIS
                       1350 Connecticut Avenue, NW
                       Washington, DC 20036
                       (202) 234-7300
                       Email: cmdavisdc@gmail.com

FOR DEFENDANT MAULT: RICHARD STEVEN STERN
                     932 Hungerford Drive
                     Rockville, MD 20850
                     (301) 340-8000
                     Email: rssjrg@erols.com

ALSO PRESENT:          SHERRY BAKER, Probation Officer

Court Reporter:        Elizabeth Saint-Loth, RPR, FCRR
                       Official Court Reporter

              Proceedings reported by machine shorthand.
           Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Matter before the Court,

3     Criminal Case No. 21-657, United States of America versus

4     Cody Mattice and James Phillip Mault.  Probation Officer

5     Sherry Baker is with us, Your Honor, via Zoom.

6              Counsel, please come forward and state your names

7     for the record, starting with the government.

8              MR. ROMANO:  Good morning, Your Honor -- or good

9     afternoon, rather, Your Honor.  Michael Romano on behalf of

10    the United States.

11             Mr. Konig, who was here for the last hearing, will

12    be joining me as well, but I don't see him in the courtroom

13    at the moment.  I am sure he will be back soon.

14             THE COURT:  It was a long hearing, yes.  Good

15    afternoon.

16             MR. STERN:  Good afternoon, Your Honor.

17    Richard Stern on behalf of James Mault.  He is present in

18    court.

19             THE COURT:  Yes.

20             And good afternoon, Mr. Mault.

21             MR. DAVIS:  Good afternoon, Your Honor.

22    Christopher Davis on behalf of Cody Mattice.  And he is in

23    the courtroom.

24             THE COURT:  Yes.  And good afternoon, Mr. Davis.

25             Good afternoon, Mr. Mattice.

```
 1              DEFENDANT MATTICE:  Good afternoon.

 2              THE COURT:  All right.  So we're here this morning

 3    for the sentencing of both Cody Mattice and James Phillip

 4    Mault, each of whom have pleaded guilty to a lesser-included

 5    offense -- in Count 4 of the indictment for Mr. Mattice, in

 6    Count 5 of the indictment for Mr. Mault -- of assaulting,

 7    resisting, and impeding certain officers or employees in

 8    violation of 18 U.S.C. Section 111(a)(1).

 9              The sentencing hearing is being held in person,

10    but the public access line is being made available for

11    persons to listen to these proceedings remotely.

12              Anyone listening to this sentencing hearing over

13    the public teleconference line is reminded that, under my

14    Standing Order 20-20, recording and rebroadcasting of court

15    proceedings, including those held by videoconference, is

16    strictly prohibited.

17              Violation of these prohibitions may result in

18    sanctions, including removal of court-issued media

19    credentials, restricted or denial of entry to future

20    hearings, or any other sanction deemed necessary by the

21    presiding judge.

22              Okay.  Just so both defendants know, I am going to

23    do parts of this hearing together and then parts of this

24    hearing separately.  And I will let you know which is which,

25    for both counsel and for each of the defendants.
```

1          All right.  I am going to begin by describing the

2     receipt of the materials that I've received in connection

3     with both Mr. Mattice and Mr. Mault.

4          With respect to Mr. Mattice, I have reviewed the

5     probation office's presentence investigation report and

6     sentencing recommendation docketed at ECF 55 and 56.

7          I have reviewed the government's original

8     sentencing memo, and the second one; but I think the main

9     one is docketed at ECF 60.

10          I have also reviewed the sentencing memorandum

11     submitted on behalf of Mr. Mattice docketed at ECF 62; along

12     with ten letters including one from Mr. Mattice, and seven

13     letters submitted by family members, one letter submitted by

14     his fiancée, and a letter submitted by another associate of

15     his.  All the letters are docketed at ECF 62-1 and 2.

16          With respect to Mr. Mault, I have reviewed the

17     probation office's presentence investigation report and

18     sentencing recommendation docketed at ECFs 57 and 58; the

19     government's sentencing memo docketed at ECF 61; and the

20     sentencing memo submitted on behalf of Mr. Mault, along with

21     multiple letters, about 12 letters -- from his wife, his

22     wrestling coach, his eighth-grade English teacher, family,

23     friends, friends from the Army, and an attorney who

24     previously represented him -- all of which are docketed at

25     ECF Nos. 63-1, 63-2, 63-4, and 65-1.

1          So let's see -- and with respect to both

2     defendants, I have also reviewed the government's response

3     to both of the defendant's sentencing memoranda docketed at

4     ECF 64, and the government's report cataloging the video

5     evidence referenced in its sentencing memoranda docketed at

6     ECF 66 -- and ECF 66 is the report that describes all 14 of

7     the videos.

8          So does the government have all of those

9     documents, Mr. Romano?

10          MR. ROMANO:  We do, Your Honor.

11          THE COURT:  And, Mr. Stern, do you have all of

12     those documents related to Mr. Mault?

13          MR. STERN:  Yes.

14          THE COURT:  And, Mr. Davis, do you have all of

15     those documents related to Mr. Mattice?

16          MR. DAVIS:  I do, Your Honor.  Thank you.

17          THE COURT:  All right.  Mr. Mattice and Mr. Mault,

18     let me just tell you how this sentencing proceeding will go

19     forward over the next hour or so.  Every judge does

20     sentencing hearings somewhat differently; I do mine in four

21     steps.

22          The first step is to determine whether the

23     government or your counsel have any objections to any

24     factual or other portions of the presentence investigation

25     report prepared with respect to each of your cases.  And if

1    there are any objections, I will resolve those.

2        The second step is to determine how the federal

3    sentencing guidelines apply in your case based upon your

4    criminal histories, and considering any mitigating or

5    aggravating factors.

6        The third step is where I will hear from the

7    government, then your counsel, and, lastly, from you, if you

8    wish to speak to me directly.

9        And then, at the last step, I will explain the

10   reasons for the sentence I am about to impose based upon the

11   factors set out in 18 U.S.C. Section 3553(a), and then I

12   will impose sentence after that.

13       Do you have any questions about that, Mr. Mault?

14       DEFENDANT MAULT:  No, Your Honor.

15       THE COURT:  And, Mr. Mattice?

16       DEFENDANT MATTICE:  No, Your Honor.

17       THE COURT:  So let's turn to the first step.

18       The final presentence investigation report and

19   sentencing recommendation for Mr. Mattice were filed on

20   June 29, 2022, and the final presentence investigation

21   report and sentencing recommendation for Mr. Mault were also

22   filed on that same day.

23       And I understand that the government has no

24   objections regarding any of the factual or other

25   determinations set out in those PSRs for either defendant.

1          Is that correct?

2          MR. ROMANO:  That's correct, Your Honor.

3          THE COURT:  All right.  Now, Mr. Mattice, could

4    you just stand right where you are.

5          Are you fully satisfied with your attorney in this

6    case, Mr. Mattice?

7          DEFENDANT MATTICE:  Yes, I am.

8          THE COURT:  And do you feel that you have had

9    enough time to talk to Mr. Davis about the presentence

10   investigation report, the sentencing recommendation, and all

11   of the other documents filed in connection with your

12   sentencing today?

13         DEFENDANT MATTICE:  Yes, I do, Your Honor.

14         THE COURT:  Thank you.  You may be seated.

15         Mr. Davis, you can just stay where you are.  You

16   can just pull the microphone closer to you.

17         Have you and your client read and discussed the

18   presentence investigation report?

19         MR. DAVIS:  We have.

20         THE COURT:  And I understand that Mr. Mattice has

21   no objections to the factual or other statements in the

22   final PSR; is that correct?

23         MR. DAVIS:  That is correct.

24         THE COURT:  All right.  Mr. Mault, could you just

25   stand right where you are.

```
1              Are you fully satisfied with the services of your

2     attorney, Mr. Stern, in this case?

3              DEFENDANT MAULT:  Yes, Your Honor.

4              THE COURT:  And, Mr. Mault, are you fully

5     vaccinated?

6              DEFENDANT MAULT:  No, Your Honor.

7              THE COURT:  Could you keep your mask on at all

8     times then.

9              DEFENDANT MAULT:  Yes, Your Honor.

10             THE COURT:  Thank you.

11             Do you feel that you -- and you're fully satisfied

12    with the services of your attorney, Mr. Stern?

13             DEFENDANT MAULT:  Yes, Your Honor.

14             THE COURT:  And do you feel that you've had enough

15    time to talk to Mr. Stern about the probation office's

16    presentence investigation report, the sentencing

17    recommendation, and all the other papers submitted in

18    connection with your sentencing here today?

19             DEFENDANT MAULT:  Yes, Your Honor.

20             THE COURT:  You may be seated.

21             Mr. Stern, have you and your client read and

22    discussed the presentence investigation report?

23             MR. STERN:  Absolutely, Your Honor.  And we have

24    no objections.

25             THE COURT:  Okay.  Thank you.
```

1    Okay.  Hearing no objection, by the government or

2    either defendant, the Court will accept the factual portions

3    of the presentence investigation reports for each of them as

4    undisputed and as my findings of fact at sentencing, as

5    supplemented by my own review of the video exhibits in the

6    case.

7    We're now at the second step, Mr. Mattice and

8    Mr. Mault, where I determine how the guidelines apply in

9    your cases.

10    And starting with the criminal history category

11    for Mr. Mattice, the presentence investigation found that

12    Mr. Mattice has one prior criminal conviction, a DUI when he

13    was 23 years old; and this offense counts towards his

14    criminal history score and counts for one point.  This gives

15    Mr. Mattice a criminal history score of 1, and puts him in

16    Criminal History Category I.

17    For Mr. Mault, the presentence investigation

18    report also found that Mr. Mault, likewise, had one prior

19    criminal conviction, a DUI, in his case when he was 26.  And

20    that also counts as one criminal history score, and puts him

21    also in Criminal History Category I.

22    With respect to the offense level, the guideline

23    computation of the offense level is the same for both

24    Mr. Mault and Mr. Mattice.

25    The guideline at Section 2A2.2 applies to their

1    convictions under 18 U.S.C. Section 111(a)(1), for

2    assaulting, resisting, or impeding certain officers or

3    employees.  The guideline at Section 2A2.2 provides a base

4    offense level of 14, under the guideline at 2A2.2(a), for an

5    aggravated assault offense.  Plus, four levels are added for

6    the specific offense characteristic that a dangerous weapon,

7    chemical spray, was used under Section 2A2.2(b)(2)(B).

8    Another six offense levels are added, under the guideline at

9    3A1.2(b), for the victim-related adjustment because the

10   victim was a government officer; and the offense of

11   conviction was motivated by such status, and the aggravated

12   assault offense is from Chapter 2, Part A, offenses against

13   a person.  And then, two offense levels are subtracted for

14   the defendants' acceptance of responsibility, under the

15   Section 3E1.1(a), and one offense level is further

16   subtracted for acceptance of responsibility under

17   Section 3E1.1(b); resulting in a total offense level of 21

18   for both defendants.

19          The total offense level of 21, combined with each

20   defendant's Criminal History Category of I, results in an

21   advisory sentencing range of 37 to 46 months' imprisonment.

22   And any period of imprisonment may be followed by one to

23   three years of supervised release, which is also the

24   statutory maximum; a fine range of 15,000 to $150,000; and a

25   special assessment of $100 for the single count of

1    conviction on a felony; and a restitution obligation of

2    $2,000.

3              Are there any objections, for the record, about

4    this guideline determination from the government?

5              MR. ROMANO:  No, Your Honor.

6              THE COURT:  And, Mr. Davis, for Mr. Mattice, any

7    objection to that guideline determination?

8              MR. DAVIS:  None, Your Honor.

9              THE COURT:  And, Mr. Stern, for Mr. Mault, any

10   objections to that guideline determination?

11             MR. STERN:  No.  We agree with it.

12             THE COURT:  All right.  We're now at step three of

13   the sentencing hearing where I will hear from the parties

14   about an appropriate sentence in the case.

15             I do have differing recommendations here.

16             The government recommends, for each defendant, 44

17   months' incarceration, 3 years of supervised release, and

18   $2,000 in restitution.  The probation office also recommends

19   the same for both defendants, but at 37 months'

20   incarceration, at the bottom of the guidelines range, 3

21   years' of supervised release, and $2,000 in restitution.

22             Mr. Mattice submits that a variance is warranted

23   in the case, but doesn't propose a specific sentence.  So I

24   will want to hear from Mr. Davis about what he has in mind

25   since he was a little bit coy about that in his sentencing

1    memo.

2              Mr. Mault similarly requests an unspecified

3    below-guidelines sentence.  So I will have to hear from

4    Mr. Stern about what he has in mind as well.

5              I will hear first from the government.

6              MR. ROMANO:  Thank you, Your Honor.

7              As an initial matter -- and Mr. Konig is

8    checking -- Ms. Bryant [sic], who is --

9              THE COURT:  He just stepped out.

10             MR. ROMANO:  Yes.  He is checking on what I am

11    about to offer.

12             But Ms. Bryant, who was here for the last

13    hearing -- she works in our office and she coordinates with

14    victims of crime -- had notified me that Officer M.A. was

15    going to be present today but didn't want to speak to the

16    Court or offer a victim impact statement, and that he wanted

17    to, again, continue to maintain being referred to by his

18    initials for his privacy.  I expect he is here, but I just

19    sent Mr. Konig to check with Ms. Bryant to make sure that

20    remains the case.  If I hear anything else, I will update

21    you.

22             Your Honor, I know this --

23             THE COURT:  You know, Officer M.A. could submit a

24    written victim impact statement that could be maintained

25    under seal, and then he won't have to testify publicly or

1   show his face publicly.

2            MR. ROMANO:  Yes.  He wanted to be present for the

3   sentencing but did not want to address the Court, whether in

4   writing or orally today.

5            THE COURT:  I see.  I see.

6            MR. ROMANO:  I know the Court has a great deal of

7   familiarity with this case -- going back to our appeal from

8   the magistrate judge from the Western District of

9   New York -- I believe when I appeared virtually on

10  Mr. Mattice's release.  And so given that -- and given all

11  the Court has reviewed -- I want to offer that:  If there

12  are particular areas where the Court has questions about our

13  recommendation or questions about any of our pleadings, I am

14  happy to start there, rather than rehash things that we've

15  already said; otherwise, I will try to target my arguments

16  as narrowly as possible.

17           THE COURT:  Okay.  Well, Mr. Mault's sentencing

18  memo states that:  All parties agree that the defendant was

19  an average participant, did not obstruct justice, and

20  accepted responsibility.

21           Does the government agree to all of those

22  conclusions?

23           MR. ROMANO:  We do agree that he accepted

24  responsibility.  I think the Court's distinction at the last

25  hearing between acceptance of responsibility and remorse is

1    salient here as well, as I don't necessarily see signs that

2    he has demonstrated remorse for the events of January 6th.

3            Looking at "average participant," I take that to

4    mean whether there is an aggravating or mitigating role

5    adjustment under the sentencing guidelines.  And we have

6    passed the guidelines portion of the sentencing hearing, but

7    we would agree there we don't believe that he should be

8    treated as a manager or organizer.  We don't view that level

9    of directing others' activities or control over others'

10   activities as appropriate here, but neither did he occupy a

11   minor role.

12           And I believe there was a third point that you --

13           THE COURT:  He did not obstruct justice.

14           MR. ROMANO:  Correct.  The conduct on January 6th

15   being what it was, we don't agree that an obstruction

16   enhancement based on his conduct after the fact is

17   appropriate here.

18           Although, again, speaking to remorse and how much

19   he has learned from the event, we certainly would note what

20   we argued about his statements to the FBI when he was

21   arrested.

22           So starting with the nature and circumstances --

23           THE COURT:  Can I just ask you one other thing

24   from looking at Exhibit 11, that particular video?

25           MR. ROMANO:  Sure.

1          THE COURT:  It does appear that there was a big

2     red ladder that was -- the people -- all the mob outside the

3     tunnel were trying to pass through to use, apparently, to

4     throw at the police officers in the tunnel.  And it does

5     show, while Mr. Mault was doing this gymnastic miracle of

6     staying above the crowd, he appears to be assisting the

7     crowd in passing that ladder into the tunnel; but it's not

8     mentioned anywhere in the statement of offense, it's not

9     mentioned anywhere in the sentencing memo.

10         Why is that?

11         MR. ROMANO:  I see that, too, Your Honor.  And I

12    found it a little bit challenging to make out what was

13    happening with the ladder because it didn't make its way too

14    deep into the tunnel and eventually kind of made its way

15    back out down with the crowd.  There is that moment of

16    putting his hand on the rung and trying to -- what may be

17    helping to pass it forward, but then there is nothing more

18    that comes of that specifically.  We felt that the other

19    conduct was more salient than that moment with the ladder.

20    Although, I --

21         THE COURT:  Well, certainly, directly spraying a

22    chemical spray at the officers in this closed location of

23    the tunnel, you know, is a different nature of a challenge

24    for the officers inside.

25         So the government recommends the same sentence for

1    both defendants here.  Does that mean that you see no

2    notable differences in how you would characterize either

3    their conduct or any other aggravating or mitigating factors

4    for each and history, or whatever?

5              MR. ROMANO:  We see their conduct as very similar

6    throughout the day.  They were side by side as they walked

7    from the rally to the Capitol, as they walked down the -- I

8    believe it was Pennsylvania Avenue.  We see them side by

9    side in the West Plaza.  We see them side by side when they

10    attacked the police line in the West Plaza, along with other

11    rioters, ultimately leading the police line to break.  They

12    were together when Mr. Mattice needed to wash out his eyes

13    after his own exposure to chemical spray from officers.  And

14    they were together in the Lower West Terrace area assaulting

15    the police line there, one after the other.

16              But we see their conduct as substantially

17    overlapping.  They were part of the same text threads

18    leading up to the riot, in which they talked about travel to

19    Washington, D.C., and they appeared to anticipate violence.

20    And they spoke with each other after the riot.

21              There are certainly differences between them in,

22    for instance, Mr. Mault's military service, Mr. Mattice's

23    family dynamic and his role as a caregiver for his children;

24    but, in terms of the conduct here, we view them as the same.

25    Their criminal history is also notably very similar as well.

1          And so looking at the nature and circumstances of

2     the conduct and looking, too, at the needs of deterrence and

3     the need to treat similar -- defendants similarly, we think

4     the same sentence is warranted for both of them.  The

5     government submits, for reasons I can explain, that what

6     they argue as mitigation shouldn't move the Court to depart

7     downward, whether varying or imposing a lower end of the

8     guideline sentence for either of them.

9          THE COURT:  Well, do you want to address that now?

10          MR. ROMANO:  Sure.  I can address that now.  So --

11          THE COURT:  Because, otherwise, I may move on to

12     another question.  But if you want something -- if you have

13     something to address, do it now, please.

14          MR. ROMANO:  Yes.  And just to interrupt myself

15     briefly, I was handed a note from Mr. Konig, who, I believe,

16     checked with Ms. Bryant that Officer M.A., she believes, is

17     listening in on the public line but, likely, will not be

18     here in person.

19          So speaking to the -- to Mr. Mattice's

20     circumstances, he stresses his obligations to his family as

21     a reason for a reduced sentence, whether, in his view, a

22     variance is warranted or, even if the Court weren't to find

23     a variance, a lower-end guideline sentence would be

24     appropriate.  And the government submits that that should

25     not be considered as the basis for either a variance or a

1    lower-end guideline sentence.

2         Mr. Mattice's family circumstances were present on

3    January 6, 2021, when he traveled down to the Capitol and

4    assaulted officers, they have been present since then; they

5    did not stop him on January 6th from engaging in this

6    conduct.

7         In fact, his relationship with his family members

8    seemed to spur him on, in that he was texting members of his

9    family on January 6th, to brag about his and Defendant

10   Mault's efforts to fight against police officers; they

11   seemed to welcome the news.  They seemed to want to see more

12   of it, as they asked him to live stream from his phone so

13   that they could watch at home and see how he was fighting

14   against officers.  And we don't see that his family

15   obligations -- or his or their claim that this conduct is

16   out of character -- should move the Court to impose any sort

17   of lesser sentence.

18        For Mr. Mault, he stresses his military service.

19   The government submits that there certainly may be cases

20   where prior military service does warrant a downward

21   departure or a lower sentence.  We submit that cases arising

22   out of January 6th often would not be that sort of case,

23   where the defendant, as a member of the military, fought

24   against the government that he had previously sworn to

25   protect.

1          He was, frankly, acting in disgrace to his oath

2     previously.  It is also offensive to the government and

3     should be offensive to the Court when he claims that the

4     military, by welcoming him back after he tried to reenlist,

5     somehow absolved him of his conduct on January 6th.  I can

6     represent that I have reviewed his SF-86; and he did not

7     report on his SF-86 his conduct at the Capitol or even that

8     he was present at all.  So how he expected the military

9     background check person to know, I don't know; other than

10    thinking that:  Of course they would know because they know

11    everything, which -- anyone who works in government should

12    know that likely isn't true necessarily.

13         The conduct from each of these defendants was

14    extremely serious, and the nature and circumstances of their

15    conduct warrants a sentence at the high end of the

16    guidelines here.  It was clear that both of them

17    contemplated violence when they traveled to the Capitol.

18         The Court has heard Cody Mattice on camera saying

19    multiple times:  We're about to go to the Capitol and fuck

20    shit up.  And the Defendant Mault was standing right next to

21    him as he said this.

22         The Court has heard Mault asking police officers

23    to abandon their posts so that rioters could get into the

24    Capitol, get to members of Congress, and in his own words:

25    Kick the shit out of people inside.  And, again, Defendant

1    Mattice was right next to him at the front of the police

2    line when this happened.

3            Many of the rioters from January 6th have argued,

4    as these defendants appear to argue, that they got carried

5    away; they got swept up in the moment.  And it's certainly

6    possible that this happened to some people; although, I, and

7    other representatives of the government, would look with a

8    jaundiced eye at any of those claims.

9            But these defendants are different.  Their text

10   messages from before the riot show that they anticipated

11   violent.

12           They -- you can see that in the gear they talked

13   about bringing; although, I would stress that the government

14   doesn't have other evidence they actually equipped

15   themselves, as they talked about doing in those text

16   messages.  The Court can see that in the way they talked

17   about stuffing their jackets for protection, and in the

18   crude way they talked about potentially spending the night

19   in jail and secreting possessions on their person.

20           We know from their behavior that this anticipation

21   of violence was not bluster because they were violent on

22   January 6th, and they were goal oriented.

23           They talked about getting into the Capitol, and

24   then they worked to break police lines.  They were trying to

25   get inside.

1    They shot pepper spray at officers in the Lower

2    West Terrace tunnel, who were busy defending themselves

3    against assaults by other rioters.  It was an extreme thing

4    to do.  It was not just an offense with a weapon, but an

5    offense with a weapon designed at incapacitating the person

6    who pepper spray is deployed at.

7    It's important not to forget this point:  That

8    pepper spray is used to incapacitate somebody who is

9    committing an assault so that they can't continue to do it.

10   And pepper spray used successfully against the police

11   officers here would have prevented them from continuing to

12   defend themselves against the blows from the other rioters;

13   blows that both Cody Mattice and James Mault would have seen

14   as they climbed up over the heads of other members of the

15   mob to get to the front of the tunnel.

16   When considered against the riot as a whole and

17   the rioters as a class of defendants, the nature and

18   circumstances of both of these defendants' conduct is

19   certainly at the more serious and more extreme end of the

20   spectrum.  They engaged in violence.  They engaged in

21   violence that was targeted at government officials who were

22   acting in their official capacities because they were acting

23   in their official capacities; and they did so with,

24   approximately, 90 minutes between the two violent events

25   with full awareness of the nature of the crowd and with

1    weapons.

2            Looking at -- if the Court is to impose a

3    guideline sentence where their conduct falls within the

4    guidelines, we would submit that a sentence towards the

5    higher end is appropriate not just because of the nature and

6    circumstances of their conduct but, also, by comparison to

7    other rioters.

8            The charge to which they have pled, a violation of

9    Section 111(a) is a charge that covers a broad span of

10   assaultive conduct.  As the Court may have seen from other

11   rioting cases, it can cover anything from physically

12   resisting arrest, punching an officer or kicking an officer

13   without a weapon, to an offense like the one the defendants

14   committed here.  So we would submit that their conduct is on

15   the more serious end of a 111(a) charge.

16           They also have already received substantial credit

17   for their early pleas and for acceptance of

18   responsibility -- not just the three levels, but the

19   government also consented to dismiss the (b) portion of the

20   111(a) and (b), which resulted in a further two-level

21   offense reduction under the guidelines.

22           And I submit that if this case had gone to trial,

23   the government likely would have superseded to add another

24   assault charge related to the conduct in the West Plaza that

25   was discovered during plea negotiations.  There was no real

1    point in superseding to add something that was going to be

2    dismissed.  But if there had been a trial and there had been

3    a conviction on that count, there probably would not have

4    been grouping of counts because the collection of officers

5    in the West Plaza would have been different than the

6    collection in the tunnel.  So there would have been yet

7    another enhancement to the guidelines range that doesn't

8    apply here.  So in reducing the defendant's sentence or

9    guidelines range to a point where their range is 37 to 46

10   months, they're already receiving a substantial amount of

11   credit.

12          And, finally, it would be helpful, I think, for

13   the Court to look at them in comparison to other people who

14   have already been sentenced for fighting in the tunnel.  And

15   let me just bring up a couple of notes here.

16          I would refer the Court to a few different cases

17   of people who were sentenced for fighting in the tunnel.

18   One was the *Languerand* case before Judge Bates; that

19   defendant received a sentence of 44 months.  That person

20   engaged in physical combat in the tunnel, including throwing

21   pieces of wood, a traffic bollard, and a speaker at law

22   enforcement officers.  The traffic bollard was a little bit

23   surprising to me, too, Your Honor.  I think that's one of

24   those things that blocks a car from coming into an area

25   where there are, like, little pylons up.  I don't know how

1    he got one.

2            The *Thompson* case which was before Judge Lamberth,

3    that was a person who was in the tunnel for 13 minutes,

4    pushed multiple people, gave shields from officers to other

5    members of the riot, and then threw a speaker at someone.

6    That person was sentenced to 46 months.

7            There was the *Wilson* case before Judge Lamberth,

8    which resulted in a 51-month sentence, where the person

9    engaged in hand-to-hand combat in the tunnel involving

10   hitting and shoving members of the Capitol Police, pushing

11   an officer to the ground, wrenching a riot shield away from

12   another, and using PVP pipe -- PVC pipe, sorry, to strike

13   and jab at officers.

14           And then, at the most extreme, a person named

15   Palmer -- who I believe was sentenced by Judge Chutkan --

16   received 63 months.  And his sentence was higher because he

17   lost credit for acceptance of responsibility.  He, too, was

18   fighting in the tunnel.  He threw a fire extinguisher at

19   officers.  And he lost credit for acceptance because, after

20   his plea, he engaged in a fundraising effort in which he

21   posted information that, essentially, denied his assaultive

22   conduct in the tunnel in an effort to enrich himself and

23   raise money for his defense.

24           So, looking at those cases, we see a guidelines

25   range of roughly 44 to 63 months for a group of people that

1    I will call "The tunnel assailants" or "The tunnel

2    fighters."  And, in some way, these defendants' conduct

3    might be seen as less serious; they weren't engaged in

4    hand-to-hand combat in the tunnel.  They weren't using

5    impact weapons, like throwing a speaker, throwing a fire

6    extinguisher; although, certainly, for the reasons I have

7    already described, chemical spray is a dangerous weapon, and

8    the Court should treat it as such.

9        These defendants were different from those,

10   though, in that they were engaged in combat at two different

11   locations separated by the span of time that we've

12   discussed.  And so seeing that there are similarities and

13   differences, we'd submit that a 44-month sentence, which

14   would be at the low end of the range that I've discussed for

15   some of these tunnel defendants, would be appropriate here.

16       And for all of those reasons, Your Honor, based on

17   the nature and seriousness of the offense, the history and

18   characteristics of the defendants, and the need to promote

19   the goals of deterrence and ensure consistency between like

20   defendants, we submit that the sentence outlined in our

21   papers is the appropriate one.

22       If the Court doesn't have any further questions, I

23   will rest my argument there.

24       THE COURT:  Okay.  Thank you.

25       All right.  Mr. Davis, I am going to start with

1    Mr. Mattice, so I will hear from you.

2         MR. DAVIS:  Your Honor, I would first like to

3    acknowledge that there are a number of people in the

4    courtroom on behalf of Mr. Mattice.  His mother, the mother

5    of his children, his sister, and his brother are here

6    present; and there are a number of family members on the

7    public line also.

8         THE COURT:  I know this is a very sad day for you

9    all.

10        MR. DAVIS:  I mean, this whole ordeal is very sad

11   and troubling; and, in no way, does Mr. Mattice back away

12   from the conduct that he engaged in on January 6th.

13        I think that the United States characterizes his

14   failure to admit to the FBI his wrongdoing when he was

15   arrested as -- you know, it's fair game.  But I think to put

16   it in -- to put it into context, we have to look at the type

17   of individual we're dealing with.

18        When I referenced him as "uneducated and

19   unsophisticated," I am not implying that he is not an

20   intelligent man, because he is.  But he is not

21   sophisticated, and he is not terribly educated.

22        On the morning that he was arrested, he awoke very

23   early in the morning hours on his grandfather's farm to the

24   sound of a percussion grenade and a SWAT team crashed into

25   the house.  And the first thought I had was that Chevy Chase

1   movie, Christmas -- when SWAT teams drop through the windows

2   and doors; I think that's pretty much the characterization

3   and the description I got from the family and from

4   Mr. Mattice.

5         The SWAT team told the young children that they

6   were -- that his father was going to go with them, and he

7   needed to take some things to work; that was the story that

8   was given to them that morning.

9         Again, I am not doing this as a tear-jerker, but I

10  think it kind of puts everything into perspective.  When

11  they got him down to the FBI, he was petrified.  This is not

12  a man that --

13        THE COURT:  The FBI means business, when they're

14  going after somebody who sprayed chemical spray at a police

15  officer who was involved in this mob.  It's not a sob story

16  to me.  The FBI did exactly what they should have done.

17        MR. DAVIS:  I am not -- I am not pedaling it as a

18  sob story; I am just trying to put into context why he

19  behaved as he did when he got down there.

20        I don't think it's fair to hold -- to characterize

21  him as being unremorseful for his momentary failure to

22  acknowledge that he did something wrong and to misrepresent

23  what he did when he is taken in; I think it was out of fear

24  more than anything else.

25        Again, he is uneducated; he is unsophisticated.  I

```
 1    state this because, as with many of the individuals that got

 2    caught up in this riot business on January 6th and literally

 3    shocked the nation -- I think that --

 4             THE COURT:  So how does that happen, Mr. Davis?

 5             I mean, you say he's -- you portray him, right, as

 6    he is a man who lived a simple and honest life; he spent

 7    time chopping wood, taking care of his family as a

 8    stay-at-home dad.

 9             Mr. Mattice, in his own words, says he spends

10    weekends hosting family reunions; you know, he has never

11    been into politics.  I mean, that is not the person

12    portrayed in these videos.

13             MR. DAVIS:  It is not.

14             THE COURT:  Basically, bodysurfing over crowds --

15             MR. DAVIS:  It is not.

16             THE COURT:  -- to fight at -- so how am I supposed

17    to reconcile the description that you have painted with what

18    I saw with my own eyes on the videotape?

19             MR. DAVIS:  I think -- I think my description is

20    the starting point.  And I think that an individual like

21    this is more susceptible to the warped reality that's

22    projected by the internet; I think that is what motivated

23    him to come down here, and it's unfortunate.  And it's

24    something -- I can tell Your Honor it's something every day

25    he gets up he wishes he hadn't done.
```

1          And my representations in my memo that it's not

2     because he's sitting in various jails, which -- of which

3     he's had the pleasure of visiting a number of them since his

4     arrest; it's primarily because of the pain and suffering

5     that he's caused everyone, and the embarrassment and the

6     shame he feels as a result of bringing this on to his family

7     and engaging in the conduct that he did.  I mean, he faces

8     this each and every day.

9          I think the differences between him and some of

10    the others on January 6th is that he, unlike many of the

11    defendants, entered a very early plea.  He was -- he has not

12    been incarcerated -- I think it will be a year in October.

13    And there was a delay -- a short delay in the plea primarily

14    because I came into the case at the eleventh hour due to

15    Mr. Abbenante's illness; but, nonetheless, he entered a very

16    early plea.  I think that -- I think that should offset his

17    failure to acknowledge the FBI -- not completely, but to

18    some extent; I think that shows that he's accepting

19    responsibility.

20         He did not go into the Capitol.  He did not damage

21    property.  He did not steal property.  He did --

22         THE COURT:  It was not for lack of trying,

23    Mr. Davis.

24         MR. DAVIS:  Well, I mean, we -- I don't -- I don't

25    know if the intent was to get in -- you know, who knows what

1   was going on there.  That was -- I mean, the best

2   characterization of what happened was:  It was disgraceful

3   and chaotic.

4          And I think -- and, though, this is no excuse --

5   because mobs have done horrible things historically -- I

6   think a mob mentality kicked off on January 6th, and that --

7   that does not excuse anything; and I am not offering it as

8   an excuse.  People have been killed because of mob

9   mentality.  But I think that it puts -- you just can't deny

10  it; I mean, from a psychological perspective, that exists.

11  And I think that kind of adds a little insight on the

12  contrast you see between who he is and the conduct he

13  engaged in on that day.

14          I note he didn't lay hands on anyone.  And I know

15  he used a chemical irritant; he used the pepper spray, but

16  he didn't lay hands on everyone.  And I know the guidelines

17  are drafted with the utmost care and -- and carefulness to

18  arrive at the right result, but I personally draw a

19  distinction between laying hands on someone or beating

20  someone with a weapon versus spraying them with pepper

21  spray.  And I may be wrong, and there may be people that

22  disagree with me.  But I find that someone that lays hands

23  on someone -- I find that that's a very different situation.

24  Or if you hit them with a pole or a hockey stick or a fire

25  hydrant, I find that -- that requires, in someone's mind,

```
 1    that:  I am going to do some physical damage here.  And I
 2    don't know if Your Honor agrees with me or not, but
 3    that's --
 4              THE COURT:  I do not.
 5              MR. DAVIS:  But then --
 6              THE COURT:  Not when you see somebody taking
 7    careful aim, hanging -- bodysurfing over a crowd, hanging
 8    from an arch in a precarious way --
 9              MR. DAVIS:  That's --
10              THE COURT:  -- reaching and pointing, getting a
11    spray -- chemical spray in just the right direction to spray
12    it and target it at police officers crammed into a tunnel.
13    Hmm, that seems pretty intentional.
14              MR. DAVIS:  Well, I am not saying it's not -- I'm
15    not -- oh, Your Honor, misunderstood me.
16              I am not saying that it's not intentional.  I am
17    just saying I draw a distinction between someone that lays
18    hands on someone physically because I think that's a
19    different thing than spraying them with something, for what
20    it's worth.  There is a spectrum -- there is a spectrum of
21    violent behavior.  And I think that the pepper spray --
22    though it falls on that spectrum, I think laying hands on
23    someone falls a little higher up the scale.
24              THE COURT:  Well, what is the specific recommended
25    sentence you are making?
```

```
 1                    MR. DAVIS:  Well, I --

 2                    THE COURT:  You ask for a variance, but you didn't

 3         make a recommendation.

 4                    MR. DAVIS:  I know.  I didn't -- I didn't make a

 5         recommendation.  And I don't envy Your Honor to be sitting

 6         there making these decisions.  I didn't make a

 7         recommendation specifically because it's just hard to fathom

 8         here.  We're working with a lot of cases.

 9                    I've scanned the cases that have been sentenced so

10         far; I found two cases that had been sentenced under 111(a).

11         We had one that was sentenced to 6 months and one that was

12         sentenced to 24 months.  And the government correctly points

13         out that they did not receive an enhancement for use of a

14         dangerous weapon; that is correct.

15                    But when I looked at the facts of those cases,

16         that's -- that's where I -- that's why I pointed out that I

17         kind of -- laying hands on someone -- the one fellow,

18         Mr. Leffingwell, who was sentenced to 6 months -- his

19         low-end guidelines were 24 months; I mean, he physically

20         punched people multiple times, multiple officers.  And I

21         personally find that more serious than the ten seconds

22         that -- if it was ten seconds -- I think it was about ten

23         seconds that Mr. Mattice pepper sprayed the officers.  Not

24         that it justifies it, but I -- again, I'm drawing a

25         spectrum.  I think the conduct is similar --
```

 1              THE COURT:  I was puzzled by the *Leffingwell*, so I

 2    actually looked that case up.  And that defendant suffered

 3    serious military service-related disabilities related to

 4    multiple blast injuries and traumatic brain injuries while

 5    serving in Iraq.  So that explains why -- I think that was

 6    Judge Jackson in that case.  Amy Berman Jackson looked at

 7    his disability benefits, and the fact that he might not have

 8    been all mentally there --

 9              MR. DAVIS:  Well, I think -- I think --

10              THE COURT:  -- and that was part of the reason for

11    that sentence; and I am not sure that Mr. Mattice falls in

12    that category at all.

13              MR. DAVIS:  I think everybody who comes before the

14    Court comes before the Court with individual circumstances.

15              THE COURT:  And those individual circumstances are

16    quite unique.

17              MR. DAVIS:  And we don't have those.

18              THE COURT:  I know.

19              MR. DAVIS:  But we have other individual

20    circumstances, and we feel that they're just as important.

21              And as far as him not being all there, I would

22    venture to say that there's probably a majority of people in

23    the United States that think that the people that were

24    there engaging in that conduct on January 6th were not all

25    there, for whatever reason.

1    He is -- he is, as he's portrayed in the letter

2    that he wrote -- he is the individual that people write

3    about.  He has engaged in conduct that he does not try to

4    hide from; he does not try to make excuses for.  He

5    understands that he has to be punished; and he is being

6    punished, and he knows that.  But he is beside himself on

7    the damage that he's done to his own family, in addition to

8    the damage that he's done to this country's view and the

9    world's view of democracy in the United States in this day

10   and age.

11   He has got a 12-year-old daughter from a chance

12   encounter with a -- with a friend when he was in high

13   school; this lady has psychological problems and drug

14   problems.  He had full custody of her.  When he was

15   arrested, she regained custody.  The child is living with

16   her now in a group house, which I am not even going to -- I

17   am not going to play a violin for Your Honor, but it's not a

18   good situation.  It's so bad that Mr. Mattice participated

19   in a custody hearing virtually from Lewisburg, and the judge

20   ordered that she's going to be released to his custody when

21   he is released.

22   THE COURT:  But isn't that a situation that

23   Mr. Mattice could have taken care of in a more secure way by

24   marrying his current fiancée and setting up a family

25   that would have --

```
 1                    MR. DAVIS:  I, you know --

 2                    THE COURT:  I mean, it's a terrible situation,

 3        but -- and the poor child may be paying the price for lack

 4        of planning --

 5                    MR. DAVIS:  Well, I just --

 6                    THE COURT:  -- lack of securing her history, and

 7        the choices that Mr. Mattice made in this case.

 8                    MR. DAVIS:  Well, the choices he made in this

 9        case, I mean, that's something we can't get around.  I mean,

10        that is a problem, and that is -- that is why he is here,

11        and that's why he has pled guilty.  I am just pointing out

12        the factors that I think distinguish him from some of the

13        other individuals, giving my personal opinion on

14        characterization where he falls on the spectrum of violent

15        activity.

16                    THE COURT:  And you talk about his family, and I

17        have to say Mr. Mattice's mother submitted a letter --

18                    MR. DAVIS:  Oh, I know.

19                    THE COURT:  -- about her disbelief when she was

20        charged and -- when he was charged with his crimes.  And you

21        heard the government talk about the fact that -- in texts

22        with Mr. Mattice, her own son, on the evening of

23        January 6th -- she said she was proud of the fact that he

24        had tussled with the cops, took it over, and stormed the

25        doors.  What kind of family milieu is that?
```

```
1              MR. DAVIS:  Well, I mean, it's -- all I can say is

2       his mom is not being sentenced here today, it's Mr. Mattice.

3              Mr. Mattice came from a broken home.  His

4       mother -- his father was a drug addict who committed suicide

5       at age 40.

6              All I can tell Your Honor is that he's doing the

7       best he can, save for his conduct on January 6th, to raise

8       his children in a way that he was not raised; that's the

9       best I can do with that.  And he's making every effort to do

10      it -- and, if anything, that is what is eating him now,

11      it's -- it's the -- it's his failure to be able to do that now.

12             I can't give Your Honor a specific number.  I am

13      just asking Your Honor to take these factors into

14      consideration, and it -- and I would submit that he is -- he

15      warrants some leniency, I mean, because he is a good man;

16      and he's made some -- made a very bad decision.  You can't

17      even say he has made a lot of bad makes along the way.  He

18      made a big --

19             THE COURT:  But, Mr. Davis, you know, the

20      government has already articulated a number of ways in

21      which -- because of his plea, he has already received a

22      number of reductions in terms of entering a plea to a

23      lesser-included offense --

24             MR. DAVIS:  I view that as --

25             THE COURT:  -- and avoiding a superseding
```

1    indictment.  He could be facing almost double this amount of

2    time.

3              MR. DAVIS:  I view those as concessions to

4    disposing of the case early.  I think those are concessions.

5    I mean, it's routine, when you negotiate pleas, to -- to

6    derive some benefit from negotiating an early plea.

7    I don't -- I don't think that it takes away from the

8    arguments I'm making as to where he should fall on the

9    spectrum.

10             I would also ask Your Honor to take into

11   consideration the conditions of confinement that he's been

12   through.  He was -- he was arrested in New York; he spent

13   time -- he was in quarantine there.  He came to D.C.; he was

14   in quarantine there.  He went to Lewisburg; he was in

15   quarantine there.  He is in Alexandria now; he's in

16   quarantine again.  Now, when he goes into the Bureau of

17   Prisons, depending on how many stops he has, he will be in

18   quarantine -- these are all 24/7 lockdowns.  And I would ask

19   Your Honor to take that into --

20             THE COURT:  And he is still not vaccinated; is

21   that correct?

22             MR. DAVIS:  Oh, he is vaccinated.

23             THE COURT:  Mr. Mattice, are you vaccinated?

24             DEFENDANT MATTICE:  Yes, Your Honor.

25             THE COURT:  And even as vaccinated, they keep you

1    under quarantine and lockdown?

2              DEFENDANT MATTICE:  Yes, they do, Your Honor.

3              MR. DAVIS:  He just got a toothbrush today.  He

4    has been down here for about a week.  I mean, it's just -- I

5    mean, it's the reality of being incarcerated.

6              THE COURT:  Well, I think in pretrial facilities;

7    the Bureau of Prisons will be different.

8              MR. DAVIS:  Although, I have a man that just went

9    to the MCC in Chicago, and over 50 percent of the people

10   have tested positive for COVID, and everybody is in

11   lockdown.  And the guards -- he told me -- they're wearing

12   HAZMAT suits right now.  I mean, it just -- I guess it

13   depends on where you are and what happens there.

14             THE COURT:  He is not going to be sent there.

15             MR. DAVIS:  Your Honor?

16             THE COURT:  He's not going to be sent there.

17             MR. DAVIS:  No.  No.  He's -- my client didn't

18   expect to go there either.

19             I would also ask Your Honor to recommend a couple

20   of places at the time of sentencing.

21             THE COURT:  Yes.

22             MR. DAVIS:  If he's eligible for a prison camp, I

23   would ask for Otisville or Fort Dix.  And if he's not

24   eligible --

25             THE COURT:  Fort Dix --

```
 1              MR. DAVIS:  Fort Dix --
 2              THE COURT:  -- or Otisville.
 3              MR. DAVIS:  -- or Otisville.  And if he's not
 4     eligible for a camp, if he's eligible for a low-security
 5     facility, I would ask that he be -- Your Honor recommend
 6     Allenwood.  And in the event Allenwood is not available, I
 7     would ask Your Honor to recommend Morgantown.
 8              And, Your Honor, his -- the wife -- the mother of
 9     his children would like to speak for about a minute.  Would
10     you like to hear from her now?
11              THE COURT:  That's fine.  I mean, I think -- have
12     I submitted a -- I think I have got a letter from her.
13              Is that right?
14              MR. DAVIS:  I think you did.  I will leave it up
15     to Your Honor.  She's here, and if Your Honor --
16              THE COURT:  Is that Ms. Choate?
17              MR. DAVIS:  It is Ms. Choate, Your Honor.
18              THE COURT:  Yeah.
19              MR. DAVIS:  If Your Honor wants to hear from her,
20     she is here; and she would be happy to speak.
21              THE COURT:  All right.  Ms. Choate, you can step
22     on forward.
23              MR. DAVIS:  Your Honor, Ms. Choate is vaccinated.
24              THE COURT:  You are fully vaccinated?
25              MS. CHOATE:  I am fully vaccinated.
```

1          THE COURT:  All right.

2          MS. CHOATE:  I work in a hospital.  I'm sorry.

3          Thank you for listening to me real quick.  I know

4    that I submitted a letter, but I really just wanted --

5          THE COURT:  And I do read all of the letters that

6    people submit.

7          MS. CHOATE:  I appreciate that.  Thank you very

8    much.

9          I realize that I didn't necessarily say as much as

10   I wanted to because I didn't want you to read five pages

11   from me because I have so much to say about him.

12         I do understand what he did; we all do.  It

13   doesn't negate the fact of what he said, but his --

14         THE COURT:  Ms. Choate, I have to say, I mean, you

15   know, he texted you, at around 3:21 p.m. on January 6th,

16   that he -- and he says this:  Literally just got everyone to

17   push -- meaning, he got the mob to push -- I fought off like

18   four, five cops; and we stand fucking victorious.

19         And you reply to him:  Glad you are having fun and

20   are okay.

21         MS. CHOATE:  Yes.

22         THE COURT:  So were you cheering him on with all

23   of these events on January 6th?

24         MS. CHOATE:  No.  That was not my intention.  I

25   know it sounds like that --

1        THE COURT:  It certainly does.

2        MS. CHOATE:  But it was more -- I was concerned

3   about his safety.  Whether it was -- I didn't know what was

4   happening.  I still, until this day, don't know everything

5   that happened that day.

6        THE COURT:  Have you watched all of the videotapes

7   connected to your --

8        MS. CHOATE:  No.

9        MR. DAVIS:  I have not shown her.

10        THE COURT:  -- to Mr. Mattice's case?

11        MS. CHOATE:  No.  I am also -- based on how I know

12   him and I know his true self, I don't want to see something

13   that I don't recognize.  I know that that's not him.  I know

14   that what he did that day was very unlike him, and I hate

15   that that is how you see him.

16        He is a very loving person and the best father to

17   my kids that I could ever imagine.  With him not being here,

18   every day is difficult.  I hear my son every day say that he

19   misses his dad and he wants him to be home to watch him.

20   And some days I can't even physically go into work because

21   my son doesn't think I am coming home.  So it's -- I don't

22   have my partner to help me raise my kid right now.  And our

23   other kid -- and I can't see her as much as I want, and she

24   wants to come home.  And I know that that shouldn't guide

25   anything, but I want you to understand that what he did that

```
 1    day is not him; it's definitely not.  He --
 2              THE COURT:  Well, let me assure you, Ms. Choate,
 3    and the whole family --
 4              MS. CHOATE:  Yeah.
 5              THE COURT:  -- I know that everybody who stands
 6    before me at sentencing is a full person, a
 7    three-dimensional person.  My job is to look at that
 8    three-dimensional person but, also, I have a very weighty
 9    and serious job to protect the public, the community, other
10    individuals from people who have committed crimes that bring
11    them before me.
12              It's not that I don't like or like, you know, the
13    individual standing in front of me; but I have a pretty
14    focused job.  It's not like I don't like Mr. Mattice because
15    of what he did on January 6th.  I know his life is made up
16    of far more components than just that, but that was a
17    serious offense.
18              MS. CHOATE:  I understand that.
19              THE COURT:  And in imposing a sentence on him, I
20    am required --
21              MS. CHOATE:  Yeah.  I wouldn't want your job.  I'm
22    sorry.
23              THE COURT:  -- to take account of the seriousness
24    of the offense in fashioning an appropriate sentence --
25              MS. CHOATE:  Yes.  And I understand that.
```

```
 1                THE COURT:  So I -- you know, I appreciate what
 2      you are saying.  But, you know, people think that sentencing
 3      judges don't like the people who stand in front of them,
 4      who -- and that is not at all correct.
 5                MS. CHOATE:  I appreciate that.  Thank you.
 6                THE COURT:  But we also have a job to do.
 7                MS. CHOATE:  I understand that as well.
 8                THE COURT:  -- and we, in some ways, speak for the
 9      community and for the public when we look at the job we're
10      tasked to do and look at the statutes where Congress, as our
11      elected representatives speaking on behalf of the
12      United States, have passed laws saying:  This is how serious
13      we think this is, and this is the penalty that we are
14      recommending.  They delegate some of that to the Sentencing
15      Commission, so the guidelines are very important.
16                So there are a lot of different factors that come
17      into play.  But, understand, I appreciate that this is hard
18      on you; it's hard on the family of everybody I sentence who
19      stands in front of me for sentencing.
20                MS. CHOATE:  Yeah.
21                THE COURT:  I appreciate that.
22                MS. CHOATE:  And I'm not -- I hope that you
23      understand that I am not asking for anything lower than you
24      would ever intend to give him because he is remorseful and
25      he understands that he did wrong, and he -- he understands
```

1    that he needs to face that.  So I want you to understand

2    that, that I hear every day, and we feel it every day.  So I

3    don't want you -- that's all I have to say.

4            Thank you for listening.

5            THE COURT:  Thank you, Ms. Choate.

6            MR. DAVIS:  Thank you, Your Honor.  I appreciate

7    you taking the time.

8            THE COURT:  Thank you.

9            All right.  I am going to hear from Mr. Stern, and

10    then I am going to hear from the defendants.

11            MR. STERN:  Your Honor, could I ask the Court to

12    change its order.  My client has worked on a letter for

13    quite some time, and I would like to hear you -- have the

14    Court hear from him as to these points rather than me going

15    through them.

16            THE COURT:  Sure.

17            MR. STERN:  So I would ask my client to be able to

18    read his statement; he has put a lot of work into it.

19            THE COURT:  Okay.  Well, then why don't -- well,

20    if I am going to hear from Mr. Mault first, then I am going

21    to change up the order I was planning, which is fine,

22    Mr. Stern.  I am going to do something that you think is the

23    best presentation on behalf of Mr. Mault you can make.  But

24    why don't I hear from Mr. Mattice, then, following his

25    counsel, and then I will turn to you and Mr. Mault.

1          MR. STERN:  Oh, sure.

2          THE COURT:  Mr. Mattice, are you ready to talk to

3    me now?  I know I said I was going to hear from the

4    government lawyers and then I was going to hear from the

5    defense lawyers, and then I would hear from you both.

6          But are you ready to talk to me now if you wish?

7          DEFENDANT MATTICE:  Yes.  Thank you.

8          THE COURT:  Then you can step forward to the

9    podium, and Mr. Davis will stand with you.

10          DEFENDANT MATTICE:  Hi, Your Honor.  I didn't prep

11    anything.  I wrote my letter, which I actually significantly

12    cut down for you.

13          THE COURT:  And it was long.

14          DEFENDANT MATTICE:  I apologize.

15          THE COURT:  Don't apologize; I read all of it.

16          DEFENDANT MATTICE:  I would really like to take

17    the opportunity to apologize to Officer M.A., something I

18    haven't had the ability to do at all prior or since my

19    arrest.

20          This whole thing has been extremely difficult for

21    me.  And I know -- I know no one has done this to me but

22    myself; and I understand that 100 percent, Your Honor.  And

23    I don't want you or the government or anybody else, and

24    especially the officer, to feel like I don't have remorse

25    because it's something I am going to have to live with for

1    the rest of my life.

2            THE COURT:  And how are you going to lead your

3    life differently with this knowledge of what you did on

4    January 6th?

5            DEFENDANT MATTICE:  I -- 110 percent, I don't even

6    want to leave my house when I get home.  I just -- I told my

7    fiancée I am not going to even get a job unless my son and

8    my daughter can come to work out -- come to work with me

9    when I -- when they don't have school.  I don't want to miss

10   a single second.  I -- I never leave the house as is.  I

11   shouldn't -- I should not have gone down.  And I -- I have

12   never paid attention to politics before; I have always found

13   them boring, I have never cared for them.  And I hope -- I

14   was very stupid and ignorant.  And I lost myself that day in

15   a way that I never have before, and I am extremely

16   embarrassed.

17           All I want is -- all I want is to be able to

18   dedicate every single second of my life to making my kids'

19   lives and my fiancée's life the best that I can possibly

20   make for them.  I don't -- I am not made of money.  I am not

21   a -- I am not highly educated, as you have heard.  And --

22   but I do everything I can to try and provide for my family

23   as strongly as I can.  And even though I struggle doing it,

24   it is worth it.  And I just -- I can't tell you how hard the

25   past nine months of my life have been.

1          I just -- I understand prison, jail, it's not made

2     for comfort, it's not made to be a good time; it's -- it's a

3     punishment.  But it's -- that aside, it's just knowing of --

4     I can't wake up in the morning and hold my kids.  I can't --

5     I can't tell my son and my daughter that everything is going

6     to be okay.

7          I think -- every night I go to bed, and it's --

8     that's the first thought every morning and the last thought

9     every night when I go to sleep.  I don't sit there and think

10    about:  Woe is me, how terrible is this prison that I am in?

11    With this one or that one -- how long am I going to be on

12    COVID quarantine.  All I can think about is a road home,

13    being back with my children, taking care of them, doing what

14    I can to be the best father that I can possibly be, someone

15    that I have never had in my life.  I have always had to take

16    care of my family ever since a young age; I have had to step

17    up.  And I -- one day I lost -- I lost sight of all of that,

18    everything that truly matters in my life.  I -- I should

19    have thought.  I acted ridiculously.  I acted ignorantly,

20    out of fear, out of stupidity.  And I am so, so, so, sorry,

21    Your Honor.

22         No one is hurt more through my actions throughout

23    this whole situation than my -- than my family.  I have

24    afflicted my children in a way that I have never wanted in

25    my life.  I have never wanted to see them hurt.  I have --

1    at home, anything that we have that's an issue, we sit down

2    and we talk about; we talk.  I don't yell at my kids; I sit

3    them down and I talk to them, and I tell them.  I talk them

4    through it, and I try to explain to them how to use

5    reason -- something that I did not use that day, and I

6    should have; I should have.  And I kick myself in the butt

7    every single day that I wake up that I can't look over and

8    hold my kids.

9            And I just -- I just -- I don't want to -- I don't

10   want to repeat myself over and over again.  But I -- I just

11   would really like you-all to know how sorry I -- I truly am.

12   And if I could -- if I could say sorry to the officer

13   face-to-face, I would love to; but I understand his

14   hesitance in not wanting to be here, I understand.  But I am

15   sorry --

16           THE COURT:  Well, he is listening; so I am sure he

17   will appreciate that apology because not every defendant who

18   stands in front of me due to the events out of January 6th

19   think about the effect they had on the officers that day.

20           DEFENDANT MATTICE:  I can understand it can be

21   very -- very upsetting to go through it, and I can see it.

22   And I should have had better foresight, and I -- I wish I

23   had never even gone down.  And I especially wish I had never

24   even lost myself and done what I did that day, spraying him,

25   removing the barrier.  It was not right; I should not have

1    done it, but I did.  There's no excuses for it.  I just want

2    to say I'm sorry.

3              It's -- I should not have lied to the FBI either.

4    I wish -- I wish I could take it back.  The FBI is very

5    serious, and I just -- I had never even known there was a

6    real thing as special agents up until that day; I thought it

7    was just some movie thing.

8              I have done a lot of stupid things regarding my

9    case, and I just -- everything I wish I could take back, but

10   I know I can't.  But I just wish to have the opportunity to

11   prove to you that that is not me and I am not that person; I

12   never have been, and I never will be.

13             THE COURT:  All right.  Well, thank you,

14   Mr. Mattice.  And as I said to your fiancé, Ms. Choate, I

15   don't, for one minute, think that the people who stand

16   before me are made up entirely and only of the bad acts they

17   did that brought them in front of me.  I understand that

18   there is a lot more to you than that.

19             All right.  You may be seated.

20             DEFENDANT MATTICE:  Thank you, Your Honor.

21             THE COURT:  Okay.  Mr. Mault, please step forward.

22             DEFENDANT MAULT:  Thank you, Your Honor, for this

23   opportunity to speak.

24             First off, I would like to apologize to Officer

25   M.A., the Washington Metropolitan Police Department, and the

1    Capitol Police officers that were working at the Capitol

2    that day.  I would also like to apologize to the Court.

3              My friends and I went to the Capitol on

4    January 6th with the best intentions.  We had planned to

5    attend the rally, voice our opinions peacefully, and leave

6    the Capitol with no problems.  What happened was that our

7    protest got terribly out of hand, and I fell into the mob

8    mentality; and I didn't think about what I was doing or who

9    I was hurting.

10             We had prepared to protect ourselves against

11   counter-protester groups such as Antifa, which have been

12   known to assault and sometimes kill Trump supporters.  We

13   did not plan to fight against police officers.

14             I am truly sorry for attempting to chemically

15   spray Officer M.A.  I am also truly sorry to the Washington

16   Metropolitan Police Department and the Capitol Police for my

17   contribution to the chaos that happened that day.  Those

18   police officers did not deserve what happened to them; they

19   were just doing their job under the worst of conditions.

20             As a soldier, I understand -- as a soldier, I

21   understand what kind of stressful damage I helped put them

22   through, and I should have known better.

23             The aftereffects of January 6th continue to haunt

24   me.  I have lost my job at the Local 33 Ironworkers Union in

25   Rochester, New York.  I have lost my career as a paratrooper

1    in the U.S. Army 82 Airborne Division.  And I have also

2    possibly lost military benefits that I have earned from

3    eight years of honorable service.

4         I have put a strain on my marriage that may not

5    recover.  My children don't know where their father is, and

6    they can't understand why I can't come home.  If I had been

7    putting my wife and children first, I wouldn't be here.

8         Since being incarcerated, I have had time to

9    reflect on my actions and work on bettering myself.  I have

10   completed eight different religious correspondence courses

11   by myself; these courses have helped me to realize I need to

12   focus more on my faith and family.  I know what I did was

13   wrong that day, and I will forever regret my decisions.

14        I apologize to the men and women of the Washington

15   Metropolitan Police Department and the Capitol Police

16   officers.

17        I end my allocution by asking for forgiveness for

18   my behavior, and I ask that Your Honor please have leniency

19   on deciding my sentence.  Thank you.

20        THE COURT:  Thank you, Mr. Mault.  You may be

21   seated.

22        Mr. Stern, do you have anything to add?

23        MR. STERN:  Yes, Your Honor.  I just would like to

24   make some remarks.

25        First of all, if the Court could envision

1    Mr. Mault even one week before this -- he was an ironworker;

2    he was fairly successful at it.  He had been doing it for a

3    few years; he was getting raises every year.  He had -- he

4    had an intact marriage; he had a child on the way.  After

5    this, he lost all union benefits; they wouldn't have him.

6    In fact, I think it was somebody at the union who actually

7    is the one who told --

8                THE COURT:  Could you take your mask off.

9                MR. STERN:  I am so sorry.

10                In fact, someone at the union actually called up

11    the FBI and said:  I recognize that guy, he was there.

12                So, after that, he was still married, still had

13    two children, and he realized that his prospects were not

14    good.  So he had been in the military -- again, if you look

15    at it a week before this:  He is an ironworker; he had two

16    tours in the military, honorable discharge, good work.

17                And after January 6th, a few days later he's

18    unemployed; he doesn't know where he's going to get a job.

19    He thought of going back into the military; and that's what

20    he did.  And he seemed to have a fairly decent career while

21    he was in the military, of course, until he got arrested.

22                He's always had a fairly normal life.  It was just

23    his intention to go to the rally.  As the Court has said in

24    other cases, most people didn't even know there was going to

25    be anything going on at the Capitol that day.  Most people

1    thought there was a rally that day.

2            His background in terms of criminality is

3    extremely limited.  He had a conviction for driving while

4    intoxicated.  He hasn't been arrested for anything since.

5    And he also conquered something a lot of people don't

6    conquer; he had a drinking problem, a fairly severe drinking

7    problem, where he went to AA.  And he eventually has been

8    alcohol free now for at least two years.  A lot of people

9    talk about that, few people do that.

10            He even thought that after this was over, after

11    the FBI had spoken to him, that he thought he could go on

12    with his life.  They didn't tell him to stop doing what he

13    was doing, and he went into the military.  In fact, one of

14    the things that bothers him is the unit he was in is now in

15    Poland, ostensibly to assist what's going on in Ukraine; and

16    he actually feels guilty for that, too, that he is not with

17    his men in Poland.

18            My client has admitted responsibility at a very

19    early stage.  I think, after the first time Mr. Abbenante

20    and I spoke to Mr. Romano, we basically worked out a plea

21    fairly quickly, in a matter of days.

22            With respect to how he is viewed in the community,

23    I know the Court has read the letters that were attached to

24    the memorandum; and I know the Court read the letter that

25    was even written by his lawyer.  It's one of the few cases I

1    can ever remember where there's a letter from his wife;

2    there were letters from his high school teachers; there were

3    letters from people who knew him when he grew up, and

4    there's letters from people who knew him in the military.  I

5    can't remember another case where I have had that.

6         So most people see him as a very good man.  He is

7    obviously very serious about his faith; but he knows that

8    what he did that day he can't take back.  And he's -- it

9    bothers him tremendously.

10        Also, his time in jail, especially at this time,

11   he has been restricted constantly; he very seldom gets to go

12   outside.  He was -- he has been falsely accused of being a

13   white supremacist, even though he is not -- or even close to

14   it -- but, at jails, it doesn't matter too much.

15        We would ask the Court to consider actually going

16   below guidelines, the category below 37 to 46 is 30 to 37;

17   we would ask a sentence in that range.

18        And also, with respect to what's happened to

19   him -- first of all, the harsh conditions of confinement,

20   he's been unable to do anything.  He's locked down so

21   often -- he's been outside just a number of times since he

22   was first taken there, I believe, in November -- because I

23   didn't meet him for the first month he was in North

24   Carolina.

25        He also does have PTSD; that was referenced in

1    paragraph 74 of the presentence report.  He did multiple

2    military terms.

3            And the other thing that bothers him a lot -- and

4    he feels very protective of the Army -- is that anyone would

5    suggest that he used military tactics that day.  He said

6    nothing he was ever taught in the military was to be used

7    for that reason.  And he just wants the Court to know he was

8    never trained to be a rioter.

9            Thank you.

10            THE COURT:  All right.  Thank you.

11            All right.  I am going to explain the sentence I

12    am about to impose.  You all can be seated during this, and

13    then I will call you up one at a time for imposition of

14    sentence.

15            So after considering the party's sentencing

16    memoranda, the presentence investigation reports, the

17    sentencing recommendations, hearing argument during the

18    sentencing hearing, I have to consider the factors set out

19    by Congress in 18 U.S.C. Section 3553(a) and ensure that I

20    impose sentences sufficient but not greater than necessary

21    to comply with the purposes of sentencing.

22            The purposes of sentencing include the need for

23    the sentence imposed to reflect the seriousness of the

24    offense, promote respect for the law, provide just

25    punishment for the offense, deter criminal conduct, protect

1    the public from future crimes by the defendant, and promote

2    rehabilitation.

3            In effecting these purposes, I have to consider,

4    more specifically, the nature and circumstances of the

5    offense; the history and characteristics of the defendant;

6    the types of sentences available; the need to avoid

7    unwarranted sentence disparities among defendants with

8    similar records found guilty of similar conduct, and the

9    need to provide restitution to any victims of the offense.

10           So beginning with the restitution amount owed by

11   the defendants, the plea agreement provides for a

12   restitution payment of $2,000 by each defendant, which this

13   Court finds to be the best available estimate of damage done

14   to identifiable victims on the limited record presented in

15   this case, and so orders this amount pursuant to 18 U.S.C.

16   Section 3663(a)(1)(A).

17           The Court furthers finds that determining complex

18   issues of fact related to the cause or amount of the

19   victim's losses would complicate or prolong the sentencing

20   process to a degree that the need to provide restitution to

21   any victim is outweighed by the burden of the sentencing

22   process, under 18 U.S.C. Section 3663A(c)(3)(B), so the

23   mandatory restitution provisions of Section 3663A do not

24   apply; and the Court need not endeavor to fix the

25   restitution amount more precisely than the $2,000 amount

1    agreed upon by the parties.

2            Regarding the nature and circumstances of the

3    offense, both defendants have been convicted of assaulting,

4    resisting, or impeding certain officers or employees in

5    violation of 18 U.S.C. Section 111(a)(1).  This is a serious

6    offense; and the Court views each defendant's role in the

7    events on January 6th as a heightened one -- not at the

8    highest levels, but as a heightened one -- putting them at a

9    higher level of culpability than many of the hundreds of

10   others participating in the violent attack on the Capitol

11   because they were just not part of the crowd.

12           These two defendants actually went to the front of

13   the lines, took down barriers, engaged in confrontations --

14   violent confrontations with law enforcement.  They traveled

15   together from Upstate New York to Washington, D.C., to

16   attend a political rally by the former President, but that

17   was only the starting point.

18           The trip was not a last-minute, spontaneous jaunt;

19   it began -- planning for that trip began four days ahead of

20   time.  On January 3, three days before January 6th,

21   Mr. Mault texted Mr. Mattice to say he had purchased pepper

22   spray and a legal baton, an acquisition that Mr. Mattice

23   deemed:  Fucking dope.  Mr. Mattice said he could contribute

24   a nice ass high-powered firemans fire extinguisher to the

25   endeavor.

1          At around midday on January 5, their preparations

2    escalated as Mr. Mault texted Mr. Mattice and some others

3    that it would be wise to bring a baton, pepper spray,

4    ass-kicking boots -- whatever that is -- a helmet, and eye

5    protection.  And Mr. Mattice was also planning on physical

6    violence, noting that he was:  Layering up on clothes he

7    ain't worried about losing.

8          After attending the former President's rally, they

9    got moving towards the Capitol.  At 12:39 p.m., on

10   January 6th, Mr. Mattice recorded a video in which he

11   announced:  Getting hyped up.  We're all getting ready to go

12   march on Capitol Hill.  We're going to go fuck some shit up;

13   it's about to be nuts.  Let's fucking do this; I can't wait.

14         Mr. Mault is quiet in the video, but clearly

15   within earshot, as his distinctive helmet goes by.

16         Mr. Mattice reiterated his plan to "fuck shit up"

17   ten minutes later.  And by 1:07, upon arrival at the Hill,

18   Mr. Mattice recorded still another video where he commented:

19   We're getting up front, and we're taking this shit.

20         Their first stop was on the West Plaza where

21   things were really starting to escalate.  By 2:28 p.m.,

22   these defendants were at the front of the mob -- not at the

23   back hanging back, watching what was going on; they were at

24   the front, separated from officers by only a row of bike

25   racks.

1          Mr. Mattice filmed while Mr. Mault went on a loud

2     tirade, screaming at officers, and suggesting they were on

3     the wrong side of the conflict.  He said:  Most of you guys

4     served.  We fought for a free country.  We fought for this.

5     We didn't fight for the communist, man; you know that.  You

6     know that.  We didn't fight for the fucking communists.

7     Fuck that.  This is our country.

8          Mr. Mault also told the police officers that

9     mutiny would yield no consequences, saying:  Your jobs will

10    be here when you come back after we kick the shit out of

11    everything.  Mr. Mault even tried to put himself on the side

12    of righteousness, still on the frontline, shouting at the

13    police officers:  This shit's fucking right.  What we're

14    doing here is right or there wouldn't be this many fucking

15    people here, and you guys fucking know this shit.

16         As an ironic twist, Mr. Mault also loudly yelled

17    at the officers:  I obey the fucking law every Goddamn

18    fucking day, every fucking day.  Where the fuck's it get me?

19    Everyone else who breaks the law, and they get away with

20    fucking everything?

21         This self-described streak of obedience with the

22    law was on its way to a very violent end.

23         Defendants were literally at the front of the line

24    of the mob's breach of the police line on the West Plaza.

25    Mr. Mattice moved from words and taunting of the police

1    officers to action.  He is seen, on Exhibit 7, grabbing at

2    and tearing down a segment of the barrier.  And then

3    defendants, with their distinctive gray and reddish helmets,

4    are then seen right at the front of the crowd pushing

5    against a police line with people all around, yelling

6    "push," and defendants doing some of that pushing.

7            This effort resulted in Mr. Mattice being hit with

8    pepper spray.  And after rinsing out his eyes, he tells

9    someone else with a camera that he was not trying to fight

10   nobody.  "I got pushed."  "I was saying I had salt for my

11   pepper, and they sprayed me with more pepper."  And

12   Mr. Mault praised Mr. Mattice saying:  And you fucking took

13   it like a man.

14           Pepper spray, police lines, violence did not deter

15   them.  They didn't leave after pushing through the police

16   line.  Mr. Mattice, for his part, was not only undeterred,

17   but was starting to declare victory.  In the 3 o'clock hour,

18   Mr. Mattice texted sundry family and friends to proclaim

19   such things as:  We took Capitol Hill, bro.  That:  Me and

20   James were the first to shove through the police lines to

21   the doors.  He even touted his leadership and recruiting

22   roles, saying:  Me and James got everyone to push through

23   the police.  Me and James fought through the police line on

24   the door step.

25           Mr. Mattice told his aunt:  No one would push, so

1    me and James did, and everyone followed.  And he was well

2    aware of the resistance he was facing.  He described that he

3    got sprayed, beat with billy clubs, and punched, but he knew

4    he had to just keep plowing through them; and they did plow

5    through the police lines.

6        The afternoon was just getting started for the

7    defendants.  They had already broken up some police lines

8    trying to get inside the Capitol Building, but then it truly

9    escalated at around 4 p.m., when they made their way to the

10   mouth of the Lower West Terrace tunnel, the site of some of

11   the very worst violence on January 6, 2021.

12       Both bodysurfed.  I read that, and I didn't know

13   what it meant until I saw the videotape, and it is sort of

14   amazing.  They bodysurfed over a huge crowd, basically

15   crawling and being pushed over the members of the mob, to

16   get to the opening of the tunnel.

17       The scene both would have been observed upon

18   arriving at the -- the scene that they would have -- the

19   scene they would have seen upon arriving at the tunnel was a

20   total melee between the rioters and the police, with the

21   crowd yelling "pull them out," referring to the officers.

22   And, once there, both defendants joined others who

23   discharged chemical spray at the officers.

24       Mr. Mattice took the lead, spraying an agent deep

25   into the tunnel after he bodysurfed over the crowd and was

1    hanging from the ledge.  He took some spray and sprayed deep

2    into the tunnel, and then he fell back into the crowd.

3          Mr. Mault followed in short order, likewise

4    discharging the contents of a canister into the tunnel.

5    Mr. Mault keeps hanging on the archway for a bit; and he

6    received a pink canister from someone in the crowd, and then

7    passes it off to someone else who then is hanging from the

8    arch and sprays it at the police.

9          This description of the defendant's conduct at the

10   tunnel is short and straightforward, but I must underscore

11   the gravity of what was taking place.

12         These defendants deliberately took aim at police

13   officers guarding the tunnel and trying to stop hundreds of

14   aggressive rioters from entering into the Capitol through

15   that entrance, and they attacked the officers with a

16   dangerous substance.  Even without entering the Capitol

17   Building, this moment propelled Mr. Mattice and Mr. Mault

18   into a tier of culpability well above many others present

19   that day, including others who even entered the Capitol.

20         The defendant's text message activity the night of

21   January 6th and the days that followed was particularly

22   telling.  On January 6th, at around 8:30 p.m., Mr. Mattice

23   sent his mother a selfie and bragged about his

24   participation, saying:  It was probably the coolest thing I

25   have ever seen and been a part of in my life; it was like a

1    movie.

2          I actually agree with him.  I have never seen

3    bodysurfing like that; it was like in a movie.

4          Mr. Mattice found a receptive celebratory audience

5    in his mother, though the tone changed a bit the next day,

6    on January 7th, when the two began to realize that some

7    legal jeopardy might ensue for various participants in the

8    mob.  They seemed to minimize this behavior, suggesting that

9    only people that defaced the building did damage and went

10   inside would be the ones in trouble.  But Mr. Mattice made

11   sure not to lose sight of the mission accomplished, saying:

12   Oh, well, I don't really care.  We went there to stop the

13   count, and that's what we did.

14          Indeed, they did stop the count temporarily that

15   day.

16          On January 8th, Mr. Mattice and Mr. Mault had

17   texted each other, apparently motivated by some videos

18   pushing a bizarre conspiracy theory that January 6th was a

19   false flag operation staged by anti-Trump forces; and at

20   this point they seemed to describe themselves as victims.

21   Mr. Mault suggested that an ill-defined, "They" "used my

22   love for my country and straight raped it."

23          Mr. Mattice says:  We didn't do anything wrong.

24   We had no idea they were infiltrating, trying to turn it

25   into something it wasn't.  What we did was constitutional

1    and lawful.

2            It was not.  And I think he realizes that now.

3            Mr. Mault noted:  We never did hit police, just

4    protested.  Mr. Mault also noted his struggle, "Coping with

5    the shit I did" "and fucking witnessed."

6            This exchange is revealing as it shows that:  Even

7    after these two defendants were well aware of the overall

8    events of January 6, 2021, they maintained some form of

9    delusional belief that they were the patriots; that they had

10   been duped -- not by the former President but, rather, by

11   some amorphous "they" conspiring against them.

12           They were not patriots on January 6th.  And no

13   one -- no one who broke through police line and stopped the

14   democratic process was a patriot that day, in fact

15   criminals.

16           Both defendants lack of remorse was demonstrated

17   in their questionable accounts of their actions in their

18   respective FBI interviews.  Mr. Mattice falsely told police

19   he'd never sprayed chemicals at police officers and, again,

20   portrayed himself as a victim of police aggression.

21           Mr. Mault tried to portray himself as having been

22   caught up in the inexorable flow of the crowd toward the

23   building, rather than as a leader at the vanguard of the

24   fight against the police lines and an active participant in

25   the chemical assault in the tunnel.

1          Among the factors that I look at in assessing

2    these defendants' roles in this overall mob attack on the

3    Capitol on January 6, 2021, are the following:

4          One, they engaged in preplanning for potential

5    violence prior to coming to Washington, D.C., discussing and

6    obtaining protective and offensive gear in clear

7    anticipation that they were not headed towards any ordinary

8    First Amendment peaceful demonstration.

9          Two, to be sure, these two defendants did not

10   enter the Capitol Building, but they were active

11   participants at the very front lines of the struggle against

12   officers at two distinct locations right outside the Capitol

13   Building more than an hour apart.  By being there and

14   actively fighting against the police to break the police

15   lines, these defendants occupied the police in those

16   locations and tied them down there, which only helped to

17   enable others to storm the Capitol and get inside other

18   entrances of the Capitol to disrupt the certification of the

19   2020 presidential election.

20         Notably, defendants' second sortie in the Lower

21   West Terrace tunnel came well after they had stepped away

22   from the violence so that Mr. Mattice could wash out his

23   eyes and recover from exposure to the police chemical spray.

24   They did not take that opportunity to leave, stand down, or

25   deescalate; but they regrouped, and then laboriously and

1  bodysurfed their way to the tunnel entrance, ready for

2  battle.

3         Three, critically, they physically attacked

4  officers.  In the West Plaza, both defendants were at the

5  front of the line pushing against officers, trying to make a

6  last stand to protect the perimeter of the Capitol.  The

7  police lines were broken, the police were not successful.

8         Worse, at the mouth of the Lower West -- West

9  Terrace tunnel, both defendants took turns hanging off the

10  edge of the tunnel archway and spraying a substantial

11  quantity of a chemical agent directly at the officers

12  defending the tunnel.  And this conduct propels these two

13  defendants well above the mine run of the already egregious

14  conduct of defendants who wandered around the Capitol

15  Building without engaging in direct physical altercations.

16         In sum, the nature and circumstances of the

17  offense and the need for the sentence to reflect the

18  seriousness of this offense and promote respect for the law

19  favors a custodial sentence.

20         Regarding their history and characteristics, I

21  will discuss this topic separately for each defendant,

22  though, there is some similarity between the two.

23         Mr. Mattice has generally lived a law-abiding life

24  with one prior conviction, a DUI 2016, resolved through a

25  fine and a short license suspension.  He has a high school

1    diploma; some experience in automotive work, working most

2    recently as a mechanic.  And since the pandemic and loss of

3    his job, stayed home taking care of two children.

4         In a very lengthy and moving handwritten letter,

5    Mr. Mattice has apologized profusely for his actions,

6    lamented the toll his confinement has placed on his family,

7    and the fact that his absence is causing him to miss a

8    growing set of family and childhood milestones.  And I

9    appreciate that this is very difficult for his family and

10   also for Mr. Mattice to miss his children growing up -- for

11   both defendants.

12        Letters from assorted family and friends describe

13   Mr. Mattice as a good family man, active and caring for his

14   two children.  And a couple of them described him as having

15   a teddy bear-type presence.

16        He purports to be apolitical by nature, but the

17   record is not entirely clear, then, how he got so engrossed

18   in the 2020 election and its aftermath to travel to

19   Washington, D.C. prepared for combat.

20        It's unfortunate that these traits and behaviors

21   that win him so much praise from his friends and family were

22   not at the forefront of his mind on January 6th.

23        Mr. Mault has had also limited prior contact with

24   the criminal justice system, with a DUI conviction in 2018,

25   that was also resolved by a fine and a license suspension.

1    He graduated from high school in 2010, had one year of

2    community college, and joined the U.S. Army where he has

3    served honorably, including a deployment to Kuwait; and he

4    also served four years in the National Guard.  He was in the

5    Ironworkers Union and appeared to have had success in that

6    career, and then reenlisted in the Army in 2021; noting to

7    the FBI his belief that -- because he was able to clear a

8    background check -- he must not have been implicated in any

9    January 6th criminal conduct.

10          The government is going to be relentless in

11    finding everybody who was involved in the events on

12    January 6th because it's that important to our democratic

13    process that it never happen again, and everybody who was

14    there gets prosecuted.  It might take them some time, but I

15    trust that the prosecutor's office -- this U.S. Attorney's

16    Office and the prosecutors involved, and the FBI agents

17    involved are going to be relentless.

18          So that was a false hope; that because they hadn't

19    caught up with you immediately that they were never going to

20    catch up with you.  And I think people who were there on

21    January 6th who haven't been caught yet should be aware that

22    this U.S. Attorney's Office and the FBI are going to be

23    relentless, as they should be.

24          Mr. Mault has been married and has children too;

25    and I am sure he and his family are suffering from him being

1    incarcerated.

2            I found that his statement here in front of me --

3    expressing his remorse and his apologies to the police and

4    the people whose offense conduct at issue here caused

5    enormous pain and upset that lasts until this day among a

6    number of the police officers and their families -- is

7    remorse that is helpful for this Court to hear, that the

8    defendants are understanding the full impact of their

9    conduct on that day.

10           Yet the need for the sentence imposed to deter

11   criminal behavior and protect the public from further crimes

12   of the defendants are critical considerations for every

13   sentencing judge.  The seriousness of the criminal conduct

14   witnessed on January 6th only highlights the need for

15   deterrence -- not just specific deterrence for these

16   defendants, but general deterrence -- in the form of a

17   sufficient sentence to deter not just these defendants, but

18   anybody else who might consider disrupting the peaceful

19   transition of power in the future.

20           Every defendant sentenced for their conduct on

21   January 6th is in some ways -- because of the general

22   deterrence factor that all sentencing judges have to

23   consider -- are in some ways the scapegoats, the models for

24   the punishment that can be meted out for anybody who engages

25   in that kind of conduct.

1           When determining what sentence to impose, the

2      importance of deterring future malcontents disappointed with

3      the outcome of an election from planning for and then

4      disrupting the peaceful transition of power after an

5      election -- especially by directly participating in violence

6      as these two defendants did -- weighs very heavily in this

7      Court's consideration.

8           Regarding the types of sentences available, they

9      were convicted of Class D felonies, providing a maximum term

10     of imprisonment of eight years, followed by up to three

11     years of supervision.  And each defendant may be subject to

12     a maximum fine of $250,000.

13          Regarding the need to avoid an unwarranted

14     disparity, one of the defendant's counsel has mentioned a

15     couple of cases where defendants following convictions for

16     violations of the same statute, Section 111(a)(1), received

17     sentences far below the guidelines, *U.S. v Leffingwell*,

18     where the defendant was sentenced to a period of six months.

19     And as I have already discussed, that was a defendant who

20     had severe service-related brain -- traumatic brain injuries

21     from serving in Iraq for the U.S. military.  And I am

22     confident that the sentencing judge in that case took that

23     into consideration in evaluating the choices that the

24     defendant made on January 6th.

25          The other defendant in *U.S. v Creek* was sentenced

1    to 27 months incarceration, which is below the guidelines

2    range that these two defendants are facing here.  But the

3    sentence meted out in the *Creek* case was because of -- the

4    specific offense characteristics that were available there

5    was also within a guidelines range and, actually, precisely

6    what the government requested in that case.

7              So I will now impose sentence on the defendants

8    starting with Mr. Mattice, who should step forward with

9    Mr. Davis.

10             Based on my consideration of these and other

11   factors, I will now state the sentence to be imposed on

12   Mr. Cody Mattice.

13             Pursuant to the Sentencing Reform Act of 1984 and

14   in consideration of the provisions of 18 U.S.C. Section

15   3553, it is the judgment of the Court that you, Cody

16   Mattice, are hereby sentenced to a term of 44 months

17   incarceration, to be followed by 36 months, 3 years, of

18   supervised release, for your conviction of violating

19   18 U.S.C. Section 111(a)(1), a lesser-included offense in

20   Count 4 of the indictment.

21             You are also ordered to pay a special assessment

22   of $100 in accordance with 18 U.S.C. Section 3013.

23             You are also ordered to make restitution to the

24   Architect of the Capitol in the amount of $2,000.

25   Restitution payments shall be made to the Clerk of the Court

1    for the U.S. District Court, District of Columbia, for

2    disbursement to the following victim in the amount of the

3    loss of $2,000 to the Architect of the Capitol, Office of

4    the Chief Financial Officer, attention Kathy Sherrill, CPA,

5    Ford House Office Building, Room H2-205B, Washington, D.C.

6    20515.

7           The Court finds you do not have the ability to pay

8    a fine and, therefore, waives imposition of a fine.

9           While on supervision you shall abide by the

10   following mandatory conditions, as well as the standard

11   conditions of supervision imposed to establish the basic

12   expectations for your conduct while on supervision.

13          The mandatory conditions include:

14          One, you must not commit another federal, state,

15   or local crime;

16          Two, you must not unlawfully possess a controlled

17   substance, which includes marijuana which is a federally

18   scheduled substance.  You must refrain from any unlawful use

19   of a controlled substance.  You must submit to one drug test

20   within 15 days of placement on supervision, and at least two

21   periodic drug tests thereafter as determined by the Court.

22          You must make restitution in accordance with your

23   plea agreement in the amount of $2,000.

24          You shall also comply with the following special

25   conditions:  You must provide the probation officer access

1   to any requested financial information and authorize the

2   release of any financial information.  The probation office

3   may share financial information with the U.S. Attorney's

4   Office.

5       Having assessed your ability to pay, payment of

6   the total criminal monetary penalty due is payment in equal

7   monthly installments of $100 to commence 30 days after the

8   date of your release from prison.

9       The Court has determined you do not have the

10  ability to pay interest and, therefore, waives any interest

11  or penalties that may accrue on the balance.

12      The financial obligations are immediately payable

13  to the Clerk of the Court for the U.S. District Court, 333

14  Constitution Avenue Northwest, Washington, D.C. 20001.

15  Within 30 days of any change of address you shall notify the

16  Clerk of the Court of the change until such time as the

17  financial obligation is paid in full.

18      The probation office shall release the presentence

19  investigation report to all appropriate agencies, which

20  includes the U.S. Probation Office in the approved district

21  of residence in order to execute the sentence of the Court.

22      Pursuant to 18 U.S.C. Section 3742, you have the

23  right to appeal the sentence imposed by the Court if the

24  period of imprisonment is longer than the statutory maximum.

25  If you choose to appeal, you must file any appeal within

1    14 days after the Court enters judgment.

2              As defined in 28 U.S.C. Section 2255, you also

3    have the right to challenge the conviction entered or

4    sentence imposed if new and currently unavailable

5    information becomes available to you or on a claim that you

6    received ineffective assistance of counsel in entering a

7    plea of guilty to the offense of conviction or in connection

8    with sentencing.  If you are unable to afford the cost of an

9    appeal, you may request permission from the Court to file an

10   appeal without cost to you.

11             Is there any objection to the sentence imposed

12   from the government?

13             MR. ROMANO:  No, Your Honor.

14             THE COURT:  And, Mr. Davis?

15             MR. DAVIS:  No, Your Honor.

16             THE COURT:  All right.  You may be seated.

17             Mr. Mault and Mr. Stern, please step forward.

18             Based on my consideration of the factors that I

19   have already discussed, I will now state the sentence to be

20   imposed to Mr. James Phillip Mault.

21             Pursuant to the Sentencing Reform Act of 1984 and

22   in consideration of the provisions of 18 U.S.C. Section

23   3553, it is the judgment of the Court that you, James

24   Phillip Mault, are hereby sentenced to a term of 44 months

25   incarceration, to be followed by 36 months, which is 3

1    years, of supervised release for your conviction of

2    violating 18 U.S.C. Section 111(a)(1), a lesser-included

3    offense in Count 5.

4           You are ordered to pay a special assessment of

5    $100 in accordance with 18 U.S.C. Section 3013.

6           You are also ordered to make restitution to the

7    Architect of the Capitol in the amount of $2,000.

8    Restitution payments shall be made to the Clerk of the Court

9    for the U.S. District Court, District of Columbia, for

10   disbursement to the following victim in the amount of

11   $2,000, Architect of the Capitol, Office of the Chief

12   Financial Officer, attention Kathy Sherrill, CPA, Ford

13   Office Building, Room H2-205B, Washington, D.C. 20515.

14          The Court finds you do not have the ability to pay

15   a fine and, therefore, waives imposition of a fine.

16          While on supervision you shall abide by the

17   following mandatory conditions, as well as the standard

18   conditions of supervision which are imposed to establish the

19   basic expectations for your conduct while on supervision.

20          The mandatory conditions include:

21          One, you must not commit another federal, state,

22   or local crime;

23          Two, you must not unlawfully possess a controlled

24   substance -- which I always have to tell people includes

25   marijuana which remains a federally controlled substance.

1    You must refrain from any unlawful use of a controlled

2    substance.  You must submit to one drug test within 15 days

3    of placement on supervision, and at least two periodic drug

4    tests thereafter as determined by the Court.

5         You must make restitution in accordance with your

6    plea agreement in accordance with 18 U.S.C. Section 3663.

7         You shall comply with the following special

8    conditions:  You must provide the probation officer access

9    to any requested financial information and authorize the

10   release of any financial information.  The probation office

11   may share financial information with the U.S. Attorney's

12   Office.

13        Having assessed your ability to pay, the total

14   criminal monetary penalty is due as follows:  Payment in

15   equal monthly installments of $100 to commence 30 days after

16   the conclusion of your imprisonment.

17        The Court has determined you do not have the

18   ability to pay interest and, therefore, waives any interest

19   or penalties that may accrue on the balance.

20        The financial obligations are immediately payable

21   to the Clerk of the Court for the U.S. District Court, 333

22   Constitution Avenue Northwest, Washington, D.C. 20001.

23   Within 30 days of any change of address you shall notify the

24   Clerk of the Court of the change until such time as the

25   financial obligation is paid in full.

1          The probation office shall release the presentence

2    investigation report to all appropriate agencies, which

3    includes the U.S. Probation Office in the approved district

4    of residence in order to execute the sentence of the Court.

5          Pursuant to 18 U.S.C. Section 3742, you have the

6    right to appeal the sentence imposed by the Court if the

7    period of imprisonment is longer than the statutory maximum.

8    If you choose to appeal, you must file any appeal within

9    14 days after the Court enters judgment.

10         As defined in 28 U.S.C. Section 2255, you also

11   have the right to challenge the conviction entered or

12   sentence imposed if new and currently unavailable

13   information becomes available to you or on a claim you

14   received ineffective assistance of counsel in entering a

15   plea of guilty to the offense of conviction or in connection

16   with sentencing.  If you are unable to afford the cost of an

17   appeal, you may request permission from the Court to file an

18   appeal without cost to you.

19         Are there any objections to the sentence imposed

20   not already noted on the record from the government?

21         MR. ROMANO:  No, Your Honor.

22         THE COURT:  And, Mr. Stern?

23         MR. STERN:  No, Your Honor.  But my client would

24   request that you recommend Fort Dix for him.

25         THE COURT:  All right.  You may be seated.

1      MR. STERN:  May I have the Court's indulgence for

2  one moment, Your Honor?

3          (Whereupon, counsel and the defendant confer.)

4      THE COURT:  Yes.  And while you are doing that, I

5  will make a recommendation for prison recommendation for

6  Mr. Mattice, as suggested by Mr. Davis, for Fort Dix or

7  Otisville, if he qualifies for a prison camp; for Allenwood,

8  if he qualifies for a low-security prison or, otherwise, for

9  Morgantown.  I will make that recommendation.

10         And for Mr. Mault, I will recommend -- do you want

11  to change the Fort Dix recommendation?

12      MR. STERN:  Yes.  Actually, what he told me was --

13  my fault.

14      THE COURT:  Could you take your mask off?

15      MR. STERN:  I'm sorry for having the Court having

16  to tell me that.

17         Yes.  He would like Otisville, New York, first

18  because he is from the Buffalo -- Rochester area, and

19  Fort Dix second.

20      THE COURT:  All right.  I will make those

21  recommendations, Mr. Mault and Mr. Mattice.  I can make

22  recommendations to the Bureau of Prisons, but they are in

23  charge and have final control over any facility to which you

24  will be designated, but I will make those recommendations.

25         You may be seated.

1        Does the government have a motion to dismiss the

2    open counts in the indictment against both defendants?

3        MR. ROMANO:  We do, Your Honor.  I believe that's

4    all but Count 4 for Mr. Mattice, and all but Count 5 for

5    Mr. Mault.

6        THE COURT:  All right.  That motion is granted.

7        Is there anything else to address today from the

8    government?

9        MR. ROMANO:  No, Your Honor.

10        THE COURT:  Anything else on behalf of

11    Mr. Mattice, Mr. Davis?

12        MR. DAVIS:  Nothing, Your Honor.

13        (Whereupon, the Court and staff confer.)

14        THE COURT:  Yes.  You are not going to -- you said

15    you were dismissing everything except for Counts 4 and 5

16    with respect to the individual defendants; but don't you

17    also have to dismiss the 111(b), which is in the charge?

18        MR. ROMANO:  Yes.  That's true.  You are right,

19    Your Honor.  We do move to dismiss the greater offense of

20    111(a)(1) and (b) because they have pled to the lesser.

21        THE COURT:  Okay.  That is granted.

22        All right.  Back to you, Mr. Davis.

23        Anything further from you today?

24        MR. DAVIS:  Nothing further.

25        THE COURT:  Mr. Stern, anything further?

1           MR. STERN:  No, Your Honor.

2           THE COURT:  All right.  Mr. Mattice and Mr. Mault,

3    good luck.  You are excused.

4           A DEFENDANT:  Thank you, Your Honor.

5           (Whereupon, the proceeding concludes, 3:45 p.m.)

6                          **CERTIFICATE**

7

8           I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

9    certify that the foregoing constitutes a true and accurate

10   transcript of my stenographic notes, and is a full, true,

11   and complete transcript of the proceedings to the best of my

12   ability.

13          This certificate shall be considered null and void

14   if the transcript is disassembled and/or photocopied in any

15   manner by any party without authorization of the signatory

16   below.

17

18   Dated this 3rd day of January, 2023.

19   /s/ Elizabeth Saint-Loth, RPR, FCRR
     Official Court Reporter

20

21

22

23

24

25

## $

**$100** [5] - 10:25, 71:22, 73:7, 75:5, 76:15
**$150,000** [1] - 10:24
**$2,000** [10] - 11:2, 11:18, 11:21, 56:12, 56:25, 71:24, 72:3, 72:23, 75:7, 75:11
**$250,000** [1] - 70:12

## /

**/s** [1] - 80:19

## 1

**1** [1] - 9:15
**100** [1] - 45:22
**11** [1] - 14:24
**110** [1] - 46:5
**111(a** [3] - 22:9, 22:15, 22:20
**111(a)** [1] - 32:10
**111(a)(1** [5] - 10:1, 70:16, 71:19, 75:2, 79:20
**111(a)(1)** [2] - 3:8, 57:5
**111(b** [1] - 79:17
**12** [1] - 4:21
**12-year-old** [1] - 34:11
**12:39** [1] - 58:7
**13** [1] - 24:3
**1331** [1] - 1:10
**1350** [1] - 1:17
**14** [4] - 5:6, 10:4, 74:1, 77:9
**15** [3] - 1:4, 72:20, 76:2
**15,000** [1] - 10:24
**18** [16] - 3:8, 6:11, 10:1, 55:19, 56:15, 56:22, 57:5, 71:14, 71:19, 71:22, 73:22, 74:22, 75:2, 75:5, 76:6, 77:5
**1984** [2] - 71:13, 74:21
**1:07** [1] - 58:17

## 2

**2** [2] - 4:15, 10:12
**20-20** [1] - 3:14
**20001** [2] - 73:14, 76:22

**20004** [1] - 1:11
**20036** [1] - 1:17
**20044** [1] - 1:14
**2010** [1] - 68:1
**2016** [1] - 66:24
**2018** [1] - 67:24
**202** [3] - 1:11, 1:15, 1:18
**2020** [2] - 65:19, 67:18
**2021** [5] - 18:3, 61:11, 64:8, 65:3, 68:6
**2022** [2] - 1:4, 6:20
**2023** [1] - 80:18
**20515** [2] - 72:6, 75:13
**20850** [1] - 1:20
**21** [2] - 10:17, 10:19
**21-657** [1] - 2:3
**21-657-01** [1] - 1:3
**21-657-02** [1] - 1:3
**2255** [2] - 74:2, 77:10
**23** [1] - 9:13
**234-7300** [1] - 1:18
**24** [2] - 32:12, 32:19
**24/7** [1] - 37:18
**26** [1] - 9:19
**27** [1] - 71:1
**28** [2] - 74:2, 77:10
**29** [1] - 6:20
**2:01** [1] - 1:5
**2:28** [1] - 58:21
**2A2.2** [2] - 9:25, 10:3
**2A2.2(a** [1] - 10:4
**2A2.2(b)(2)(B)** [1] - 10:7

## 3

**3** [6] - 11:17, 11:20, 57:20, 60:17, 71:17, 74:25
**30** [5] - 54:16, 73:7, 73:15, 76:15, 76:23
**301** [1] - 1:21
**3013** [2] - 71:22, 75:5
**305-7917** [1] - 1:15
**307-6691** [1] - 1:11
**33** [1] - 50:24
**333** [2] - 73:13, 76:21
**340-8000** [1] - 1:21
**3553** [2] - 71:15, 74:23
**3553(a** [2] - 6:11, 55:19
**36** [2] - 71:17, 74:25
**3663** [1] - 76:6
**3663(a)(1)(A)** [1] - 56:16
**3663A** [1] - 56:23
**3663A(c)(3)(B** [1] - 56:22

**37** [5] - 10:21, 11:19, 23:9, 54:16
**3742** [2] - 73:22, 77:5
**3:21** [1] - 40:15
**3:45** [1] - 80:5
**3A1.2(b** [1] - 10:9
**3E1.1(a** [1] - 10:15
**3E1.1(b** [1] - 10:17
**3rd** [1] - 80:18

## 4

**4** [5] - 3:5, 61:9, 71:20, 79:4, 79:15
**40** [1] - 36:5
**44** [5] - 11:16, 23:19, 24:25, 71:16, 74:24
**44-month** [1] - 25:13
**46** [4] - 10:21, 23:9, 24:6, 54:16

## 5

**5** [5] - 3:6, 58:1, 75:3, 79:4, 79:15
**50** [1] - 38:9
**51-month** [1] - 24:8
**55** [2] - 1:14, 4:6
**56** [1] - 4:6
**57** [1] - 4:18
**58** [1] - 4:18

## 6

**6** [6] - 18:3, 32:11, 32:18, 61:11, 64:8, 65:3
**60** [1] - 4:9
**61** [1] - 4:19
**62** [1] - 4:11
**62-1** [1] - 4:15
**63** [2] - 24:16, 24:25
**63-1** [1] - 4:25
**63-3** [1] - 4:25
**63-4** [1] - 4:25
**64** [1] - 5:4
**65-1** [1] - 4:25
**66** [2] - 5:6
**6th** [17] - 14:2, 14:14, 18:5, 18:9, 18:22, 19:5, 20:3, 20:22, 26:12, 28:2, 29:10, 30:6, 33:24, 35:23, 36:7, 40:15, 40:23, 42:15, 46:4, 48:18, 50:4, 50:23, 52:17, 57:7, 57:20, 58:10, 62:21, 62:22, 63:18,

64:12, 67:22, 68:9, 68:12, 68:21, 69:14, 69:21, 70:24

## 7

**7** [1] - 60:1
**74** [1] - 55:1
**7th** [1] - 63:6

## 8

**82** [1] - 51:1
**8:30** [1] - 62:22
**8th** [1] - 63:16

## 9

**90** [1] - 21:24
**932** [1] - 1:20

## A

**AA** [1] - 53:7
**abandon** [1] - 19:23
**Abbenante** [1] - 53:19
**Abbenante's** [1] - 29:15
**abide** [2] - 72:9, 75:16
**abiding** [1] - 66:23
**ability** [8] - 45:18, 72:7, 73:5, 73:10, 75:14, 76:13, 76:18, 80:12
**able** [4] - 36:11, 44:17, 46:17, 68:7
**absence** [1] - 67:7
**absolutely** [1] - 8:23
**absolved** [1] - 19:5
**accept** [1] - 9:2
**acceptance** [6] - 10:14, 10:16, 13:25, 22:17, 24:17, 24:19
**accepted** [2] - 13:20, 13:23
**accepting** [1] - 29:18
**access** [3] - 3:10, 72:25, 76:8
**accomplished** [1] - 63:11
**accordance** [5] - 71:22, 72:22, 75:5, 76:5, 76:6
**account** [1] - 42:23
**accounts** [1] - 64:17
**accrue** [2] - 73:11, 76:19

**accurate** [1] - 80:9
**accused** [1] - 54:12
**acknowledge** [3] - 26:3, 27:22, 29:17
**acquisition** [1] - 57:22
**Act** [2] - 71:13, 74:21
**acted** [2] - 47:19
**acting** [3] - 19:1, 21:22
**Action** [1] - 1:2
**action** [1] - 60:1
**actions** [4] - 47:22, 51:9, 64:17, 67:5
**active** [3] - 64:24, 65:10, 67:13
**actively** [1] - 65:14
**activities** [2] - 14:9, 14:10
**activity** [2] - 35:15, 62:20
**acts** [1] - 49:16
**add** [3] - 22:23, 23:1, 51:22
**added** [2] - 10:5, 10:8
**addict** [1] - 36:4
**addition** [1] - 34:7
**address** [7] - 13:3, 17:9, 17:10, 17:13, 73:15, 76:23, 79:7
**adds** [1] - 30:11
**adjustment** [2] - 10:9, 14:5
**admit** [1] - 26:14
**admitted** [1] - 53:18
**advisory** [1] - 10:21
**afflicted** [1] - 47:24
**afford** [2] - 74:8, 77:16
**aftereffects** [1] - 50:23
**aftermath** [1] - 67:18
**afternoon** [9] - 2:9, 2:15, 2:16, 2:20, 2:21, 2:24, 2:25, 3:1, 61:6
**age** [3] - 34:10, 36:5, 47:16
**agencies** [2] - 73:19, 77:2
**agent** [2] - 61:24, 66:11
**agents** [2] - 49:6, 68:16
**aggravated** [2] - 10:5, 10:11
**aggravating** [3] - 6:5, 14:4, 16:3
**aggression** [1] - 64:20
**aggressive** [1] - 62:14
**agree** [7] - 11:11, 13:18, 13:21, 13:23, 14:7, 14:15, 63:2

**agreed** [1] - 57:1
**agreement** [3] - 56:11, 72:23, 76:6
**agrees** [1] - 31:2
**ahead** [1] - 57:19
**aided** [1] - 1:25
**aim** [2] - 31:7, 62:12
**ain't** [1] - 58:7
**Airborne** [1] - 51:1
**alcohol** [1] - 53:8
**Alexandria** [1] - 37:15
**Allenwood** [3] - 39:6, 78:7
**allocution** [1] - 51:17
**almost** [1] - 37:1
**ALSO** [1] - 1:22
**altercations** [1] - 66:15
**amazing** [1] - 61:14
**Amendment** [1] - 65:8
**America** [1] - 2:3
**AMERICA** [1] - 1:2
**amorphous** [1] - 64:11
**amount** [12] - 23:10, 37:1, 56:10, 56:15, 56:18, 56:25, 71:24, 72:2, 72:23, 75:7, 75:10
**Amy** [1] - 33:6
**ANDREW** [1] - 1:13
**announced** [1] - 58:11
**anti** [1] - 63:19
**anti-Trump** [1] - 63:19
**anticipate** [1] - 16:19
**anticipated** [1] - 20:10
**anticipation** [2] - 20:20, 65:7
**Antifa** [1] - 50:11
**apart** [1] - 65:13
**apolitical** [1] - 67:16
**apologies** [1] - 69:3
**apologize** [6] - 45:14, 45:15, 45:17, 49:24, 50:2, 51:14
**apologized** [1] - 67:5
**apology** [1] - 48:17
**appeal** [11] - 13:7, 73:23, 73:25, 74:9, 74:10, 77:6, 77:8, 77:17, 77:18
**appear** [2] - 15:1, 20:4
**APPEARANCES** [1] - 1:9
**appeared** [3] - 13:9, 16:19, 68:5
**applies** [1] - 9:25
**apply** [4] - 6:3, 9:8, 23:8, 56:24
**appreciate** [8] - 40:7,

43:1, 43:5, 43:17, 43:21, 44:6, 48:17, 67:9
**appropriate** [10] - 11:14, 14:10, 14:17, 17:24, 22:5, 25:15, 25:21, 42:24, 73:19, 77:2
**approved** [2] - 73:20, 77:3
**arch** [2] - 31:8, 62:8
**Architect** [4] - 71:24, 72:3, 75:7, 75:11
**archway** [2] - 62:5, 66:10
**area** [3] - 16:14, 23:24, 78:18
**areas** [1] - 13:12
**argue** [2] - 17:6, 20:4
**argued** [2] - 14:20, 20:3
**argument** [2] - 25:23, 55:17
**arguments** [2] - 13:15, 37:8
**arising** [1] - 18:21
**Army** [5] - 4:23, 51:1, 55:4, 68:2, 68:6
**arrest** [3] - 22:12, 29:4, 45:19
**arrested** [7] - 14:21, 26:15, 26:22, 34:15, 37:12, 52:21, 53:4
**arrival** [1] - 58:17
**arrive** [1] - 30:18
**arriving** [2] - 61:18, 61:19
**articulated** [1] - 36:20
**aside** [1] - 47:3
**ass** [2] - 57:24, 58:4
**ass-kicking** [1] - 58:4
**assailants** [1] - 25:1
**assault** [6] - 10:5, 10:12, 21:9, 22:24, 50:12, 64:25
**assaulted** [1] - 18:4
**assaulting** [4] - 3:6, 10:2, 16:14, 57:3
**assaultive** [2] - 22:10, 24:21
**assaults** [1] - 21:3
**assessed** [2] - 73:5, 76:13
**assessing** [1] - 65:1
**assessment** [3] - 10:25, 71:21, 75:4
**assist** [1] - 53:15
**assistance** [2] - 74:6, 77:14
**assisting** [1] - 15:6

**associate** [1] - 4:14
**assorted** [1] - 67:12
**assure** [1] - 42:2
**attached** [1] - 53:23
**attack** [2] - 57:10, 65:2
**attacked** [3] - 16:10, 62:15, 66:3
**attempting** [1] - 50:14
**attend** [2] - 50:5, 57:16
**attending** [1] - 58:8
**attention** [3] - 46:12, 72:4, 75:12
**attorney** [4] - 4:23, 7:5, 8:2, 8:12
**Attorney's** [4] - 68:15, 68:22, 73:3, 76:11
**audience** [1] - 63:4
**aunt** [1] - 60:25
**authorization** [1] - 80:15
**authorize** [2] - 73:1, 76:9
**automotive** [1] - 67:1
**available** [8] - 3:10, 39:6, 56:6, 56:13, 70:8, 71:4, 74:5, 77:13
**Avenue** [4] - 1:17, 16:8, 73:14, 76:22
**average** [2] - 13:19, 14:3
**avoid** [2] - 56:6, 70:13
**avoiding** [1] - 36:25
**aware** [3] - 61:2, 64:7, 68:21
**awareness** [1] - 21:25
**awoke** [1] - 26:22

**B**

**background** [3] - 19:9, 53:2, 68:8
**bad** [4] - 34:18, 36:16, 36:17, 49:16
**BAKER** [1] - 1:22
**Baker** [1] - 2:5
**balance** [2] - 73:11, 76:19
**barrier** [2] - 48:25, 60:2
**barriers** [1] - 57:13
**base** [1] - 10:3
**based** [7] - 6:3, 6:10, 14:16, 25:16, 41:11, 71:10, 74:18
**basic** [2] - 72:11, 75:19
**basis** [1] - 17:25

**Bates** [1] - 23:18
**baton** [2] - 57:22, 58:3
**battle** [1] - 66:2
**bear** [1] - 67:15
**bear-type** [1] - 67:15
**beat** [1] - 61:3
**beating** [1] - 30:19
**becomes** [2] - 74:5, 77:13
**bed** [1] - 47:7
**BEFORE** [1] - 1:7
**began** [3] - 57:19, 63:6
**begin** [1] - 4:1
**beginning** [1] - 56:10
**behalf** [9] - 2:9, 2:17, 2:22, 4:11, 4:20, 26:4, 43:11, 44:23, 79:10
**behaved** [1] - 27:19
**behavior** [5] - 20:20, 31:21, 51:18, 63:8, 69:11
**behaviors** [1] - 67:20
**belief** [2] - 64:9, 68:7
**believes** [1] - 17:16
**below** [6] - 12:3, 54:16, 70:17, 71:1, 80:16
**below-guidelines** [1] - 12:3
**benefit** [1] - 37:6
**benefits** [3] - 33:7, 51:2, 52:5
**Berman** [1] - 33:6
**BERYL** [1] - 1:7
**beside** [1] - 34:6
**best** [10] - 30:1, 36:7, 36:9, 41:16, 44:23, 46:19, 47:14, 50:4, 56:13, 80:11
**better** [2] - 48:22, 50:22
**bettering** [1] - 51:9
**between** [10] - 13:25, 16:21, 21:24, 25:19, 29:9, 30:12, 30:19, 31:17, 61:20, 66:22
**big** [2] - 15:1, 36:18
**bike** [1] - 58:24
**billy** [1] - 61:3
**bit** [5] - 11:25, 15:12, 23:22, 62:5, 63:5
**bizarre** [1] - 63:18
**blast** [1] - 33:4
**blocks** [1] - 23:24
**blows** [2] - 21:12, 21:13
**bluster** [1] - 20:21
**bodysurfed** [4] - 61:12, 61:14, 61:25,

66:1
**bodysurfing** [3] - 28:14, 31:7, 63:3
**bollard** [2] - 23:21, 23:22
**boots** [1] - 58:4
**boring** [1] - 46:13
**bothers** [3] - 53:14, 54:9, 55:3
**bottom** [1] - 11:20
**Box** [1] - 1:14
**brag** [1] - 18:9
**bragged** [1] - 62:23
**brain** [3] - 33:4, 70:20
**breach** [1] - 59:24
**break** [3] - 16:11, 20:24, 65:14
**breaks** [1] - 59:19
**briefly** [1] - 17:15
**bring** [3] - 23:15, 42:10, 58:3
**bringing** [2] - 20:13, 29:6
**bro** [1] - 60:19
**broad** [1] - 22:9
**broke** [1] - 64:13
**broken** [3] - 36:3, 61:7, 66:7
**brother** [1] - 26:5
**brought** [1] - 49:17
**Bryant** [4] - 12:8, 12:12, 12:19, 17:16
**Buffalo** [1] - 78:18
**building** [2] - 63:9, 64:23
**Building** [7] - 61:8, 62:17, 65:10, 65:13, 66:15, 72:5, 75:13
**burden** [1] - 56:21
**Bureau** [3] - 37:16, 38:7, 78:22
**business** [2] - 27:13, 28:2
**busy** [1] - 21:2
**butt** [1] - 48:6

**C**

**camera** [2] - 19:18, 60:9
**camp** [3] - 38:22, 39:4, 78:7
**canister** [2] - 62:4, 62:6
**capacities** [2] - 21:22, 21:23
**Capitol** [35] - 16:7, 18:3, 19:7, 19:17, 19:19, 19:24, 20:23,

24:10, 29:20, 50:1, 50:3, 50:6, 50:16, 51:15, 52:25, 57:10, 58:9, 58:12, 60:19, 61:8, 62:14, 62:16, 62:19, 65:3, 65:10, 65:12, 65:17, 65:18, 66:6, 66:14, 71:24, 72:3, 75:7, 75:11
**car** [1] - 23:24
**care** [7] - 28:7, 30:17, 34:23, 47:13, 47:16, 63:12, 67:3
**cared** [1] - 46:13
**career** [3] - 50:25, 52:20, 68:6
**careful** [1] - 31:7
**carefulness** [1] - 30:17
**caregiver** [1] - 16:23
**caring** [1] - 67:13
**Carolina** [1] - 54:24
**carried** [1] - 20:4
**Case** [1] - 2:3
**case** [27] - 6:3, 7:6, 8:2, 9:6, 9:19, 11:14, 11:23, 12:20, 13:7, 18:22, 22:22, 23:18, 24:2, 24:7, 29:14, 33:2, 33:6, 35:7, 35:9, 37:4, 41:10, 49:9, 54:5, 56:15, 70:22, 71:3, 71:6
**cases** [14] - 5:25, 9:9, 18:19, 18:21, 22:11, 23:16, 24:24, 32:8, 32:9, 32:10, 32:15, 52:24, 53:25, 70:15
**cataloging** [1] - 5:4
**catch** [1] - 68:20
**category** [3] - 9:10, 33:12, 54:16
**Category** [3] - 9:16, 9:21, 10:20
**caught** [4] - 28:2, 64:22, 68:19, 68:21
**caused** [2] - 29:5, 69:4
**causing** [1] - 67:7
**celebratory** [1] - 63:4
**certain** [3] - 3:7, 10:2, 57:4
**certainly** [8] - 14:19, 15:21, 16:21, 18:19, 20:5, 21:19, 25:6, 41:1
**CERTIFICATE** [1] - 80:6
**certificate** [1] - 80:13
**certification** [1] - 65:18

**certify** [1] - 80:9
**challenge** [3] - 15:23, 74:3, 77:11
**challenging** [1] - 15:12
**chance** [1] - 34:11
**change** [7] - 44:12, 44:21, 73:15, 73:16, 76:23, 76:24, 78:11
**changed** [1] - 63:5
**chaos** [1] - 50:17
**chaotic** [1] - 30:3
**Chapter** [1] - 10:12
**character** [1] - 18:16
**characteristic** [1] - 10:6
**characteristics** [4] - 25:18, 56:5, 66:20, 71:4
**characterization** [3] - 27:2, 30:2, 35:14
**characterize** [2] - 16:2, 27:20
**characterizes** [1] - 26:13
**charge** [6] - 22:8, 22:9, 22:15, 22:24, 78:23, 79:17
**charged** [2] - 35:20
**Chase** [1] - 26:25
**check** [3] - 12:19, 19:9, 68:8
**checked** [1] - 17:16
**checking** [2] - 12:8, 12:10
**cheering** [1] - 40:22
**chemical** [11] - 10:7, 15:22, 16:13, 25:7, 27:14, 30:15, 31:11, 61:23, 64:25, 65:23, 66:11
**chemically** [1] - 50:14
**chemicals** [1] - 64:19
**Chevy** [1] - 26:25
**Chicago** [1] - 38:9
**Chief** [2] - 72:4, 75:11
**CHIEF** [1] - 1:8
**child** [3] - 34:15, 35:3, 52:4
**childhood** [1] - 67:8
**children** [14] - 16:23, 26:5, 27:5, 36:8, 39:9, 47:13, 47:24, 51:5, 51:7, 52:13, 67:3, 67:10, 67:14, 68:24
**Choate** [8] - 39:16, 39:17, 39:21, 39:23, 40:14, 42:2, 44:5, 49:14

**CHOATE** [16] - 39:25, 40:2, 40:7, 40:21, 40:24, 41:2, 41:8, 41:11, 42:4, 42:18, 42:21, 42:25, 43:5, 43:7, 43:20, 43:22
**choices** [3] - 35:7, 35:8, 70:23
**choose** [2] - 73:25, 77:8
**chopping** [1] - 28:7
**Christmas** [1] - 27:1
**CHRISTOPHER** [1] - 1:16
**Christopher** [1] - 2:22
**Chutkan** [1] - 24:15
**circumstances** [13] - 14:22, 17:1, 17:20, 18:2, 19:14, 21:18, 22:6, 33:14, 33:15, 33:20, 56:4, 57:2, 66:16
**claim** [3] - 18:15, 74:5, 77:13
**claims** [2] - 19:3, 20:8
**class** [1] - 21:17
**Class** [1] - 70:9
**clear** [4] - 19:16, 65:6, 67:17, 68:7
**clearly** [1] - 58:14
**Clerk** [6] - 71:25, 73:13, 73:16, 75:8, 76:21, 76:24
**client** [7] - 7:17, 8:21, 38:17, 44:12, 44:17, 53:18, 77:23
**climbed** [1] - 21:14
**close** [1] - 54:13
**closed** [1] - 15:22
**closer** [1] - 7:16
**clothes** [1] - 58:6
**clubs** [1] - 61:3
**cmdavisdc@gmail. com** [1] - 1:18
**coach** [1] - 4:22
**Cody** [7] - 2:4, 2:22, 3:3, 19:18, 21:13, 71:12, 71:15
**CODY** [1] - 1:4
**collection** [2] - 23:4, 23:6
**college** [1] - 68:2
**Columbia** [2] - 72:1, 75:9
**COLUMBIA** [1] - 1:1
**combat** [5] - 23:20, 24:9, 25:4, 25:10, 67:19
**combined** [1] - 10:19
**comfort** [1] - 47:2

**coming** [3] - 23:24, 41:21, 65:5
**commence** [2] - 73:7, 76:15
**commented** [1] - 58:18
**Commission** [1] - 43:15
**commit** [2] - 72:14, 75:21
**committed** [3] - 22:14, 36:4, 42:10
**committing** [1] - 21:9
**communist** [1] - 59:5
**communists** [1] - 59:6
**community** [4] - 42:9, 43:9, 53:22, 68:2
**comparison** [2] - 22:6, 23:13
**complete** [1] - 80:11
**completed** [1] - 51:10
**completely** [1] - 29:17
**complex** [1] - 56:17
**complicate** [1] - 56:19
**comply** [3] - 55:21, 72:24, 76:7
**components** [1] - 42:16
**computation** [1] - 9:23
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concerned** [1] - 41:2
**concessions** [2] - 37:3, 37:4
**concludes** [1] - 80:5
**conclusion** [1] - 76:16
**conclusions** [1] - 13:22
**conditions** [11] - 37:11, 50:19, 54:19, 72:10, 72:11, 72:13, 72:25, 75:17, 75:18, 75:20, 76:8
**conduct** [42] - 14:14, 14:16, 15:19, 16:3, 16:5, 16:16, 16:24, 17:2, 18:6, 18:15, 19:5, 19:7, 19:13, 19:15, 21:18, 22:3, 22:6, 22:10, 22:14, 22:24, 24:22, 25:2, 26:12, 29:7, 30:12, 32:25, 33:24, 34:3, 36:7, 55:25, 56:8, 62:9, 66:12, 66:14, 68:9, 69:4, 69:9, 69:13, 69:20, 69:25, 72:12, 75:19
**confer** [2] - 78:3,

79:13
**confident** [1] - 70:22
**confinement** [3] - 37:11, 54:19, 67:6
**conflict** [1] - 59:3
**confrontations** [2] - 57:13, 57:14
**Congress** [3] - 19:24, 43:10, 55:19
**connected** [1] - 41:7
**Connecticut** [1] - 1:17
**connection** [5] - 4:2, 7:11, 8:18, 74:7, 77:15
**conquer** [1] - 53:6
**conquered** [1] - 53:5
**consented** [1] - 22:19
**consequences** [1] - 59:9
**consider** [5] - 54:15, 55:18, 56:3, 69:18, 69:23
**consideration** [8] - 36:14, 37:11, 70:7, 70:23, 71:10, 71:14, 74:18, 74:22
**considerations** [1] - 69:12
**considered** [3] - 17:25, 21:16, 80:13
**considering** [2] - 6:4, 55:15
**consistency** [1] - 25:19
**conspiracy** [1] - 63:18
**conspiring** [1] - 64:11
**constantly** [1] - 54:11
**constitutes** [1] - 80:9
**Constitution** [2] - 73:14, 76:22
**constitutional** [1] - 63:25
**contact** [1] - 67:23
**contemplated** [1] - 19:17
**contents** [1] - 62:4
**context** [2] - 26:16, 27:18
**continue** [3] - 12:17, 21:9, 50:23
**continuing** [1] - 21:11
**contrast** [1] - 30:12
**contribute** [1] - 57:23
**contribution** [1] - 50:17
**control** [2] - 14:9, 78:23
**controlled** [5] - 72:16, 72:19, 75:23, 75:25, 76:1

**convicted** [2] - 57:3, 70:9
**conviction** [14] - 9:12, 9:19, 10:11, 11:1, 23:3, 53:3, 66:24, 67:24, 71:18, 74:3, 74:7, 75:1, 77:11, 77:15
**convictions** [2] - 10:1, 70:15
**coolest** [1] - 62:24
**coordinates** [1] - 12:13
**Coping** [1] - 64:4
**cops** [2] - 35:24, 40:18
**correct** [8] - 7:1, 7:2, 7:22, 7:23, 14:14, 32:14, 37:21, 43:4
**correctly** [1] - 32:12
**correspondence** [1] - 51:10
**cost** [4] - 74:8, 74:10, 77:16, 77:18
**counsel** [9] - 2:6, 3:25, 5:23, 6:7, 44:25, 70:14, 74:6, 77:14, 78:3
**count** [4] - 10:25, 23:3, 63:13, 63:14
**Count** [6] - 3:5, 3:6, 71:20, 75:3, 79:4
**counter** [1] - 50:11
**counter-protester** [1] - 50:11
**country** [3] - 59:4, 59:7, 63:22
**country's** [1] - 34:8
**Counts** [1] - 79:1
**counts** [5] - 9:13, 9:14, 9:20, 23:4, 79:2
**couple** [4] - 23:15, 38:19, 67:14, 70:15
**course** [2] - 19:10, 52:21
**courses** [2] - 51:10, 51:11
**COURT** [115] - 1:1, 1:8, 2:14, 2:19, 2:24, 3:2, 5:11, 5:14, 5:17, 6:15, 6:17, 7:3, 7:8, 7:14, 7:20, 7:24, 8:4, 8:7, 8:10, 8:14, 8:20, 8:25, 11:6, 11:9, 11:12, 12:9, 12:23, 13:5, 13:17, 14:13, 14:23, 15:1, 15:21, 17:9, 17:11, 25:24, 26:8, 27:13, 28:4, 28:14, 28:16, 29:22,

31:4, 31:6, 31:10, 31:24, 32:2, 33:1, 33:10, 33:15, 33:18, 34:22, 35:2, 35:6, 35:16, 35:19, 36:19, 36:25, 37:20, 37:23, 37:25, 38:6, 38:14, 38:16, 38:21, 38:25, 39:2, 39:11, 39:16, 39:18, 39:21, 39:24, 40:1, 40:5, 40:14, 40:22, 41:1, 41:6, 41:10, 42:2, 42:5, 42:19, 42:23, 43:1, 43:6, 43:8, 43:21, 44:5, 44:8, 44:16, 44:19, 45:2, 45:8, 45:13, 45:15, 46:2, 48:16, 49:13, 49:21, 51:20, 52:8, 55:10, 54:14, 74:16, 77:22, 77:25, 78:4, 78:14, 78:20, 79:6, 79:10, 79:14, 79:21, 79:25, 80:2
**court** [3] - 2:18, 3:14, 3:18
**Court** [67] - 1:23, 1:24, 2:2, 9:2, 12:16, 13:3, 13:6, 13:11, 13:12, 17:6, 17:22, 18:16, 19:3, 19:18, 19:22, 20:16, 22:2, 22:10, 22:13, 23:16, 25:8, 25:22, 33:14, 44:11, 44:14, 50:2, 51:25, 52:23, 53:23, 53:24, 54:15, 55:7, 56:13, 56:17, 56:24, 57:6, 69:7, 71:15, 71:25, 72:1, 72:7, 72:21, 73:9, 73:13, 73:16, 73:21, 73:23, 74:1, 74:9, 74:23, 75:8, 75:9, 75:14, 76:4, 76:17, 76:21, 76:24, 77:4, 77:6, 77:9, 77:17, 78:15, 79:13, 80:19
**Court's** [3] - 13:24, 70:7, 78:1
**court-issued** [1] - 3:18
**courtroom** [3] - 2:12, 2:23, 26:4
**COURTROOM** [1] - 2:2
**cover** [1] - 22:11
**covers** [1] - 22:9
**COVID** [2] - 38:10, 47:12

**coy** [1] - 11:25
**CPA** [2] - 72:4, 75:12
**crammed** [1] - 31:12
**crashed** [1] - 26:24
**crawling** [1] - 61:15
**credentials** [1] - 3:19
**credit** [4] - 22:16, 23:11, 24:17, 24:19
**Creek** [2] - 70:25, 71:3
**crime** [3] - 12:14, 72:15, 75:22
**crimes** [4] - 35:20, 42:10, 56:1, 69:11
**criminal** [15] - 6:4, 9:10, 9:12, 9:14, 9:15, 9:19, 9:20, 16:25, 55:25, 67:24, 68:9, 69:11, 69:13, 73:6, 76:14
**Criminal** [5] - 1:2, 2:3, 9:16, 9:21, 10:20
**criminality** [1] - 53:2
**criminals** [1] - 64:15
**critical** [1] - 69:12
**critically** [1] - 66:3
**CRM** [1] - 1:10
**crowd** [13] - 15:6, 15:7, 15:15, 21:25, 31:7, 57:11, 60:4, 61:14, 61:21, 61:25, 62:2, 62:6, 64:22
**crowds** [1] - 28:14
**crude** [1] - 20:18
**culpability** [2] - 57:9, 62:18
**current** [1] - 34:24
**custodial** [1] - 66:19
**custody** [4] - 34:14, 34:15, 34:19, 34:20
**cut** [1] - 45:12

# D

**D.C** [10] - 1:5, 16:19, 37:13, 57:15, 65:5, 67:19, 72:5, 73:14, 75:13, 76:22
**dad** [2] - 28:8, 41:19
**damage** [7] - 29:20, 31:1, 34:7, 34:8, 50:21, 56:13, 63:9
**dangerous** [4] - 10:6, 25:7, 32:14, 62:16
**date** [1] - 73:8
**Dated** [1] - 80:18
**daughter** [3] - 34:11, 46:8, 47:5
**Davis** [17] - 2:22, 2:24, 5:14, 7:9, 7:15, 11:6,

11:24, 25:25, 28:4, 29:23, 36:19, 45:9, 71:9, 74:14, 78:6, 79:11, 79:22
**DAVIS** [46] - 1:16, 2:21, 5:16, 7:19, 7:23, 11:8, 26:2, 26:10, 27:17, 28:13, 28:15, 28:19, 29:24, 31:5, 31:9, 31:14, 32:1, 32:4, 33:9, 33:13, 33:17, 33:19, 35:1, 35:5, 35:8, 35:18, 36:1, 36:24, 37:3, 37:22, 38:3, 38:8, 38:15, 38:17, 38:22, 39:1, 39:3, 39:14, 39:17, 39:19, 39:23, 41:9, 44:6, 74:15, 79:12, 79:24
**days** [14] - 41:20, 52:17, 53:21, 57:19, 57:20, 62:21, 72:20, 73:7, 73:15, 74:1, 76:2, 76:15, 76:23, 77:9
**DC** [3] - 1:11, 1:14, 1:17
**deal** [1] - 13:6
**dealing** [1] - 26:17
**decent** [1] - 52:20
**deciding** [1] - 51:19
**decision** [1] - 36:16
**decisions** [2] - 32:6, 51:13
**declare** [1] - 60:17
**dedicate** [1] - 46:18
**deemed** [2] - 3:20, 57:23
**deep** [3] - 15:14, 61:24, 62:1
**deescalate** [1] - 65:25
**defaced** [1] - 63:9
**defend** [1] - 21:12
**defendant** [19] - 6:25, 9:2, 11:16, 13:18, 18:23, 23:19, 33:2, 48:17, 56:1, 56:5, 56:12, 66:21, 69:20, 70:11, 70:18, 70:19, 70:24, 70:25, 78:3
**Defendant** [3] - 18:9, 19:20, 19:25
**DEFENDANT** [23] - 1:16, 1:19, 3:1, 6:14, 6:16, 7:7, 7:13, 8:3, 8:6, 8:9, 8:13, 8:19, 37:24, 38:2, 45:7, 45:10, 45:14, 45:16, 46:5, 48:20, 49:20,

49:22, 80:4
**defendant's** [7] - 5:3, 10:20, 23:8, 57:6, 62:9, 62:20, 70:14
**defendants** [48] - 3:22, 3:25, 5:2, 10:18, 11:19, 16:1, 17:3, 19:13, 20:4, 20:9, 21:17, 22:13, 25:9, 25:15, 25:18, 25:20, 29:11, 44:10, 56:7, 56:11, 57:3, 57:12, 58:22, 59:23, 60:3, 60:6, 61:7, 61:22, 62:12, 64:7, 64:16, 65:9, 65:15, 66:4, 66:9, 66:13, 66:14, 67:11, 69:8, 69:12, 69:16, 69:17, 70:6, 70:15, 71:2, 71:7, 79:2, 79:16
**Defendants** [1] - 1:5
**defendants'** [5] - 10:14, 21:18, 25:2, 65:2, 65:20
**defending** [2] - 21:2, 66:12
**defense** [2] - 24:23, 45:5
**defined** [2] - 63:21, 74:2, 77:10
**definitely** [1] - 42:1
**degree** [1] - 56:20
**delay** [2] - 29:13
**delegate** [1] - 43:14
**deliberately** [1] - 62:12
**delusional** [1] - 64:9
**democracy** [1] - 34:9
**democratic** [2] - 64:14, 68:12
**demonstrated** [2] - 14:2, 64:16
**demonstration** [1] - 65:8
**denial** [1] - 3:19
**denied** [1] - 24:21
**deny** [1] - 30:9
**depart** [1] - 17:6
**Department** [5] - 1:10, 1:13, 49:25, 50:16, 51:15
**departure** [1] - 18:21
**deployed** [1] - 21:6
**deployment** [1] - 68:3
**DEPUTY** [1] - 2:2
**derive** [1] - 37:6
**describe** [2] - 63:20, 67:12
**described** [4] - 25:7,

59:21, 61:2, 67:14
**describes** [1] - 5:6
**describing** [1] - 4:1
**description** [4] - 27:3, 28:17, 28:19, 62:9
**deserve** [1] - 50:18
**designated** [1] - 78:24
**designed** [1] - 21:5
**deter** [4] - 55:25, 60:14, 69:10, 69:17
**determination** [3] - 11:4, 11:7, 11:10
**determinations** [1] - 6:25
**determine** [3] - 5:22, 6:2, 9:8
**determined** [4] - 72:21, 73:9, 76:4, 76:17
**determining** [2] - 56:17, 70:1
**deterrence** [6] - 17:2, 25:19, 69:15, 69:16, 69:22
**deterring** [1] - 70:2
**differences** [4] - 16:2, 16:21, 25:13, 29:9
**different** [11] - 15:23, 20:9, 23:5, 23:16, 25:9, 25:10, 30:23, 31:19, 38:7, 43:16, 51:10
**differently** [2] - 5:20, 46:3
**differing** [1] - 11:15
**difficult** [3] - 41:18, 45:20, 67:9
**dimensional** [2] - 42:7, 42:8
**diploma** [1] - 67:1
**direct** [1] - 66:15
**directing** [1] - 14:9
**direction** [1] - 31:11
**directly** [4] - 6:8, 15:21, 66:11, 70:5
**disabilities** [1] - 33:3
**disability** [1] - 33:7
**disagree** [1] - 30:22
**disappointed** [1] - 70:2
**disassembled** [1] - 80:14
**disbelief** [1] - 35:19
**disbursement** [2] - 72:2, 75:10
**discharge** [1] - 52:16
**discharged** [1] - 61:23
**discharging** [1] - 62:4
**discovered** [1] - 22:25
**discuss** [1] - 66:21

**discussed** [6] - 7:17, 8:22, 25:12, 25:14, 70:19, 74:19
**discussing** [1] - 65:5
**disgrace** [1] - 19:1
**disgraceful** [1] - 30:2
**dismiss** [4] - 22:19, 79:1, 79:17, 79:19
**dismissed** [1] - 23:2
**dismissing** [1] - 79:15
**disparities** [1] - 56:7
**disparity** [1] - 70:14
**disposing** [1] - 37:4
**disrupt** [1] - 65:18
**disrupting** [2] - 69:18, 70:4
**distinct** [1] - 65:12
**distinction** [3] - 13:24, 30:19, 31:17
**distinctive** [2] - 58:15, 60:3
**distinguish** [1] - 35:12
**District** [7] - 13:8, 72:1, 73:13, 75:9, 76:21
**district** [2] - 73:20, 77:3
**DISTRICT** [3] - 1:1, 1:1, 1:8
**Division** [1] - 51:1
**Dix** [7] - 38:23, 38:25, 39:1, 77:24, 78:6, 78:11, 78:19
**docketed** [9] - 4:6, 4:9, 4:11, 4:15, 4:18, 4:19, 4:24, 5:3, 5:5
**documents** [4] - 5:9, 5:12, 5:15, 7:11
**done** [10] - 27:16, 28:25, 30:5, 34:7, 34:8, 45:21, 48:24, 49:1, 49:8, 56:13
**door** [1] - 60:24
**doors** [3] - 27:2, 35:25, 60:21
**dope** [1] - 57:23
**double** [1] - 37:1
**down** [17] - 15:15, 16:7, 18:3, 27:11, 27:19, 28:23, 38:4, 45:12, 46:11, 48:1, 48:3, 48:23, 54:20, 57:13, 60:2, 65:16, 65:24
**downward** [2] - 17:7, 18:20
**drafted** [1] - 30:17
**draw** [2] - 30:18, 31:17
**drawing** [1] - 32:24
**drinking** [2] - 53:6

**Drive** [1] - 1:20
**driving** [1] - 53:3
**drop** [1] - 27:1
**drug** [6] - 34:13, 36:4, 72:19, 72:21, 76:2, 76:3
**due** [4] - 29:14, 48:18, 73:6, 76:14
**DUI** [4] - 9:12, 9:19, 66:24, 67:24
**duped** [1] - 64:10
**during** [3] - 22:25, 55:12, 55:17
**dynamic** [1] - 16:23

## E

**early** [7] - 22:17, 26:23, 29:11, 29:16, 37:4, 37:6, 53:19
**earned** [1] - 51:2
**earshot** [1] - 58:15
**eating** [1] - 36:10
**ECF** [9] - 4:6, 4:9, 4:11, 4:15, 4:19, 4:25, 5:4, 5:6
**ECFs** [1] - 4:18
**edge** [1] - 66:10
**educated** [2] - 26:21, 46:21
**effect** [1] - 48:19
**effecting** [1] - 56:3
**effort** [4] - 4:20, 24:22, 36:9, 60:7
**efforts** [1] - 18:10
**egregious** [1] - 66:13
**eight** [3] - 51:3, 51:10, 70:10
**eighth** [1] - 4:22
**eighth-grade** [1] - 4:22
**either** [7] - 6:25, 9:2, 16:2, 17:8, 17:25, 38:18, 49:3
**elected** [1] - 43:11
**election** [4] - 65:19, 67:18, 70:3, 70:5
**eleventh** [1] - 29:14
**eligible** [3] - 38:22, 38:24, 39:4
**ELIZABETH** [1] - 80:8
**Elizabeth** [2] - 1:23, 80:19
**Email** [4] - 1:12, 1:15, 1:18, 1:21
**embarrassed** [1] - 46:16
**embarrassment** [1] - 29:5

**employees** [3] - 3:7, 10:3, 57:4
**enable** [1] - 65:17
**encounter** [1] - 34:12
**end** [11] - 17:7, 17:23, 18:1, 19:15, 21:19, 22:5, 22:15, 25:14, 32:19, 51:17, 59:22
**endeavor** [2] - 56:24, 57:25
**enforcement** [2] - 23:22, 57:14
**engaged** [12] - 21:20, 23:20, 24:9, 24:20, 25:3, 25:10, 26:12, 30:13, 34:3, 57:13, 65:4
**engages** [1] - 69:24
**engaging** [4] - 18:5, 29:7, 33:24, 66:15
**English** [1] - 4:22
**engrossed** [1] - 67:17
**enhancement** [3] - 14:16, 23:7, 32:13
**enormous** [1] - 69:5
**enrich** [1] - 24:22
**ensue** [1] - 63:7
**ensure** [2] - 25:19, 55:19
**enter** [1] - 65:10
**entered** [5] - 29:11, 29:15, 62:19, 74:3, 77:11
**entering** [5] - 36:22, 62:14, 62:16, 74:6, 77:14
**enters** [2] - 74:1, 77:9
**entirely** [2] - 49:16, 67:17
**entrance** [2] - 62:15, 66:1
**entrances** [1] - 65:18
**entry** [1] - 3:19
**envision** [1] - 51:25
**envy** [1] - 32:5
**equal** [2] - 73:6, 76:15
**equipped** [1] - 20:14
**escalate** [1] - 58:21
**escalated** [2] - 58:2, 61:9
**especially** [4] - 45:24, 48:23, 54:10, 70:5
**essentially** [1] - 24:21
**establish** [2] - 72:11, 75:18
**estimate** [1] - 56:13
**evaluating** [1] - 70:23
**evening** [1] - 35:22
**event** [2] - 14:19, 39:6
**events** [7] - 14:2,

21:24, 40:23, 48:18, 57:7, 64:8, 68:11
**eventually** [2] - 15:14, 53:7
**evidence** [2] - 5:5, 20:14
**exactly** [1] - 27:16
**except** [1] - 79:15
**exchange** [1] - 64:6
**excuse** [3] - 30:4, 30:7, 30:8
**excused** [1] - 80:3
**excuses** [2] - 34:4, 49:1
**execute** [2] - 73:21, 77:4
**Exhibit** [2] - 14:24, 60:1
**exhibits** [1] - 9:5
**exists** [1] - 30:10
**expect** [2] - 12:18, 38:18
**expectations** [2] - 72:12, 75:19
**expected** [1] - 19:8
**experience** [1] - 67:1
**explain** [4] - 6:9, 17:5, 48:4, 55:11
**explains** [1] - 33:5
**exposure** [2] - 16:13, 65:23
**expressing** [1] - 69:3
**extent** [1] - 29:18
**extinguisher** [3] - 24:18, 25:6, 57:24
**extreme** [3] - 21:3, 21:19, 24:14
**extremely** [4] - 19:14, 45:20, 46:15, 53:3
**eye** [2] - 20:8, 58:4
**eyes** [4] - 16:12, 28:18, 60:8, 65:23

## F

**face** [4] - 13:1, 44:1, 48:13
**face-to-face** [1] - 48:13
**faces** [1] - 29:7
**facilities** [1] - 38:6
**facility** [2] - 39:5, 78:23
**facing** [3] - 37:1, 61:2, 71:2
**fact** [13] - 9:4, 14:16, 18:7, 33:7, 35:21, 35:23, 40:13, 52:6, 52:10, 53:13, 56:18,

64:14, 67:7
**factor** [1] - 69:22
**factors** [10] - 6:5, 6:11, 16:3, 35:12, 36:13, 43:16, 55:18, 65:1, 71:11, 74:18
**facts** [1] - 32:15
**factual** [4] - 5:24, 6:24, 7:21, 9:2
**failure** [4] - 26:14, 27:21, 29:17, 36:11
**fair** [2] - 26:15, 27:20
**fairly** [5] - 52:2, 52:20, 52:22, 53:6, 53:21
**faith** [2] - 51:12, 54:7
**fall** [1] - 37:8
**falls** [5] - 22:3, 31:22, 31:23, 33:11, 35:14
**false** [2] - 63:19, 68:18
**falsely** [2] - 54:12, 64:18
**familiarity** [1] - 13:7
**families** [1] - 69:6
**family** [31] - 4:13, 4:22, 16:23, 17:20, 18:2, 18:7, 18:9, 18:14, 26:6, 27:3, 28:7, 28:10, 29:6, 34:7, 34:24, 35:16, 35:25, 42:3, 43:18, 46:22, 47:16, 47:23, 51:12, 60:18, 67:6, 67:8, 67:9, 67:12, 67:13, 67:21, 68:25
**far** [4] - 32:10, 33:21, 42:16, 70:17
**farm** [1] - 26:23
**fashioning** [1] - 42:24
**father** [5] - 27:6, 36:4, 41:16, 47:14, 51:5
**fathom** [1] - 32:7
**fault** [1] - 78:13
**favors** [1] - 66:19
**FBI** [14] - 14:20, 26:14, 27:11, 27:13, 27:16, 29:17, 49:3, 49:4, 52:11, 53:11, 64:18, 68:7, 68:16, 68:22
**FCRR** [3] - 1:23, 80:8, 80:19
**fear** [2] - 27:23, 47:20
**federal** [3] - 6:2, 72:14, 75:21
**federally** [2] - 72:17, 75:25
**fell** [2] - 50:7, 62:2
**fellow** [1] - 32:17
**felonies** [1] - 70:9
**felony** [1] - 11:1
**felt** [1] - 15:18

**few** [5] - 23:16, 52:3, 52:17, 53:9, 53:25
**fiancé** [1] - 49:14
**fiancée** [3] - 4:14, 34:24, 46:7
**fiancée's** [1] - 46:19
**fight** [7] - 18:10, 28:16, 50:13, 59:5, 59:6, 60:9, 64:24
**fighters** [1] - 25:2
**fighting** [5] - 18:13, 23:14, 23:17, 24:18, 65:14
**file** [4] - 73:25, 74:9, 77:8, 77:17
**filed** [3] - 6:19, 6:22, 7:11
**filmed** [1] - 59:1
**final** [4] - 6:18, 6:20, 7:22, 78:23
**finally** [1] - 23:12
**Financial** [2] - 72:4, 75:12
**financial** [10] - 73:1, 73:2, 73:3, 73:12, 73:17, 76:9, 76:10, 76:11, 76:20, 76:25
**findings** [1] - 9:4
**fine** [10] - 10:24, 39:11, 44:21, 66:25, 67:25, 70:12, 72:8, 75:15
**fire** [4] - 24:18, 25:5, 30:24, 57:24
**firemans** [1] - 57:24
**first** [17] - 5:22, 6:17, 12:5, 26:2, 26:25, 44:20, 47:8, 49:24, 51:7, 51:25, 53:19, 54:19, 54:22, 54:23, 58:20, 60:20, 78:17
**First** [1] - 65:8
**five** [2] - 40:10, 40:18
**fix** [1] - 56:24
**flag** [1] - 63:19
**flow** [1] - 64:22
**focus** [1] - 51:12
**focused** [1] - 42:14
**followed** [7] - 10:22, 61:1, 62:3, 62:21, 70:10, 71:17, 74:25
**following** [9] - 44:24, 65:3, 70:15, 72:2, 72:10, 72:24, 75:10, 75:17, 76:7
**follows** [1] - 76:14
**FOR** [4] - 1:1, 1:9, 1:16, 1:19
**forces** [1] - 63:19
**Ford** [2] - 72:5, 75:12

**forefront** [1] - 67:22
**foregoing** [1] - 80:9
**foresight** [1] - 48:22
**forever** [1] - 51:13
**forget** [1] - 21:7
**forgiveness** [1] - 51:17
**form** [2] - 64:8, 69:16
**former** [2] - 57:16, 58:8, 64:10
**Fort** [6] - 38:23, 38:25, 77:24, 78:6, 78:11, 78:19
**fort** [1] - 39:1
**forward** [8] - 2:6, 5:19, 15:17, 39:22, 45:8, 49:21, 71:8, 74:17
**fought** [5] - 18:23, 40:17, 59:4, 60:23
**four** [5] - 5:20, 10:5, 40:18, 57:19, 68:4
**frankly** [1] - 19:1
**free** [2] - 53:8, 59:4
**friend** [1] - 34:12
**friends** [6] - 4:23, 50:3, 60:18, 67:12, 67:21
**front** [16] - 20:1, 21:15, 42:13, 43:3, 43:19, 48:18, 49:17, 57:12, 58:19, 58:22, 58:24, 59:23, 60:4, 65:11, 66:5, 69:2
**frontline** [1] - 59:12
**fuck** [4] - 19:19, 58:12, 58:16, 59:7
**fuck's** [1] - 59:18
**fucking** [13] - 40:18, 57:23, 58:13, 59:6, 59:13, 59:14, 59:15, 59:17, 59:18, 59:20, 60:12, 64:5
**full** [7] - 21:25, 34:14, 42:6, 69:8, 73:17, 76:25, 80:10
**fully** [6] - 7:5, 8:1, 8:4, 8:11, 39:24, 39:25
**fun** [1] - 40:19
**fundraising** [1] - 44:20
**furthers** [1] - 56:17
**future** [4] - 3:19, 56:1, 69:19, 70:2

**G**

**game** [1] - 26:15
**gear** [2] - 20:12, 65:6
**general** [2] - 69:16, 69:21

**generally** [1] - 66:23
**given** [3] - 13:10, 27:8
**glad** [1] - 40:19
**goal** [1] - 20:22
**goals** [1] - 25:19
**Goddamn** [1] - 59:17
**government** [34] - 2:7, 5:8, 5:23, 6:7, 6:23, 9:1, 10:10, 11:4, 11:16, 12:5, 13:21, 15:25, 17:5, 17:24, 18:19, 18:24, 19:2, 19:11, 20:7, 20:13, 21:21, 22:19, 22:23, 32:12, 35:21, 36:20, 45:4, 45:23, 68:10, 71:6, 74:12, 77:20, 79:1, 79:8
**government's** [4] - 4:7, 4:19, 5:2, 5:4
**grabbing** [1] - 60:1
**grade** [1] - 4:22
**graduated** [1] - 26:23
**grandfather's** [1] - 26:23
**granted** [2] - 79:6, 79:21
**gravity** [1] - 62:11
**gray** [1] - 60:3
**great** [1] - 13:6
**greater** [2] - 55:20, 79:19
**grenade** [1] - 26:24
**grew** [1] - 54:3
**ground** [1] - 24:11
**group** [2] - 24:25, 34:16
**grouping** [1] - 23:4
**groups** [1] - 50:11
**growing** [2] - 67:8, 67:10
**Guard** [1] - 68:4
**guarding** [1] - 62:13
**guards** [1] - 38:11
**guess** [1] - 38:12
**guide** [1] - 41:24
**guideline** [12] - 9:22, 9:25, 10:3, 10:4, 10:8, 11:4, 11:7, 11:10, 17:8, 17:23, 18:1, 22:3
**guidelines** [19] - 6:3, 9:8, 11:20, 12:3, 14:5, 14:6, 19:16, 22:4, 22:21, 23:7, 23:9, 24:24, 30:16, 32:19, 43:15, 54:16, 70:17, 71:1, 71:5
**guilty** [6] - 3:4, 35:11, 53:16, 56:8, 74:7,

77:15
**guy** [1] - 52:11
**guys** [2] - 59:3, 59:15
**gymnastic** [1] - 15:5

**H**

**H2-205B** [2] - 72:5, 75:13
**hand** [6] - 15:16, 24:9, 25:4, 50:7
**hand-to-hand** [2] - 24:9, 25:4
**handed** [1] - 17:15
**hands** [7] - 30:14, 30:16, 30:19, 30:22, 31:18, 31:22, 32:17
**handwritten** [1] - 67:4
**hanging** [7] - 31:7, 58:23, 62:1, 62:5, 62:7, 66:9
**happy** [2] - 13:14, 39:20
**hard** [4] - 32:7, 43:17, 43:18, 46:24
**harsh** [1] - 54:19
**hate** [1] - 41:14
**haunt** [1] - 50:23
**HAZMAT** [1] - 38:12
**headed** [1] - 65:7
**heads** [1] - 21:14
**hear** [21] - 6:6, 11:13, 11:24, 12:3, 12:5, 12:20, 26:1, 39:10, 39:19, 41:18, 44:2, 44:9, 44:10, 44:13, 44:14, 44:24, 44:24, 45:3, 45:4, 45:5, 69:7
**heard** [4] - 19:18, 19:22, 35:21, 46:21
**hearing** [14] - 2:11, 2:14, 3:9, 3:12, 3:23, 3:24, 9:1, 11:13, 12:13, 13:25, 14:6, 34:19, 55:17, 55:18
**hearings** [2] - 3:20, 5:20
**heavily** [1] - 70:6
**heightened** [2] - 57:7, 57:8
**held** [2] - 3:9, 3:15
**helmet** [2] - 58:4, 58:15
**helmets** [1] - 60:3
**help** [1] - 41:22
**helped** [3] - 50:21, 51:11, 65:16
**helpful** [2] - 23:12,

69:7
**helping** [1] - 15:17
**hereby** [3] - 71:16, 74:24, 80:8
**hesitance** [1] - 48:14
**hi** [1] - 45:10
**hide** [1] - 34:4
**high** [6] - 19:15, 34:12, 54:2, 57:24, 66:25, 68:1
**high-powered** [1] - 57:24
**higher** [4] - 22:5, 24:16, 31:23, 57:9
**highest** [1] - 57:8
**highlights** [1] - 69:14
**highly** [1] - 46:21
**Hill** [3] - 58:12, 58:17, 60:19
**himself** [5] - 24:22, 34:6, 59:11, 64:20, 64:21
**historically** [1] - 30:5
**histories** [1] - 6:4
**History** [3] - 9:16, 9:21, 10:20
**history** [10] - 9:10, 9:14, 9:15, 9:20, 16:4, 16:25, 25:17, 35:6, 56:5, 66:20
**hit** [3] - 30:24, 60:7, 64:3
**hitting** [1] - 24:10
**hmm** [1] - 31:13
**hockey** [1] - 30:24
**hold** [3] - 27:20, 47:4, 48:8
**home** [11] - 18:13, 28:8, 36:3, 41:19, 41:21, 41:24, 46:6, 47:12, 48:1, 51:6, 67:3
**honest** [1] - 28:6
**Honor** [67] - 2:5, 2:8, 2:9, 2:16, 2:21, 5:10, 5:16, 6:14, 6:16, 7:2, 7:13, 8:3, 8:6, 8:9, 8:13, 8:19, 8:23, 11:5, 11:8, 12:6, 12:22, 15:11, 23:23, 25:16, 26:2, 28:24, 31:2, 31:15, 32:5, 34:17, 36:6, 36:12, 36:13, 37:10, 37:19, 37:24, 38:2, 38:15, 38:19, 39:5, 39:7, 39:8, 39:15, 39:17, 39:19, 39:23, 44:6, 44:11, 45:10, 45:22, 47:21, 49:20, 49:22,

51:18, 51:23, 74:13, 74:15, 77:21, 77:23, 78:2, 79:3, 79:9, 79:12, 79:19, 80:1, 80:4
**honorable** [2] - 51:3, 52:16
**HONORABLE** [1] - 1:7
**honorably** [1] - 68:3
**hope** [3] - 43:22, 46:13, 68:18
**horrible** [1] - 30:5
**hospital** [1] - 40:2
**hosting** [1] - 28:10
**hour** [4] - 5:19, 29:14, 60:17, 65:13
**hours** [1] - 26:23
**House** [1] - 72:5
**house** [4] - 26:25, 34:16, 46:6, 46:10
**HOWELL** [1] - 1:7
**huge** [1] - 61:14
**hundreds** [2] - 57:9, 62:13
**Hungerford** [1] - 1:20
**hurt** [2] - 47:22, 47:25
**hurting** [1] - 50:9
**hydrant** [1] - 30:25
**hyped** [1] - 58:11

**I**

**idea** [1] - 63:24
**identifiable** [1] - 56:14
**ignorant** [1] - 46:14
**ignorantly** [1] - 47:19
**ill** [1] - 63:21
**ill-defined** [1] - 63:21
**illness** [1] - 29:15
**imagine** [1] - 41:17
**immediately** [3] - 68:19, 73:12, 76:20
**impact** [4] - 12:16, 12:24, 25:5, 69:8
**impeding** [3] - 3:7, 10:2, 57:4
**implicated** [1] - 68:8
**implying** [1] - 26:19
**importance** [1] - 70:2
**important** [4] - 21:7, 33:20, 43:15, 68:12
**impose** [6] - 6:10, 6:12, 18:16, 22:2, 55:12, 55:20, 70:1, 71:7
**imposed** [12] - 55:23, 69:10, 71:11, 72:11, 73:23, 74:4, 74:11, 74:20, 75:18, 77:6,

77:12, 77:19
**imposing** [2] - 17:7, 42:19
**imposition** [3] - 55:13, 72:8, 75:15
**imprisonment** [6] - 10:21, 10:22, 70:10, 73:24, 76:16, 77:7
**incapacitate** [1] - 21:8
**incapacitating** [1] - 21:5
**incarcerated** [4] - 29:12, 38:5, 51:8, 69:1
**incarceration** [5] - 11:17, 11:20, 71:1, 71:17, 74:25
**include** [3] - 55:22, 72:13, 75:20
**included** [4] - 3:4, 36:23, 71:19, 75:2
**includes** [4] - 72:17, 73:20, 75:24, 77:3
**including** [6] - 3:15, 3:18, 4:12, 23:20, 62:19, 68:3
**indeed** [1] - 63:14
**indictment** [5] - 3:5, 3:6, 37:1, 71:20, 79:2
**individual** [8] - 26:17, 28:20, 33:14, 33:15, 33:19, 34:2, 42:13, 79:16
**individuals** [3] - 28:1, 35:13, 42:10
**indulgence** [1] - 78:1
**ineffective** [2] - 74:6, 77:14
**inexorable** [1] - 64:22
**infiltrating** [1] - 63:24
**information** [9] - 24:21, 73:1, 73:2, 73:3, 74:5, 76:9, 76:10, 76:11, 77:13
**initial** [1] - 12:7
**initials** [1] - 12:18
**injuries** [3] - 33:4, 70:20
**inside** [6] - 15:24, 19:25, 20:25, 61:8, 63:10, 65:17
**insight** [1] - 30:11
**installments** [2] - 73:7, 76:15
**instance** [1] - 16:22
**intact** [1] - 52:4
**intelligent** [1] - 26:20
**intend** [1] - 43:24
**intent** [1] - 29:25

**intention** [2] - 40:24, 52:23
**intentional** [2] - 31:13, 31:16
**intentions** [1] - 50:4
**interest** [4] - 73:10, 76:18
**internet** [1] - 28:22
**interrupt** [1] - 17:14
**interviews** [1] - 64:18
**intoxicated** [1] - 53:4
**investigation** [15] - 4:5, 4:17, 5:24, 6:18, 6:20, 7:10, 7:18, 8:16, 8:22, 9:3, 9:11, 9:17, 55:16, 73:19, 77:2
**involved** [4] - 27:15, 68:11, 68:16, 68:17
**involving** [1] - 24:9
**Iraq** [2] - 33:5, 70:21
**ironic** [1] - 59:16
**ironworker** [2] - 52:1, 52:15
**Ironworkers** [2] - 50:24, 68:5
**irritant** [1] - 30:15
**issue** [2] - 48:1, 69:4
**issued** [1] - 3:18
**issues** [1] - 56:18

**J**

**jab** [1] - 24:13
**jackets** [1] - 20:17
**Jackson** [2] - 33:6
**jail** [3] - 20:19, 47:1, 54:10
**jails** [2] - 29:2, 54:14
**JAMES** [1] - 1:5
**James** [10] - 2:4, 2:17, 3:3, 21:13, 60:20, 60:22, 60:23, 61:1, 74:20, 74:23
**January** [46] - 14:2, 14:14, 18:3, 18:5, 18:9, 18:22, 19:5, 20:3, 20:22, 26:12, 28:2, 29:10, 30:6, 33:24, 35:23, 36:7, 40:15, 40:23, 42:15, 46:4, 48:18, 50:4, 50:23, 52:17, 57:7, 57:20, 58:1, 58:10, 61:11, 62:21, 62:22, 63:6, 63:16, 63:18, 64:8, 64:12, 65:3, 67:22, 68:9, 68:12, 68:21, 69:14, 69:21,

70:24, 80:18
**jaundiced** [1] - 20:8
**jaunt** [1] - 57:18
**jeopardy** [1] - 63:7
**jerker** [1] - 27:9
**job** [11] - 42:7, 42:9, 42:14, 42:21, 43:6, 43:9, 46:7, 50:19, 50:24, 52:18, 67:3
**jobs** [1] - 59:9
**JOHN** [1] - 1:9
**joined** [2] - 61:22, 68:2
**joining** [1] - 2:12
**JORDAN** [1] - 1:13
**jordan.a.konig@ usdoj.gov** [1] - 1:15
**judge** [6] - 3:21, 5:19, 13:8, 34:19, 69:13, 70:22
**Judge** [5] - 23:18, 24:2, 24:7, 24:15, 33:6
**JUDGE** [1] - 1:8
**judges** [2] - 43:3, 69:22
**judgment** [4] - 71:15, 74:1, 74:23, 77:9
**July** [1] - 1:4
**June** [1] - 6:20
**justice** [3] - 13:19, 14:13, 67:24
**Justice** [2] - 1:10, 1:13
**justifies** [1] - 32:24

**K**

**Kathy** [2] - 72:4, 75:12
**keep** [3] - 8:7, 37:25, 61:4
**keeps** [1] - 62:5
**kick** [3] - 19:25, 48:6, 59:10
**kicked** [1] - 30:6
**kicking** [2] - 22:12, 58:4
**kid** [2] - 41:22, 41:23
**kids** [4] - 41:17, 47:4, 48:2, 48:8
**kids'** [1] - 46:18
**kill** [1] - 50:12
**killed** [1] - 30:8
**kind** [7] - 15:14, 27:10, 30:11, 32:17, 35:25, 50:21, 69:25
**knowing** [1] - 47:3
**knowledge** [1] - 46:3
**known** [2] - 49:5, 50:12, 50:22

**knows** [3] - 29:25, 34:6, 54:7
**KONIG** [1] - 1:13
**Konig** [4] - 2:11, 12:7, 12:19, 17:15
**Kuwait** [1] - 68:3

## L

**laboriously** [1] - 65:25
**lack** [4] - 29:22, 35:3, 35:6, 64:16
**ladder** [4] - 15:2, 15:7, 15:13, 15:19
**lady** [1] - 34:13
**Lamberth** [2] - 24:2, 24:7
**lamented** [1] - 67:6
**Languerand** [1] - 23:18
**last** [7] - 2:11, 6:9, 12:12, 13:24, 47:8, 57:18, 66:6
**last-minute** [1] - 57:18
**lastly** [1] - 6:7
**lasts** [1] - 69:5
**law** [8] - 23:21, 55:24, 57:14, 59:17, 59:19, 59:22, 66:18, 66:23
**law-abiding** [1] - 66:23
**lawful** [1] - 64:1
**laws** [1] - 43:12
**lawyer** [1] - 53:25
**lawyers** [2] - 45:4, 45:5
**lay** [2] - 30:14, 30:16
**layering** [1] - 58:6
**laying** [3] - 30:19, 31:22, 32:17
**lays** [2] - 30:22, 31:17
**lead** [2] - 46:2, 61:24
**leader** [1] - 64:23
**leadership** [1] - 60:21
**leading** [2] - 16:11, 16:18
**learned** [1] - 14:19
**least** [3] - 53:8, 72:20, 76:3
**leave** [6] - 39:14, 46:6, 46:10, 50:5, 60:15, 65:24
**ledge** [1] - 62:1
**Leffingwell** [3] - 32:18, 33:1, 70:17
**legal** [2] - 57:22, 63:7
**lengthy** [1] - 67:4
**leniency** [2] - 36:15, 51:18

**less** [1] - 25:3
**lesser** [6] - 3:4, 18:17, 36:23, 71:19, 75:2, 79:20
**lesser-included** [4] - 3:4, 36:23, 71:19, 75:2
**letter** [11] - 4:13, 4:14, 34:1, 35:17, 39:12, 40:4, 44:12, 45:11, 53:24, 54:1, 67:4
**letters** [11] - 4:12, 4:13, 4:15, 4:21, 40:5, 53:23, 54:2, 54:3, 54:4, 67:12
**level** [9] - 9:22, 9:23, 10:4, 10:15, 10:17, 10:19, 14:8, 22:20, 57:9
**levels** [5] - 10:5, 10:8, 10:13, 22:18, 57:8
**Lewisburg** [2] - 34:19, 37:14
**license** [2] - 66:25, 67:25
**lied** [1] - 49:3
**life** [14] - 28:6, 42:15, 46:1, 46:3, 46:18, 46:19, 46:25, 47:15, 47:18, 47:25, 52:22, 53:12, 62:25, 66:23
**likely** [3] - 17:17, 19:12, 22:23
**likewise** [2] - 9:18, 62:3
**limited** [3] - 53:3, 56:14, 67:23
**line** [15] - 3:10, 3:13, 16:10, 16:11, 16:15, 17:17, 20:2, 26:7, 59:23, 59:24, 60:5, 60:16, 60:23, 64:13, 66:5
**lines** [10] - 20:24, 57:13, 60:14, 60:20, 61:5, 61:7, 64:24, 65:11, 65:15, 66:7
**listen** [1] - 3:11
**listening** [5] - 3:12, 17:17, 40:3, 44:4, 48:16
**Literally** [1] - 40:16
**literally** [2] - 28:2, 59:23
**live** [2] - 18:12, 45:25
**lived** [2] - 28:6, 66:23
**lives** [1] - 46:19
**living** [1] - 34:15
**Local** [1] - 50:24
**local** [2] - 72:15, 75:22

**location** [1] - 15:22
**locations** [3] - 25:11, 65:12, 65:16
**lockdown** [2] - 38:1, 38:11
**lockdowns** [1] - 37:18
**locked** [1] - 54:20
**look** [9] - 20:7, 23:13, 26:16, 42:7, 43:9, 43:10, 48:7, 52:14, 65:1
**looked** [3] - 32:15, 33:2, 33:6
**looking** [6] - 14:3, 14:24, 17:1, 17:2, 22:2, 24:24
**lose** [1] - 63:11
**losing** [1] - 58:7
**loss** [2] - 67:2, 72:3
**losses** [1] - 56:19
**lost** [10] - 24:17, 24:19, 46:14, 47:17, 48:24, 50:24, 50:25, 51:2, 52:5
**Loth** [2] - 1:23, 80:19
**LOTH** [1] - 80:8
**loud** [1] - 59:1
**loudly** [1] - 59:16
**love** [2] - 48:13, 63:22
**loving** [1] - 41:16
**low** [4] - 25:14, 32:19, 39:4, 78:8
**low-end** [1] - 32:19
**low-security** [2] - 39:4, 78:8
**Lower** [5] - 16:14, 21:1, 61:10, 65:20, 66:8
**lower** [5] - 17:7, 17:23, 18:1, 18:21, 43:23
**lower-end** [2] - 17:23, 18:1
**luck** [1] - 80:3

## M

**M.A** [6] - 12:14, 12:23, 17:16, 45:17, 49:25, 50:15
**machine** [1] - 1:25
**magistrate** [1] - 13:8
**main** [1] - 4:8
**maintain** [1] - 12:17
**maintained** [2] - 12:24, 64:8
**majority** [1] - 33:22
**malcontents** [1] - 70:2
**man** [9] - 26:20, 27:12, 28:6, 36:15, 38:8,

54:6, 59:5, 60:13, 67:13
**manager** [1] - 14:8
**mandatory** [5] - 56:23, 72:10, 72:13, 75:17, 75:20
**manner** [1] - 80:15
**march** [1] - 58:12
**marijuana** [2] - 72:17, 75:25
**marriage** [2] - 51:4, 52:4
**married** [2] - 52:12, 68:24
**marrying** [1] - 34:24
**mask** [3] - 8:7, 52:8, 78:14
**materials** [1] - 4:2
**matter** [4] - 2:2, 12:7, 53:21, 54:14
**matters** [1] - 47:18
**MATTICE** [15] - 1:4, 1:16, 3:1, 6:16, 7:7, 7:13, 37:24, 38:2, 45:7, 45:10, 45:14, 45:16, 46:5, 48:20, 49:20
**Mattice** [81] - 2:4, 2:22, 2:25, 3:3, 3:5, 4:3, 4:4, 4:11, 4:12, 5:15, 5:17, 6:15, 6:19, 7:3, 7:6, 7:20, 9:7, 9:11, 9:12, 9:15, 9:24, 11:6, 11:22, 16:12, 19:18, 20:1, 21:13, 26:1, 26:4, 26:11, 27:4, 28:9, 32:23, 33:11, 34:18, 34:23, 35:7, 35:22, 36:2, 36:3, 37:23, 42:14, 44:24, 45:2, 49:14, 57:21, 57:22, 57:23, 58:2, 58:5, 58:10, 58:16, 58:18, 59:1, 59:25, 60:7, 60:12, 60:16, 60:18, 60:25, 61:24, 62:17, 62:22, 63:4, 63:10, 63:16, 63:23, 64:18, 65:22, 66:23, 67:5, 67:10, 67:13, 71:8, 71:12, 71:16, 78:6, 78:21, 79:4, 79:11, 80:2
**Mattice's** [5] - 13:10, 16:22, 17:19, 18:2, 35:17, 41:10
**MAULT** [9] - 1:5, 1:19, 6:14, 8:3, 8:6, 8:9, 8:13, 8:19, 49:22

**Mault** [56] - 2:4, 2:17, 2:20, 3:4, 3:6, 4:3, 4:16, 4:20, 5:12, 5:17, 6:13, 6:21, 7:24, 8:4, 9:8, 9:17, 9:18, 9:24, 11:9, 12:2, 15:5, 18:18, 19:20, 19:22, 21:13, 44:20, 44:23, 44:25, 49:21, 51:20, 52:1, 57:21, 58:2, 58:14, 59:1, 59:8, 59:11, 59:16, 60:12, 62:3, 62:5, 62:17, 63:16, 63:21, 64:3, 64:4, 64:21, 67:23, 68:24, 74:17, 74:20, 74:24, 78:10, 78:21, 79:5, 80:2
**Mault's** [3] - 13:17, 16:22, 18:10
**maximum** [5] - 10:24, 70:9, 70:12, 73:24, 77:7
**MCC** [1] - 38:9
**MD** [1] - 1:20
**mean** [21] - 14:4, 16:1, 26:10, 28:5, 28:11, 29:7, 29:24, 30:1, 30:10, 32:19, 35:2, 35:9, 36:1, 36:15, 37:5, 38:4, 38:5, 38:12, 39:11, 40:14
**meaning** [1] - 40:17
**means** [1] - 27:13
**meant** [1] - 61:13
**mechanic** [1] - 67:2
**media** [1] - 3:18
**meet** [1] - 54:23
**melee** [1] - 61:20
**member** [1] - 18:23
**members** [9] - 4:13, 18:7, 18:8, 19:24, 21:14, 24:5, 24:10, 26:6, 61:15
**memo** [7] - 4:8, 4:19, 4:20, 12:1, 13:18, 15:9, 29:1
**memoranda** [3] - 5:3, 5:5, 55:16
**memorandum** [2] - 4:10, 53:24
**men** [2] - 51:14, 53:17
**mentality** [3] - 30:6, 30:9, 50:8
**mentally** [1] - 33:8
**mentioned** [3] - 15:8, 15:9, 70:14
**message** [1] - 62:20
**messages** [2] - 20:10,

20:16
**meted** [2] - 69:24, 71:3
**Metropolitan** [3] - 49:25, 50:16, 51:15
**Michael** [1] - 2:9
**MICHAEL** [1] - 1:9
**michael.romano@ usdoj.gov** [1] - 1:12
**microphone** [1] - 7:16
**midday** [1] - 58:1
**might** [5] - 25:3, 33:7, 63:7, 68:14, 69:18
**milestones** [1] - 67:8
**milieu** [1] - 35:25
**military** [18] - 16:22, 18:18, 18:20, 18:23, 19:4, 19:8, 33:3, 51:2, 52:14, 52:16, 52:19, 52:21, 53:13, 54:4, 55:2, 55:5, 55:6, 70:21
**mind** [4] - 11:24, 12:4, 30:25, 67:22
**mine** [2] - 5:20, 66:13
**minimize** [1] - 63:8
**minor** [1] - 14:11
**minute** [3] - 39:9, 49:15, 57:18
**minutes** [3] - 21:24, 24:3, 58:17
**miracle** [1] - 15:5
**misrepresent** [1] - 27:22
**miss** [3] - 46:9, 67:7, 67:10
**misses** [1] - 41:19
**mission** [1] - 63:11
**misunderstood** [1] - 31:15
**mitigating** [3] - 6:4, 14:4, 16:3
**mitigation** [1] - 17:6
**mob** [11] - 15:2, 21:15, 27:15, 30:6, 30:8, 40:17, 50:7, 58:22, 61:15, 63:8, 65:2
**mob's** [1] - 59:24
**mobs** [1] - 30:5
**models** [1] - 69:23
**mom** [1] - 36:2
**moment** [6] - 2:13, 15:15, 15:19, 20:5, 62:17, 78:2
**momentary** [1] - 27:21
**monetary** [2] - 73:6, 76:14
**money** [2] - 24:23, 46:20
**month** [1] - 54:23

**monthly** [2] - 73:7, 76:15
**months** [16] - 23:10, 23:19, 24:6, 24:16, 24:25, 32:11, 32:12, 32:18, 32:19, 46:25, 70:18, 71:1, 71:16, 71:17, 74:24, 74:25
**months'** [3] - 10:21, 11:17, 11:19
**Morgantown** [2] - 39:7, 78:9
**morning** [7] - 2:8, 3:2, 26:22, 26:23, 27:8, 47:4, 47:8
**most** [6] - 24:14, 52:24, 52:25, 54:6, 59:3, 67:1
**mother** [7] - 26:4, 35:17, 36:4, 39:8, 62:23, 63:5
**motion** [2] - 79:1, 79:6
**motivated** [3] - 10:11, 28:22, 63:17
**mouth** [2] - 61:10, 66:8
**move** [4] - 17:6, 17:11, 18:16, 79:19
**moved** [1] - 59:25
**movie** [4] - 27:1, 49:7, 63:1, 63:3
**moving** [2] - 58:9, 67:4
**MR** [79] - 2:8, 2:16, 2:21, 5:10, 5:13, 5:16, 7:2, 7:19, 7:23, 8:23, 11:5, 11:8, 11:11, 12:6, 12:10, 13:2, 13:6, 13:23, 14:14, 14:25, 15:11, 16:5, 17:10, 17:14, 26:2, 26:10, 27:17, 28:13, 28:15, 28:19, 29:24, 31:5, 31:9, 31:14, 32:1, 32:4, 33:9, 33:13, 33:17, 33:19, 35:1, 35:5, 35:8, 35:18, 36:1, 36:24, 37:3, 37:22, 38:3, 38:8, 38:15, 38:17, 38:22, 39:1, 39:3, 39:14, 39:17, 39:19, 39:23, 41:9, 44:6, 44:11, 44:17, 45:1, 51:23, 52:9, 74:13, 74:15, 77:21, 77:23, 78:1, 78:12, 78:15, 79:3, 79:9, 79:12, 79:18, 79:24, 80:1

**MS** [16] - 39:25, 40:2, 40:7, 40:21, 40:24, 41:2, 41:8, 41:11, 42:4, 42:18, 42:21, 42:25, 43:5, 43:7, 43:20, 43:22
**multiple** [7] - 4:21, 19:19, 24:4, 32:20, 33:4, 55:1
**must** [16] - 62:10, 68:8, 72:14, 72:16, 72:18, 72:19, 72:22, 72:25, 73:25, 75:21, 75:23, 76:1, 76:2, 76:5, 76:8, 77:8
**mutiny** [1] - 59:9

## N

**named** [1] - 24:14
**names** [1] - 2:6
**narrowly** [1] - 13:16
**nation** [1] - 28:3
**National** [1] - 68:4
**nature** [12] - 14:22, 15:23, 17:1, 19:14, 21:17, 21:25, 22:5, 25:17, 56:4, 57:2, 66:16, 67:16
**necessarily** [3] - 14:1, 19:12, 40:9
**necessary** [2] - 3:20, 55:20
**need** [12] - 17:3, 25:18, 51:11, 55:22, 56:6, 56:9, 56:20, 56:24, 66:17, 69:10, 69:14, 70:13
**needed** [2] - 16:12, 27:7
**needs** [2] - 17:2, 44:1
**negate** [1] - 40:13
**negotiate** [1] - 37:5
**negotiating** [1] - 37:6
**negotiations** [1] - 22:25
**never** [19] - 28:10, 46:10, 46:12, 46:13, 46:15, 47:15, 47:24, 47:25, 48:23, 49:5, 49:12, 55:8, 63:2, 64:3, 64:19, 68:13, 68:19
**new** [2] - 74:4, 77:12
**New** [5] - 13:9, 37:12, 50:25, 57:15, 78:17
**news** [1] - 18:11
**next** [4] - 5:19, 19:20, 20:1, 63:5

**nice** [1] - 57:24
**night** [4] - 20:18, 47:7, 47:9, 62:20
**nine** [1] - 46:25
**nobody** [1] - 60:10
**none** [1] - 11:8
**nonetheless** [1] - 29:15
**normal** [1] - 52:22
**North** [1] - 54:23
**Northwest** [2] - 73:14, 76:22
**Nos** [2] - 1:3, 4:25
**notable** [1] - 16:2
**notably** [2] - 16:25, 65:20
**note** [3] - 14:19, 17:15, 30:14
**noted** [3] - 64:3, 64:4, 77:20
**notes** [2] - 23:15, 80:10
**nothing** [4] - 15:17, 55:6, 79:12, 79:24
**notified** [1] - 12:14
**notify** [2] - 73:15, 76:23
**noting** [2] - 58:6, 68:6
**November** [1] - 54:22
**null** [1] - 80:13
**number** [8] - 26:3, 26:6, 29:3, 36:12, 36:20, 36:22, 54:21, 69:6
**nuts** [1] - 58:13
**NW** [2] - 1:10, 1:17

## O

**o'clock** [1] - 60:17
**oath** [1] - 19:1
**obedience** [1] - 59:21
**obey** [1] - 59:17
**objection** [3] - 9:1, 11:7, 74:11
**objections** [8] - 5:23, 6:1, 6:24, 7:21, 8:24, 11:3, 11:10, 77:19
**obligation** [3] - 11:1, 73:17, 76:25
**obligations** [4] - 17:20, 18:15, 73:12, 76:20
**observed** [1] - 61:17
**obstruct** [2] - 13:19, 14:13
**obstruction** [1] - 14:15
**obtaining** [1] - 65:6

**obviously** [1] - 54:7
**occupied** [1] - 65:15
**occupy** [1] - 14:10
**October** [1] - 29:12
**OF** [3] - 1:1, 1:2, 1:7
**offense** [38] - 3:5, 9:13, 9:22, 9:23, 10:4, 10:5, 10:6, 10:8, 10:10, 10:12, 10:13, 10:15, 10:17, 10:19, 15:8, 21:4, 21:5, 22:13, 22:21, 25:17, 36:23, 42:17, 42:24, 55:24, 55:25, 56:5, 56:9, 57:3, 57:6, 66:17, 66:18, 69:4, 71:4, 71:19, 74:7, 75:3, 77:15, 79:19
**offenses** [1] - 10:12
**offensive** [3] - 19:2, 19:3, 65:6
**offer** [3] - 12:11, 12:16, 13:11
**offering** [1] - 30:7
**Office** [10] - 68:16, 68:22, 72:3, 72:5, 73:4, 73:20, 75:11, 75:13, 76:12, 77:3
**office** [7] - 11:18, 12:13, 68:15, 73:2, 73:18, 76:10, 77:1
**office's** [3] - 4:5, 4:17, 8:15
**officer** [9] - 10:10, 22:12, 24:11, 27:15, 45:24, 48:12, 72:25, 76:8
**Officer** [10] - 1:22, 2:4, 12:14, 12:23, 17:16, 45:17, 49:24, 50:15, 72:4, 75:12
**officers** [42] - 3:7, 10:2, 15:4, 15:22, 15:24, 16:13, 18:4, 18:10, 18:14, 19:22, 21:1, 21:11, 23:4, 23:22, 24:4, 24:13, 24:19, 31:12, 32:20, 32:23, 48:19, 50:1, 50:13, 50:18, 51:16, 57:4, 58:24, 59:2, 59:8, 59:13, 59:17, 60:1, 61:21, 61:23, 62:13, 62:15, 64:19, 65:12, 66:4, 66:5, 66:11, 69:6
**official** [3] - 21:22, 21:23, 80:19
**Official** [1] - 1:24

**officials** [1] - 21:21
**offset** [1] - 29:16
**often** [2] - 18:22, 54:21
**old** [1] - 9:13
**once** [1] - 61:22
**one** [45] - 4:8, 4:9, 4:12, 4:13, 9:12, 9:14, 9:18, 9:20, 10:15, 10:22, 14:23, 16:15, 22:13, 23:18, 23:23, 24:1, 25:21, 32:11, 32:17, 45:21, 47:11, 47:17, 47:22, 49:15, 52:1, 52:7, 53:13, 53:25, 55:13, 57:7, 57:8, 60:25, 64:13, 65:4, 66:24, 68:1, 70:14, 72:14, 72:19, 75:21, 76:2, 78:2
**ones** [1] - 63:10
**open** [1] - 79:2
**opening** [1] - 61:16
**operation** [1] - 63:19
**opinion** [1] - 35:13
**opinions** [1] - 50:5
**opportunity** [4] - 45:17, 49:10, 49:23, 65:24
**orally** [1] - 13:4
**ordeal** [1] - 26:10
**Order** [1] - 3:14
**order** [5] - 44:12, 44:21, 62:3, 73:21, 77:4
**ordered** [5] - 34:20, 71:21, 71:23, 75:4, 75:6
**orders** [1] - 56:15
**ordinary** [1] - 65:7
**organizer** [1] - 14:8
**oriented** [1] - 20:22
**original** [1] - 4:7
**ostensibly** [1] - 53:15
**others'** [2] - 14:9
**otherwise** [3] - 13:15, 17:11, 78:8
**Otisville** [5] - 38:23, 39:2, 39:3, 78:7, 78:17
**ourselves** [1] - 50:10
**outcome** [1] - 70:3
**outlined** [1] - 25:20
**outside** [4] - 15:2, 54:12, 54:21, 65:12
**outweighed** [1] - 56:21
**overall** [2] - 64:7, 65:2
**overlapping** [1] -

16:17
**owed** [1] - 56:10
**own** [7] - 9:5, 16:13, 19:24, 28:9, 28:18, 34:7, 35:22

**P**

**p.m** [7] - 1:5, 40:15, 58:9, 58:21, 61:9, 62:22, 80:5
**P.O** [1] - 1:14
**pages** [1] - 40:10
**paid** [3] - 46:12, 73:17, 76:25
**pain** [2] - 29:4, 69:5
**painted** [1] - 28:17
**Palmer** [1] - 24:15
**pandemic** [1] - 67:2
**papers** [2] - 8:17, 25:21
**paragraph** [1] - 55:1
**paratrooper** [1] - 50:25
**Part** [1] - 10:12
**part** [5] - 16:17, 33:10, 57:11, 60:16, 62:25
**participant** [3] - 13:19, 14:3, 64:24
**participants** [2] - 63:7, 65:11
**participated** [1] - 34:18
**participating** [2] - 57:10, 70:5
**participation** [1] - 62:24
**particular** [2] - 13:12, 14:24
**particularly** [1] - 62:21
**parties** [3] - 11:13, 13:18, 57:1
**partner** [1] - 41:22
**parts** [2] - 3:23
**party** [1] - 80:15
**party's** [1] - 55:15
**pass** [2] - 15:3, 15:17
**passed** [2] - 14:6, 43:12
**passes** [1] - 62:7
**passing** [1] - 15:7
**past** [1] - 46:25
**patriot** [1] - 64:14
**patriots** [2] - 64:9, 64:12
**pay** [8] - 71:21, 72:7, 72:19, 73:10, 75:4, 75:14, 76:13, 76:18
**payable** [2] - 73:12,

76:20
**paying** [1] - 35:3
**payment** [4] - 56:12, 73:5, 73:6, 76:14
**payments** [2] - 71:25, 75:8
**peaceful** [3] - 65:8, 69:18, 70:4
**peacefully** [1] - 50:5
**pedaling** [1] - 27:17
**penalties** [2] - 73:11, 76:19
**penalty** [4] - 43:13, 73:6, 76:14
**Pennsylvania** [1] - 16:8
**people** [34] - 15:2, 19:25, 20:6, 23:13, 23:17, 24:4, 24:25, 26:3, 30:8, 30:21, 32:20, 33:22, 33:23, 34:2, 38:9, 40:6, 42:10, 43:2, 43:3, 49:15, 52:24, 52:25, 53:5, 53:8, 53:9, 54:3, 54:4, 54:6, 59:15, 60:5, 63:9, 68:20, 69:4, 75:24
**pepper** [14] - 21:1, 21:6, 21:8, 21:10, 30:15, 30:20, 31:21, 32:23, 57:21, 58:3, 60:8, 60:11, 60:14
**percent** [2] - 38:9, 45:22, 46:5
**percussion** [1] - 26:24
**perimeter** [1] - 66:6
**period** [4] - 10:22, 70:18, 73:24, 77:7
**periodic** [2] - 72:21, 76:3
**permission** [2] - 74:9, 77:17
**person** [17] - 3:9, 10:13, 17:18, 19:9, 20:19, 21:5, 23:19, 24:3, 24:6, 24:8, 24:14, 28:11, 41:16, 42:6, 42:7, 42:8, 49:11
**personal** [1] - 35:13
**personally** [2] - 30:18, 32:21
**persons** [1] - 3:11
**perspective** [2] - 27:10, 30:10
**petrified** [1] - 27:11
**PHILLIP** [1] - 1:5
**Phillip** [4] - 2:4, 3:3, 74:20, 74:24

**phone** [1] - 18:12
**photocopied** [1] - 80:14
**physical** [4] - 23:20, 31:1, 58:5, 66:15
**physically** [5] - 22:11, 31:18, 32:19, 41:20, 66:3
**pieces** [1] - 23:21
**pink** [1] - 62:6
**pipe** [2] - 24:12
**place** [1] - 62:11
**placed** [1] - 67:6
**placement** [2] - 72:20, 76:3
**places** [1] - 38:20
**plan** [2] - 50:13, 58:16
**planned** [1] - 50:4
**planning** [5] - 35:4, 44:21, 57:19, 58:5, 70:3
**play** [2] - 34:17, 43:17
**Plaza** [7] - 16:9, 16:10, 22:24, 23:5, 58:20, 59:24, 66:4
**plea** [14] - 22:25, 24:20, 29:11, 29:13, 29:16, 36:21, 36:22, 37:6, 53:20, 56:11, 72:23, 74:7, 76:6, 77:15
**pleaded** [1] - 3:4
**pleadings** [1] - 13:13
**pleas** [2] - 22:17, 37:5
**pleasure** [1] - 29:3
**pled** [3] - 22:8, 35:11, 79:20
**plow** [1] - 61:4
**plowing** [1] - 61:4
**plus** [1] - 10:5
**podium** [1] - 45:9
**point** [8] - 9:14, 14:12, 21:7, 23:1, 23:9, 28:20, 57:17, 63:20
**pointed** [1] - 32:16
**pointing** [2] - 31:10, 35:11
**points** [2] - 32:12, 44:14
**Poland** [2] - 53:15, 53:17
**pole** [1] - 30:24
**Police** [7] - 24:10, 49:25, 50:1, 50:16, 51:15
**police** [42] - 15:4, 16:10, 16:11, 16:15, 18:10, 19:22, 20:1, 20:24, 21:10, 27:14, 31:12, 50:13, 50:18,

59:8, 59:13, 59:24, 59:25, 60:5, 60:14, 60:15, 60:20, 60:23, 61:5, 61:7, 61:20, 62:8, 62:12, 64:3, 64:13, 64:18, 64:19, 64:20, 64:24, 65:14, 65:15, 65:23, 66:7, 69:3, 69:6
**political** [1] - 57:16
**politics** [2] - 28:11, 46:12
**poor** [1] - 35:3
**portion** [2] - 14:6, 22:19
**portions** [2] - 5:24, 9:2
**portray** [2] - 28:5, 64:21
**portrayed** [3] - 28:12, 34:1, 64:20
**positive** [1] - 38:10
**possess** [2] - 72:16, 75:23
**possessions** [1] - 20:19
**possible** [2] - 13:16, 20:6
**possibly** [3] - 46:19, 47:14, 51:2
**posted** [1] - 24:21
**posts** [1] - 19:23
**potential** [1] - 65:4
**potentially** [1] - 20:18
**power** [2] - 69:19, 70:4
**powered** [1] - 57:24
**praise** [1] - 67:21
**praised** [1] - 60:12
**precarious** [1] - 31:8
**precisely** [2] - 56:25, 71:5
**prep** [1] - 45:10
**preparations** [1] - 58:1
**prepared** [3] - 5:25, 50:10, 67:19
**preplanning** [1] - 65:4
**presence** [1] - 67:15
**present** [8] - 2:17, 12:15, 13:2, 18:2, 18:4, 19:8, 26:6, 62:18
**PRESENT** [1] - 1:22
**presentation** [1] - 44:23
**presented** [1] - 56:14
**presentence** [16] - 4:5, 4:17, 5:24, 6:18, 6:20, 7:9, 7:18, 8:16, 8:22, 9:3, 9:11, 9:17,

55:1, 55:16, 73:18, 77:1
**President** [2] - 57:16, 64:10
**President's** [1] - 58:8
**presidential** [1] - 65:19
**presiding** [1] - 3:21
**pretrial** [1] - 38:6
**pretty** [3] - 27:2, 31:13, 42:13
**prevented** [1] - 21:11
**previously** [3] - 4:24, 18:24, 19:2
**price** [1] - 35:3
**primarily** [2] - 29:4, 29:13
**prison** [7] - 38:22, 47:1, 47:10, 73:8, 78:5, 78:7, 78:8
**Prisons** [3] - 37:17, 38:7, 78:22
**privacy** [1] - 12:18
**probation** [10] - 4:5, 4:17, 8:15, 11:18, 72:25, 73:2, 73:18, 76:8, 76:10, 77:1
**Probation** [4] - 1:22, 2:4, 73:20, 77:3
**problem** [3] - 35:10, 53:6, 53:7
**problems** [3] - 34:13, 34:14, 50:6
**proceeding** [2] - 5:18, 80:5
**proceedings** [3] - 3:11, 3:15, 80:11
**Proceedings** [1] - 1:25
**process** [4] - 56:20, 56:22, 64:14, 68:13
**proclaim** [1] - 60:18
**produced** [1] - 1:25
**profusely** [1] - 67:5
**prohibited** [1] - 3:16
**prohibitions** [1] - 3:17
**projected** [1] - 28:22
**prolong** [1] - 56:19
**promote** [4] - 25:18, 55:24, 56:1, 66:18
**propelled** [1] - 62:17
**propels** [1] - 66:12
**property** [2] - 29:21
**propose** [1] - 11:23
**prosecuted** [1] - 68:14
**prosecutor's** [1] - 68:15
**prosecutors** [1] - 68:16
**prospects** [1] - 52:13
**protect** [6] - 18:25,

42:9, 50:10, 55:25, 66:6, 69:11
**protection** [2] - 20:17, 58:5
**protective** [2] - 55:4, 65:6
**protest** [1] - 50:7
**protested** [1] - 64:4
**protester** [1] - 50:11
**proud** [1] - 35:23
**prove** [1] - 49:11
**provide** [6] - 46:22, 55:24, 56:9, 56:20, 72:25, 76:8
**provides** [2] - 10:3, 56:11
**providing** [1] - 70:9
**provisions** [3] - 56:23, 71:14, 74:22
**PSR** [1] - 7:22
**PSRs** [1] - 6:25
**psychological** [2] - 30:10, 34:13
**PTSD** [1] - 54:25
**public** [8] - 3:10, 3:13, 17:17, 26:7, 42:9, 43:9, 56:1, 69:11
**publicly** [2] - 12:25, 13:1
**pull** [2] - 7:16, 61:21
**punched** [2] - 32:20, 61:3
**punching** [1] - 22:12
**punished** [2] - 34:5, 34:6
**punishment** [3] - 47:3, 55:25, 69:24
**purchased** [1] - 57:21
**purports** [1] - 67:16
**purposes** [3] - 55:21, 55:22, 56:3
**pursuant** [5] - 56:15, 71:13, 73:22, 74:21, 77:5
**push** [5] - 40:17, 60:6, 60:22, 60:25
**pushed** [1] - 24:4, 60:10, 61:15
**pushing** [6] - 24:10, 60:4, 60:6, 60:15, 63:18, 66:5
**put** [7] - 26:15, 26:16, 27:18, 44:18, 50:21, 51:4, 59:11
**puts** [4] - 9:15, 9:20, 27:10, 30:9
**putting** [3] - 15:16, 51:7, 57:8
**puzzled** [1] - 33:1
**PVC** [1] - 24:12

**PVP** [1] - 24:12
**pylons** [1] - 23:25

## Q

**qualifies** [2] - 78:7, 78:8
**quantity** [1] - 66:11
**quarantine** [7] - 37:13, 37:14, 37:15, 37:16, 37:18, 38:1, 47:12
**questionable** [1] - 64:17
**questions** [4] - 6:13, 13:12, 13:13, 25:22
**quick** [1] - 40:3
**quickly** [1] - 53:21
**quiet** [1] - 58:14
**quite** [2] - 33:16, 44:13

## R

**racks** [1] - 58:25
**raise** [3] - 24:23, 36:7, 41:22
**raised** [1] - 36:8
**raises** [1] - 52:3
**rally** [6] - 16:7, 50:5, 52:23, 53:1, 57:16, 58:8
**range** [11] - 10:21, 10:24, 11:20, 23:7, 23:9, 24:25, 25:14, 54:17, 71:2, 71:5
**raped** [1] - 63:22
**rather** [5] - 2:9, 13:14, 44:14, 64:10, 64:23
**reaching** [1] - 31:10
**read** [9] - 7:17, 8:21, 40:5, 40:10, 44:18, 45:15, 53:23, 53:24, 61:12
**ready** [4] - 45:2, 45:6, 58:11, 66:1
**real** [3] - 22:25, 40:3, 49:6
**reality** [2] - 28:21, 38:5
**realize** [3] - 40:9, 51:11, 63:6
**realized** [1] - 52:13
**realizes** [1] - 64:2
**really** [5] - 40:4, 45:16, 48:11, 58:21, 63:12
**reason** [5] - 17:21, 33:10, 33:25, 48:5, 55:7
**reasons** [4] - 6:10,

17:5, 25:6, 25:16
**rebroadcasting** [1] - 3:14
**receipt** [1] - 4:2
**receive** [1] - 32:13
**received** [9] - 4:2, 22:16, 23:19, 24:16, 36:21, 62:6, 70:16, 74:6, 77:14
**receiving** [1] - 23:10
**recently** [1] - 67:2
**receptive** [1] - 63:4
**recognize** [2] - 41:13, 52:11
**recommend** [5] - 38:19, 39:5, 39:7, 77:24, 78:10
**recommendation** [14] - 4:6, 4:18, 6:19, 6:21, 7:10, 8:17, 13:13, 32:3, 32:5, 32:7, 78:5, 78:9, 78:11
**recommendations** [5] - 11:15, 55:17, 78:21, 78:22, 78:24
**recommended** [1] - 31:24
**recommending** [1] - 43:14
**recommends** [3] - 11:16, 11:18, 15:25
**reconcile** [1] - 28:17
**record** [5] - 2:7, 11:3, 56:14, 67:17, 77:20
**recorded** [2] - 58:10, 58:18
**recording** [1] - 3:14
**records** [1] - 56:8
**recover** [2] - 51:5, 65:23
**recruiting** [1] - 60:21
**red** [1] - 15:2
**reddish** [1] - 60:3
**reduced** [1] - 17:21
**reducing** [1] - 23:8
**reduction** [1] - 22:21
**reductions** [1] - 36:22
**reenlist** [1] - 19:4
**reenlisted** [1] - 68:6
**refer** [1] - 23:16
**referenced** [3] - 5:5, 26:18, 54:25
**referred** [1] - 12:17
**referring** [1] - 61:21
**reflect** [3] - 51:9, 55:23, 66:17
**Reform** [2] - 71:13, 74:21
**refrain** [2] - 72:18,

76:1
**regained** [1] - 34:15
**regarding** [6] - 6:24, 49:8, 57:2, 66:20, 70:8, 70:13
**regret** [1] - 51:13
**regrouped** [1] - 65:25
**rehabilitation** [1] - 56:2
**rehash** [1] - 13:14
**reiterated** [1] - 58:16
**related** [8] - 5:12, 5:15, 10:9, 22:24, 33:3, 56:18, 70:20
**relationship** [1] - 18:7
**release** [11] - 10:23, 11:17, 11:21, 13:10, 71:18, 73:2, 73:8, 73:18, 75:1, 76:10, 77:1
**released** [2] - 34:20, 34:21
**relentless** [3] - 68:10, 68:17, 68:23
**religious** [1] - 51:10
**remains** [1] - 12:20, 75:25
**remarks** [1] - 51:24
**remember** [2] - 54:1, 54:5
**reminded** [1] - 3:13
**remorse** [7] - 13:25, 14:2, 14:18, 45:24, 64:16, 69:3, 69:7
**remorseful** [1] - 43:24
**remotely** [1] - 3:11
**removal** [1] - 3:18
**removing** [1] - 48:25
**repeat** [1] - 48:10
**reply** [1] - 40:19
**report** [16] - 4:5, 4:17, 5:4, 5:6, 5:25, 6:18, 6:21, 7:10, 7:18, 8:16, 8:22, 9:18, 19:7, 55:1, 73:19, 77:2
**reported** [1] - 1:25
**Reporter** [3] - 1:23, 1:24, 80:19
**reports** [2] - 9:3, 55:16
**represent** [1] - 19:6
**representations** [1] - 29:1
**representatives** [2] - 20:7, 43:11
**represented** [1] - 4:24
**request** [3] - 74:9, 77:17, 77:24
**requested** [3] - 71:6, 73:1, 76:9

requests [1] - 12:2
required [1] - 42:20
requires [1] - 30:25
residence [2] - 73:21, 77:4
resistance [1] - 61:2
resisting [4] - 3:7, 10:2, 22:12, 57:4
resolve [1] - 6:1
resolved [2] - 66:24, 67:25
respect [10] - 4:4, 4:16, 5:1, 6:16, 9:22, 53:22, 54:18, 55:24, 66:18, 79:16
respective [1] - 64:18
response [1] - 5:2
responsibility [9] - 10:14, 10:16, 13:20, 13:24, 13:25, 22:18, 24:17, 29:19, 53:18
rest [2] - 25:23, 46:1
restitution [15] - 11:1, 11:18, 11:21, 56:9, 56:10, 56:12, 56:20, 56:23, 56:25, 71:23, 71:25, 72:22, 75:6, 75:8, 76:5
restricted [2] - 3:19, 54:11
result [3] - 3:17, 29:6, 30:18
resulted [3] - 22:20, 24:8, 60:7
resulting [1] - 10:17
results [1] - 10:20
reunions [1] - 28:10
revealing [1] - 64:6
review [1] - 9:5
reviewed [7] - 4:4, 4:7, 4:10, 4:16, 5:2, 13:11, 19:6
RICHARD [1] - 1:19
Richard [1] - 2:17
ridiculously [1] - 47:19
righteousness [1] - 59:12
rinsing [1] - 60:8
riot [7] - 16:18, 16:20, 20:10, 21:16, 24:5, 24:11, 28:2
rioter [1] - 55:8
rioters [9] - 16:11, 19:23, 20:3, 21:3, 21:12, 21:17, 22:7, 61:20, 62:14
rioting [1] - 22:11
road [1] - 47:12
Rochester [2] - 50:25,

78:18
Rockville [1] - 1:20
role [4] - 14:4, 14:11, 16:23, 57:6
roles [2] - 60:22, 65:2
ROMANO [21] - 1:9, 2:8, 5:10, 7:2, 11:5, 12:6, 12:10, 13:2, 13:6, 13:23, 14:14, 14:25, 15:11, 16:5, 17:10, 17:14, 74:13, 77:21, 79:3, 79:9, 79:18
Romano [3] - 2:9, 5:9, 53:20
Room [2] - 72:5, 75:13
roughly [1] - 24:25
routine [1] - 37:5
row [1] - 58:24
RPR [3] - 1:23, 80:8, 80:19
rssjrg@erols.com [1] - 1:21
run [1] - 66:13
rung [1] - 15:16

S

sad [2] - 26:8, 26:10
safety [1] - 41:3
SAINT [1] - 80:8
Saint [2] - 1:23, 80:19
SAINT-LOTH [1] - 80:8
Saint-Loth [2] - 1:23, 80:19
salient [2] - 14:1, 15:19
salt [1] - 60:10
sanction [1] - 3:20
sanctions [1] - 3:18
satisfied [3] - 7:5, 8:1, 8:11
save [1] - 36:7
saw [2] - 28:18, 61:13
scale [1] - 31:23
scanned [1] - 32:9
scapegoats [1] - 69:23
scene [3] - 61:17, 61:18, 61:19
scheduled [1] - 72:18
school [5] - 34:13, 46:9, 54:2, 66:25, 68:1
score [3] - 9:14, 9:15, 9:20
screaming [1] - 59:2
seal [1] - 12:25

seated [8] - 7:14, 8:20, 49:19, 51:21, 55:12, 74:16, 77:25, 78:25
second [7] - 4:8, 6:2, 9:7, 46:10, 46:18, 65:20, 78:19
seconds [3] - 32:21, 32:22, 32:23
secreting [1] - 20:19
Section [26] - 3:8, 6:11, 9:25, 10:1, 10:3, 10:7, 10:15, 10:17, 22:9, 55:19, 56:16, 56:22, 56:23, 57:5, 70:16, 71:14, 71:19, 71:22, 73:22, 74:2, 74:22, 75:2, 75:5, 76:6, 77:5, 77:10
secure [1] - 34:23
securing [1] - 35:6
security [2] - 39:4, 77:16
see [25] - 2:12, 5:1, 13:5, 14:1, 15:11, 16:1, 16:5, 16:8, 16:9, 16:16, 18:11, 18:13, 18:14, 20:12, 20:16, 24:24, 30:12, 31:6, 41:12, 41:15, 41:23, 47:25, 48:21, 54:6
seeing [1] - 25:12
segment [1] - 60:2
seldom [1] - 54:11
self [2] - 41:12, 59:21
self-described [1] - 59:21
selfie [1] - 62:23
sent [4] - 12:19, 38:14, 38:16, 62:23
sentence [50] - 6:10, 6:12, 11:14, 11:23, 12:3, 15:25, 17:4, 17:8, 17:21, 17:23, 18:1, 18:17, 18:21, 19:15, 22:3, 22:4, 23:8, 23:19, 24:8, 24:16, 25:13, 25:20, 31:25, 33:11, 42:19, 42:24, 43:18, 51:19, 54:17, 55:11, 55:14, 55:23, 56:7, 66:17, 66:19, 69:10, 69:17, 70:1, 71:3, 71:7, 71:11, 73:21, 73:23, 74:4, 74:11, 74:19, 77:4, 77:6, 77:12, 77:19
sentenced [15] -

23:14, 23:17, 24:6, 24:15, 32:9, 32:10, 32:11, 32:12, 32:18, 36:2, 69:20, 70:18, 70:25, 71:16, 74:24
sentences [4] - 55:20, 56:6, 70:8, 70:17
sentencing [45] - 3:3, 3:9, 3:12, 4:6, 4:8, 4:10, 4:18, 4:19, 4:20, 5:3, 5:5, 5:18, 5:20, 6:3, 6:19, 6:21, 7:10, 7:12, 8:16, 8:18, 9:4, 10:21, 11:13, 11:25, 13:3, 13:17, 14:5, 14:6, 15:9, 38:20, 42:6, 43:2, 43:19, 55:15, 55:17, 55:18, 55:21, 55:22, 56:19, 56:21, 69:13, 69:22, 70:22, 74:8, 77:16
Sentencing [3] - 43:14, 71:13, 74:21
SENTENCINGS [1] - 1:7
separated [2] - 25:11, 58:24
separately [2] - 3:24, 66:21
serious [12] - 19:14, 21:19, 22:15, 25:3, 32:21, 33:3, 42:9, 42:17, 43:12, 49:5, 54:7, 57:5
seriousness [5] - 25:17, 42:23, 55:23, 66:18, 69:13
served [3] - 59:4, 68:3, 68:4
service [6] - 16:22, 18:18, 18:20, 33:3, 51:3, 70:20
service-related [2] - 33:3, 70:20
services [2] - 8:1, 8:12
serving [2] - 33:5, 70:21
set [4] - 6:11, 6:25, 55:18, 67:8
setting [1] - 34:24
seven [1] - 4:12
severe [2] - 53:6, 70:20
SF-86 [2] - 19:6, 19:7
shall [11] - 71:25, 72:9, 72:24, 73:15, 73:18, 75:8, 75:16, 76:7, 76:23, 77:1, 80:13

shame [1] - 29:6
share [2] - 73:3, 76:11
Sherrill [2] - 72:4, 75:12
SHERRY [1] - 1:22
Sherry [1] - 2:5
shield [1] - 24:11
shields [1] - 24:4
shit [8] - 19:20, 19:25, 58:12, 58:16, 58:19, 59:10, 59:15, 64:5
shit's [1] - 59:13
shocked [1] - 28:3
short [4] - 29:13, 62:3, 62:10, 66:25
shorthand [1] - 1:25
shot [1] - 21:1
shouting [1] - 59:12
shove [1] - 60:20
shoving [1] - 24:10
show [3] - 13:1, 15:5, 20:10
shown [1] - 41:9
shows [2] - 29:18, 64:6
sic [1] - 12:8
side [8] - 16:6, 16:8, 16:9, 59:3, 59:11
sight [2] - 47:17, 63:11
signatory [1] - 80:15
significantly [1] - 45:11
signs [1] - 14:1
similar [6] - 16:5, 16:25, 17:3, 32:25, 56:8
similarities [1] - 25:12
similarity [1] - 66:22
similarly [2] - 12:2, 17:3
simple [1] - 28:6
single [4] - 10:25, 46:10, 46:18, 48:7
sister [1] - 26:5
sit [3] - 47:9, 48:1, 48:2
site [1] - 61:10
sitting [2] - 29:2, 32:5
situation [5] - 30:23, 34:18, 34:22, 35:2, 47:23
six [2] - 10:8, 70:18
sleep [1] - 47:9
sob [2] - 27:15, 27:18
soldier [2] - 50:20
someone [14] - 24:5, 30:19, 30:20, 30:22, 30:23, 31:17, 31:18,

31:23, 32:17, 47:14, 52:10, 60:9, 62:6, 62:7
**sometimes** [1] - 50:12
**somewhat** [1] - 5:20
**son** [5] - 35:22, 41:18, 41:21, 46:7, 47:5
**soon** [1] - 2:13
**sophisticated** [1] - 26:21
**sorry** [12] - 24:12, 40:2, 42:22, 47:20, 48:11, 48:12, 48:15, 49:2, 50:14, 50:15, 52:9, 78:15
**sort** [3] - 18:16, 18:22, 61:13
**sortie** [1] - 65:20
**sound** [1] - 26:24
**sounds** [1] - 40:25
**span** [2] - 22:9, 25:11
**speaker** [3] - 23:21, 24:5, 25:5
**speaking** [3] - 14:18, 17:19, 43:11
**special** [6] - 10:25, 49:6, 71:21, 72:24, 75:4, 76:7
**specific** [6] - 10:6, 11:23, 31:24, 36:12, 69:15, 71:4
**specifically** [3] - 15:18, 32:7, 56:4
**spectrum** [7] - 21:20, 31:20, 31:22, 32:25, 35:14, 37:9
**spending** [1] - 20:18
**spends** [1] - 28:9
**spent** [2] - 28:6, 37:12
**spoken** [1] - 53:11
**spontaneous** [1] - 57:18
**spray** [23] - 10:7, 15:22, 16:13, 21:1, 21:6, 21:8, 21:10, 25:7, 27:14, 30:15, 30:21, 31:11, 31:21, 50:15, 57:22, 58:3, 60:8, 60:14, 61:23, 62:1, 65:23
**sprayed** [6] - 27:14, 32:23, 60:11, 61:3, 62:1, 64:19
**spraying** [6] - 15:21, 30:20, 31:19, 48:24, 61:24, 66:10
**sprays** [1] - 62:8
**spur** [1] - 18:8
**staff** [1] - 79:13
**stage** [1] - 53:19

**staged** [1] - 63:19
**stand** [8] - 7:4, 7:25, 40:18, 43:3, 45:9, 49:15, 65:24, 66:6
**standard** [2] - 72:10, 75:17
**standing** [2] - 19:20, 42:13
**Standing** [1] - 3:14
**stands** [3] - 42:5, 43:19, 48:18
**start** [2] - 13:14, 25:25
**started** [1] - 61:6
**starting** [8] - 2:7, 9:10, 14:22, 28:20, 57:17, 58:21, 60:17, 71:8
**state** [6] - 2:6, 28:1, 71:11, 72:14, 74:19, 75:21
**statement** [5] - 12:16, 12:24, 15:8, 44:18, 69:2
**statements** [2] - 7:21, 14:20
**States** [6] - 2:3, 2:10, 26:13, 33:23, 34:9, 43:12
**states** [1] - 13:18
**STATES** [4] - 1:1, 1:2, 1:8, 1:9
**status** [1] - 10:11
**statute** [1] - 70:16
**statutes** [1] - 43:10
**statutory** [3] - 10:24, 73:24, 77:7
**stay** [2] - 7:15, 28:8
**stay-at-home** [1] - 28:8
**stayed** [1] - 67:3
**staying** [1] - 15:6
**steal** [1] - 29:21
**stenographic** [1] - 80:10
**step** [14] - 5:22, 6:2, 6:6, 6:9, 6:17, 9:7, 11:12, 39:21, 45:8, 47:16, 49:21, 60:24, 71:8, 74:17
**stepped** [2] - 12:9, 65:21
**steps** [1] - 5:21
**STERN** [15] - 1:19, 2:16, 5:13, 8:23, 11:11, 44:11, 44:17, 45:1, 51:23, 52:9, 77:23, 78:1, 78:12, 78:15, 80:1
**stern** [13] - 5:11, 8:2, 8:12, 8:15, 8:21, 11:9, 12:4, 44:9,

44:22, 51:22, 74:17, 77:22, 79:25
**Stern** [1] - 2:17
**STEVEN** [1] - 1:19
**stick** [1] - 30:24
**still** [6] - 37:20, 41:4, 52:12, 58:18, 59:12
**stop** [6] - 18:5, 53:12, 58:20, 62:13, 63:12, 63:14
**stopped** [1] - 64:13
**stops** [1] - 37:17
**storm** [1] - 65:17
**stormed** [1] - 35:24
**story** [3] - 27:7, 27:15, 27:18
**straight** [1] - 63:22
**straightforward** [1] - 62:10
**strain** [1] - 51:4
**streak** [1] - 59:21
**stream** [1] - 18:12
**Street** [1] - 1:10
**stress** [1] - 20:13
**stresses** [2] - 17:20, 18:18
**stressful** [1] - 50:21
**strictly** [1] - 3:16
**strike** [1] - 24:12
**strongly** [1] - 46:23
**struggle** [3] - 46:23, 64:4, 65:11
**stuffing** [1] - 20:17
**stupid** [2] - 46:14, 49:8
**stupidity** [1] - 47:20
**subject** [1] - 70:11
**submit** [11] - 12:23, 18:21, 22:4, 22:14, 22:22, 25:13, 25:20, 36:14, 40:6, 72:19, 76:2
**submits** [4] - 11:22, 17:5, 17:24, 18:19
**submitted** [9] - 4:11, 4:13, 4:14, 4:20, 8:17, 35:17, 39:12, 40:4
**substance** [7] - 62:16, 72:17, 72:18, 72:19, 75:24, 75:25, 76:2
**substantial** [3] - 22:16, 23:10, 66:10
**substantially** [1] - 16:16
**subtracted** [2] - 10:13, 10:16
**success** [1] - 68:5
**successful** [2] - 52:2, 66:7

**successfully** [1] - 21:10
**suffered** [1] - 33:2
**suffering** [2] - 29:4, 68:25
**sufficient** [2] - 55:20, 69:17
**suggest** [1] - 55:5
**suggested** [2] - 63:21, 78:6
**suggesting** [2] - 59:2, 63:8
**suicide** [1] - 36:4
**suits** [1] - 38:12
**sum** [1] - 66:16
**sundry** [1] - 60:18
**superseded** [1] - 22:23
**superseding** [2] - 23:1, 36:25
**supervised** [5] - 10:23, 11:17, 11:21, 71:18, 75:1
**supervision** [9] - 70:11, 72:9, 72:11, 72:12, 72:20, 75:16, 75:18, 75:19, 76:3
**supplemented** [1] - 9:5
**supporters** [1] - 50:12
**supposed** [1] - 28:16
**supremacist** [1] - 54:13
**surprising** [1] - 23:23
**susceptible** [1] - 28:21
**suspension** [2] - 66:25, 67:25
**SWAT** [3] - 26:24, 27:1, 27:5
**swept** [1] - 20:5
**sworn** [1] - 18:24
**system** [1] - 67:24

---

**T**

**tactics** [1] - 55:5
**target** [2] - 13:15, 31:12
**targeted** [1] - 21:21
**tasked** [1] - 43:10
**taught** [1] - 55:6
**taunting** [1] - 59:25
**teacher** [1] - 4:22
**teachers** [1] - 54:2
**team** [2] - 26:24, 27:5
**teams** [1] - 27:1
**tear** [1] - 27:9
**tear-jerker** [1] - 27:9

**tearing** [1] - 60:2
**teddy** [1] - 67:15
**teleconference** [1] - 3:13
**temporarily** [1] - 63:14
**ten** [5] - 4:12, 32:21, 32:22, 58:17
**term** [3] - 70:9, 71:16, 74:24
**terms** [4] - 16:24, 36:22, 53:22, 55:2
**Terrace** [5] - 16:14, 21:2, 61:10, 65:21, 66:9
**terrible** [2] - 35:2, 47:10
**terribly** [2] - 26:21, 50:7
**test** [2] - 72:19, 76:2
**tested** [1] - 38:10
**testify** [1] - 12:25
**tests** [2] - 72:21, 76:4
**text** [4] - 16:17, 20:9, 20:15, 62:20
**texted** [5] - 40:15, 57:21, 58:2, 60:18, 63:17
**texting** [1] - 18:8
**texts** [1] - 35:21
**THE** [117] - 1:1, 1:7, 1:9, 2:2, 2:14, 2:19, 2:24, 3:2, 5:11, 5:14, 5:17, 6:15, 6:17, 7:3, 7:8, 7:14, 7:20, 7:24, 8:4, 8:7, 8:10, 8:14, 8:20, 8:25, 11:6, 11:9, 11:12, 12:9, 12:23, 13:5, 13:17, 14:13, 14:23, 15:1, 15:21, 17:9, 17:11, 25:24, 26:8, 27:13, 28:4, 28:14, 28:16, 29:22, 31:4, 31:6, 31:10, 31:24, 32:2, 33:1, 33:10, 33:15, 33:18, 34:22, 35:2, 35:6, 35:16, 35:19, 36:19, 36:25, 37:20, 37:23, 37:25, 38:6, 38:14, 38:16, 38:21, 38:25, 39:2, 39:11, 39:16, 39:18, 39:21, 39:24, 40:1, 40:5, 40:14, 40:22, 41:1, 41:6, 41:10, 42:2, 42:5, 42:19, 42:23, 43:1, 43:6, 43:8, 43:21, 44:5, 44:8, 44:16, 44:19, 45:2, 45:8, 45:13, 45:15,

46:2, 48:16, 49:13,
49:21, 51:20, 52:8,
55:10, 74:14, 74:16,
77:22, 77:25, 78:4,
78:14, 78:20, 79:6,
79:10, 79:14, 79:21,
79:25, 80:2
**themselves** [4] -
20:15, 21:2, 21:12,
63:20
**theory** [1] - 63:18
**thereafter** [2] - 72:21,
76:4
**therefore** [4] - 72:8,
73:10, 75:15, 76:18
**thinking** [1] - 19:10
**third** [2] - 6:6, 14:12
**Thompson** [1] - 24:2
**threads** [1] - 16:17
**three** [8] - 10:23,
11:12, 22:18, 42:7,
42:8, 57:20, 66:3,
70:10
**three-dimensional** [2]
- 42:7, 42:8
**threw** [2] - 24:5, 24:18
**throughout** [2] - 16:6,
47:22
**throw** [1] - 15:4
**throwing** [3] - 23:20,
25:5
**tied** [1] - 65:16
**tier** [1] - 62:18
**tirade** [1] - 59:2
**today** [8] - 7:12, 8:18,
12:15, 13:4, 36:2,
38:3, 79:7, 79:23
**together** [4] - 3:23,
16:12, 16:14, 57:15
**toll** [1] - 67:6
**tone** [1] - 63:5
**took** [9] - 35:24,
57:13, 60:12, 60:19,
61:24, 62:1, 62:12,
66:9, 70:22
**toothbrush** [1] - 38:3
**topic** [1] - 66:21
**total** [5] - 10:17,
10:19, 61:20, 73:6,
76:13
**tours** [1] - 52:16
**touted** [1] - 60:21
**toward** [1] - 64:22
**towards** [4] - 9:13,
22:4, 58:9, 65:7
**traffic** [2] - 23:21,
23:22
**trained** [1] - 55:8
**traits** [1] - 67:20
**TRANSCRIPT** [1] - 1:7

**transcript** [4] - 1:25,
80:10, 80:11, 80:14
**transcription** [1] -
1:25
**transition** [2] - 69:19,
70:4
**traumatic** [2] - 33:4,
70:20
**travel** [2] - 16:18,
67:18
**traveled** [3] - 18:3,
19:17, 57:14
**treat** [2] - 17:3, 25:8
**treated** [1] - 14:8
**tremendously** [1] -
54:9
**trial** [2] - 22:22, 23:2
**tried** [3] - 19:4, 59:11,
64:21
**trip** [2] - 57:18, 57:19
**trouble** [1] - 63:10
**troubling** [1] - 26:11
**true** [5] - 19:12, 41:12,
79:18, 80:9, 80:10
**truly** [5] - 47:18,
48:11, 50:14, 50:15,
61:8
**Trump** [2] - 50:12,
63:19
**trust** [1] - 68:15
**try** [5] - 13:15, 34:3,
34:4, 46:22, 48:4
**trying** [10] - 15:3,
15:16, 20:24, 27:18,
29:22, 60:9, 61:8,
62:13, 63:24, 66:5
**tunnel** [34] - 15:3,
15:4, 15:7, 15:14,
15:23, 21:2, 21:15,
23:6, 23:14, 23:17,
23:20, 24:3, 24:9,
24:18, 24:22, 25:1,
25:4, 25:15, 31:12,
61:10, 61:16, 61:19,
61:25, 62:2, 62:4,
62:10, 62:13, 64:25,
65:21, 66:1, 66:9,
66:10, 66:12
**turn** [3] - 6:17, 44:25,
63:24
**turns** [1] - 66:9
**tussled** [1] - 35:24
**twist** [1] - 59:16
**two** [24] - 10:13,
21:24, 22:20, 25:10,
32:10, 52:13, 52:15,
53:8, 57:12, 63:6,
64:7, 65:9, 65:12,
66:12, 66:22, 67:3,
67:14, 70:6, 71:2,

72:16, 72:20, 75:23,
76:3
**two-level** [1] - 22:20
**type** [2] - 26:16, 67:15
**types** [2] - 56:6, 70:8

## U

**U.S** [17] - 1:10, 1:13,
51:1, 68:2, 68:15,
68:22, 70:17, 70:21,
70:25, 72:1, 73:3,
73:13, 73:20, 75:9,
76:11, 76:21, 77:3
**U.S.C** [18] - 3:8, 6:11,
10:1, 55:19, 56:15,
56:22, 57:5, 71:14,
71:19, 71:22, 73:22,
74:2, 74:22, 75:2,
75:5, 76:6, 77:5,
77:10
**Ukraine** [1] - 53:15
**ultimately** [1] - 16:11
**unable** [3] - 54:20,
74:8, 77:16
**unavailable** [2] - 74:4,
77:12
**under** [14] - 3:13, 10:1,
10:4, 10:7, 10:8,
10:14, 10:16, 12:25,
14:5, 22:21, 32:10,
38:1, 50:19, 56:22
**underscore** [2] - 62:10
**undeterred** [1] - 60:16
**undisputed** [1] - 9:4
**uneducated** [2] -
26:18, 27:25
**unemployed** [1] -
52:18
**unfortunate** [2] -
28:23, 67:20
**Union** [2] - 50:24, 68:5
**union** [3] - 52:5, 52:6,
52:10
**unique** [1] - 33:16
**unit** [1] - 53:14
**UNITED** [4] - 1:1, 1:2,
1:8, 1:9
**United** [6] - 2:3, 2:10,
26:13, 33:23, 34:9,
43:12
**unlawful** [2] - 72:18,
76:1
**unlawfully** [2] - 72:16,
75:23
**unless** [1] - 46:7
**unlike** [2] - 29:10,
41:14
**unremorseful** [1] -

27:21
**unsophisticated** [2] -
26:19, 27:25
**unspecified** [1] - 12:2
**unwarranted** [2] -
56:7, 70:13
**up** [33] - 16:18, 19:20,
20:5, 21:14, 23:15,
23:25, 28:2, 28:25,
31:23, 33:2, 34:24,
39:14, 42:15, 44:21,
47:4, 47:17, 48:7,
49:6, 49:16, 52:10,
54:3, 55:13, 58:6,
58:11, 58:12, 58:16,
58:19, 61:7, 64:22,
67:10, 68:19, 68:20,
70:10
**update** [1] - 12:20
**upset** [1] - 69:5
**upsetting** [1] - 48:21
**Upstate** [1] - 57:15
**utmost** [1] - 30:17

## V

**vaccinated** [8] - 8:5,
37:20, 37:22, 37:23,
37:25, 39:23, 39:24,
39:25
**vanguard** [1] - 64:23
**variance** [5] - 11:22,
17:22, 17:23, 17:25,
32:2
**various** [2] - 29:2,
63:7
**varying** [1] - 17:7
**venture** [1] - 33:22
**versus** [2] - 2:3, 30:20
**via** [1] - 2:5
**victim** [8] - 10:9,
10:10, 12:16, 12:24,
56:21, 64:20, 72:2,
75:10
**victim's** [1] - 56:19
**victim-related** [1] -
10:9
**victims** [4] - 12:14,
56:9, 56:14, 63:20
**victorious** [1] - 40:18
**victory** [1] - 60:17
**video** [6] - 5:4, 9:5,
14:24, 58:10, 58:14,
58:18
**videoconference** [1] -
3:15
**videos** [3] - 5:7, 28:12,
63:17
**videotape** [2] - 28:18,

61:13
**videotapes** [1] - 41:6
**view** [7] - 14:8, 16:24,
17:21, 34:8, 34:9,
36:24, 37:3
**viewed** [1] - 53:22
**views** [1] - 57:6
**violating** [2] - 71:18,
75:2
**violation** [4] - 3:8,
3:17, 22:8, 57:5
**violations** [1] - 70:16
**violence** [14] - 16:19,
19:17, 20:21, 21:20,
21:21, 58:6, 60:14,
61:11, 65:5, 65:22,
70:5
**violent** [8] - 20:11,
20:21, 21:24, 31:21,
35:14, 57:10, 57:14,
59:22
**violin** [1] - 34:17
**virtually** [2] - 13:9,
34:19
**visiting** [1] - 29:3
**voice** [1] - 50:5
**void** [1] - 80:13
**vs** [1] - 1:3

## W

**wait** [1] - 58:13
**waives** [4] - 72:8,
73:10, 75:15, 76:18
**wake** [2] - 47:4, 48:7
**walked** [2] - 16:6, 16:7
**wandered** [1] - 66:14
**wants** [4] - 39:19,
41:19, 41:24, 55:7
**warped** [1] - 28:21
**warrant** [1] - 18:20
**warranted** [3] - 11:22,
17:4, 17:22
**warrants** [2] - 19:15,
36:15
**wash** [2] - 16:12,
65:22
**Washington** [15] - 1:5,
1:11, 1:14, 1:17,
16:19, 49:25, 50:15,
51:14, 57:15, 65:5,
67:19, 72:5, 73:14,
75:13, 76:22
**watch** [2] - 18:13,
41:19
**watched** [1] - 41:6
**watching** [1] - 58:23
**ways** [4] - 36:20, 43:8,
69:21, 69:23

**weapon** [7] - 10:6, 21:4, 21:5, 22:13, 25:7, 30:20, 32:14
**weapons** [2] - 22:1, 25:5
**wearing** [1] - 38:11
**week** [3] - 38:4, 52:1, 52:15
**weekends** [1] - 28:10
**weighs** [1] - 70:6
**weighty** [1] - 42:8
**welcome** [1] - 18:11
**welcoming** [1] - 19:4
**West** [13] - 16:9, 16:10, 16:14, 21:2, 22:24, 23:5, 58:20, 59:24, 61:10, 65:21, 66:4, 66:8
**Western** [1] - 13:8
**white** [1] - 54:13
**whole** [5] - 21:16, 26:10, 42:3, 45:20, 47:23
**wife** [4] - 4:21, 39:8, 51:7, 54:1
**Wilson** [1] - 24:7
**win** [1] - 67:21
**windows** [1] - 27:1
**wise** [1] - 58:3
**wish** [8] - 6:8, 45:6, 48:22, 48:23, 49:4, 49:9, 49:10
**wishes** [1] - 28:25
**witnessed** [2] - 64:5, 69:14
**woe** [1] - 47:10
**women** [1] - 51:14
**wood** [2] - 23:21, 28:7
**words** [3] - 19:24, 28:9, 59:25
**works** [2] - 12:13, 19:11
**world's** [1] - 34:9
**worried** [1] - 58:7
**worse** [1] - 66:8
**worst** [2] - 50:19, 61:11
**worth** [2] - 31:20, 46:24
**wrenching** [1] - 24:11
**wrestling** [1] - 4:22
**write** [1] - 34:2
**writing** [1] - 13:4
**written** [2] - 12:24, 53:25
**wrongdoing** [1] - 26:14
**wrote** [2] - 34:2, 45:11

## Y

**year** [3] - 29:12, 52:3, 68:1
**years** [11] - 9:13, 10:23, 11:17, 51:3, 52:3, 53:8, 68:4, 70:10, 70:11, 71:17, 75:1
**years'** [1] - 11:21
**yell** [1] - 48:2
**yelled** [1] - 59:16
**yelling** [2] - 60:5, 61:21
**yield** [1] - 59:9
**York** [5] - 13:9, 37:12, 50:25, 57:15, 78:17
**you-all** [1] - 48:11
**young** [2] - 27:5, 47:16

## Z

**Zoom** [1] - 2:5